AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL CASE

CASE NUMBER  05-80393

STELOR PRODUCTIONS, INC.,

    Plaintiff,

vs.

STEVEN A. SILVERS,

    Defendant.
_____/

CIV-HURLEY

L HOPKINS

TO:    STEVEN A. SILVERS
        8993 Okeechobee Boulevard, #202
        PMB 203
        West Palm Beach, FL 33411 and

        2495 Sailfish Cove Drive
        West Palm Beach, FL 33411-1823

    **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorney, Daniel Blonsky, Esq., Aragon, Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., 2699 South Bayshore Drive, Penthouse, Miami, Florida 33133, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

MAY - 5 2005

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me ¹DATE |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

| Check one box to indicate appropriate method of service |
|---|
| ☐ Served personally upon the defendant. Place where served: _____ _____ |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:_____ _____ |
| ☐ Returned unexecuted: _____ _____ _____ |
| ☐ Other (specify): _____ _____ |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICE | TOTAL |
| DECLARATION OF SERVER | | |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. Executed on _____  _____ Date                Signature of Server  _____ Address of Server | | |

---

¹ As to whom may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.