UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.05-80393-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, LLC,

      Plaintiff,

vs.

STEVEN A. SILVERS,

      Defendant.
_____/



FILED by ___ D.C.
MAG. SEC.
MAY 0 9 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER COMPELLING PLAINTIFF TO SERVE DEFENDANT AND FILE CERTIFICATE OF SERVICE

**THIS CAUSE** has come before this Court upon an Order Referring Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction to the undersigned United States Magistrate Judge for a Report and Recommendation. (DE–). Noting that in the Order of Referral, Judge Hurley requested this Court to hold an evidentiary hearing at this Court's earliest convenience, and likewise noting that Plaintiff has not yet served Defendant with copies of the Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (DE 2) and its Verified Complaint, (DE 1),[1] it is

**HEREBY ORDERED AND ADJUDGED** as follows:

(1) Plaintiff shall promptly serve on Defendant its Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction, (DE 2), and its Verified Complaint, (DE 1); and,

(2) Plaintiff shall, within (1) day of service upon Defendant, file with this Court a

---

[1] Neither the Complaint nor the Motion contains any certificate of service. (DEs 1, 2).



certificate of service, wherein Plaintiff shall indicate the date on which Defendant was served, as well as the method of service.

**DONE AND ORDERED** in Chambers this __9__ day of May, 2005, at West Palm Beach in the Southern District of Florida.

                                                  JAMES M. HOPKINS
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
Daniel F. Blonsky, Esq. and Kevin C. Kaplan, Esq. (Counsel for Plaintiff)