FILED
ELECTRONIC

May 9 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

## NOTICE OF COMPLIANCE WITH ORDER COMPELLING PLAINTIFF TO SERVE DEFENDANT AND FILE CERTIFICATE OF SERVICE

Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC. ("Stelor"), by and through its undersigned attorneys, hereby gives notice of compliance with the Court's Order Compelling Plaintiff to Serve Defendant and File Certificate of Service. In support thereof, Stelor states as follows:

Stelor filed with the Court Clerk its Verified Complaint, Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction and Supporting Memorandum of Points and Authorities, and Notice of Filing Confidential Information on May 5, 2005. The following day, May 6, 2005, counsel for Stelor sent a letter by facsimile transmission to counsel for Defendant STEVEN A. SILVERS ("Silvers") alerting Silvers' counsel to the commencement of the action, offering to provide copies of the filed papers, and asking for confirmation whether Silvers' counsel would accept process on his behalf. On May 9, 2005, counsel for Silvers responded and agreed to accept service on his behalf. That same day, service copies of the Verified Complaint, Emergency Motion for Temporary Restraining Order and/or Preliminary

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BWSKB.COM WWW.BWSKB.COM

CASE NO. 05-80393 CIV HURLEY/HOPKINS

Injunction and Supporting Memorandum of Points and Authorities, and Notice of Filing Confidential Information were hand delivered to counsel for Silvers, thus completing substituted service on May 9, 2005.[1]

IT IS HEREBY CERTIFIED that a true copy of the foregoing was served by United States mail this 9th day of May 2005, upon Gail A. McQuilkin, Esq., Kozyak Tropin & Throckmorton, P.A., counsel for Defendant, 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134.

Respectfully submitted,

BURLINGTON, WEIL, SCHWIEP,
 KAPLAN & BLONSKY, P.A.
Attorneys for Plaintiff
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

By: _____
Kevin C. Kaplan
Florida Bar No. 933848
Daniel F. Blonsky
Florida Bar No. 972169
David J. Zack
Florida Bar No. 641685

---

[1] Prior efforts to personally serve Silvers, who resides in a gated community, were unsuccessful and it is suspected that he was evading service.

2