UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC,
    Plaintiff,

v.

STEVEN A. SILVERS,
    Defendant.
_____/



### ORDER REFERRING MOTION FOR TEMPORARY RESTRAINING ORDER TO TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION

**THIS CAUSE** is before the court upon the plaintiff's "emergency" motion for temporary restraining order and/or preliminary injunction and other equitable relief filed May 4, 2005. Having reviewed the motion, the court does not find that it raises a true "emergency" requiring the court to reorder its calendar without delay. Accordingly, the plaintiff's request for relief on an "emergency" basis is **DENIED.**

In accordance with the Magistrate Act, 28 U.S.C. §§ 631-39, and Federal Rule of Civil Procedure 72, it is further **ORDERED** and **ADJUDGED**:

1.    Plaintiff's motion for preliminary injunction and other equitable relief is **REFERRED** to United States Magistrate Judge James Hopkins for a report and recommendation. Magistrate Judge Hopkins is respectfully requested to hold a hearing in this matter at his earliest convenience.



2.   The parties shall send a copy of all pleadings and papers directly to Magistrate Judge Hopkins in addition to filing them with the Clerk of Court.

3.   The plaintiff is responsible for serving a copy of this order upon the defendant immediately upon its receipt.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 10th day of May, 2005.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins

Kevin C. Kaplan, Esq.