UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

    Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

    Defendant,
_____/

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY** given that the law firm of Kozyak Tropin & Throckmorton, P.A. will appear as counsel for the Defendant, Steven A. Silvers, and request that any and all pleadings or other matters pertaining to this cause be directed to it on behalf of Defendant.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed this 12th day of May, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

    Respectfully submitted,

| | |
|---|---|
| DIMOND, KAPLAN & ROTHSTEIN, P.A. Counsel for Defendant<br>200 S.E. First Street, Suite 708<br>Miami, FL 33131<br>Telephone: (305) 374-1920<br>Adam T. Rabin, Esq. | KOZYAK TROPIN & THROCKMORTON, P.A. Co-Counsel for Defendant<br>2525 Ponce de Leon, 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>By: _____<br>Kenneth R. Hartmann<br>Florida Bar No: 664286<br>Gail M. McQuilkin<br>Florida Bar No. 969338 |

3339/101/253208.1