FILED by SW D.C.
ELECTRONIC
May 16 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

STELOR PRODUCTIONS, LLC.

    Plaintiff,

STEVEN A. SILVERS,

    Defendant.
_____/

CASE NO. 05-80393
CIV-HURLEY/HOPKINS

## NOTICE OF APPEARANCE

The law firm of Dimond Kaplan & Rothstein, P.A., hereby enters its appearance as co-counsel for Defendant Steven A. Silvers ("Silvers"). A copy of all future pleadings and correspondence in this matter should be sent to the undersigned counsel.

Respectfully submitted,

Dimond Kaplan & Rothstein, P.A.
Co-counsel for Silvers
Trump Plaza
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
Telephone:   (561) 671-1920
Facsimile:    (561) 671-1951

By: _____
    Adam T. Rabin
    Florida Bar No. 985635

Kozyak, Tropin & Throckmorton, P.A.
Co-counsel for Silvers
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508

DIMOND KAPLAN & ROTHSTEIN, P.A., 200 S.E. 1ST STREET, SUITE 708, MIAMI, FL 33131 • TEL. (305) 374-1920 FAX (305) 374-1961
Dockets.Justia.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Appearance has been furnished by U.S. Mail this ___16th___ day of May to Kevin C. Kaplan, Burlington Weil Schwiep Kaplan & Blonsky, P.A., 2699 S. Bayshore Drive, Miami, Florida 33133.

By: _____
     Adam T. Rabin

DIMOND KAPLAN & ROTHSTEIN, P.A., 200 S.E. 1ST STREET, SUITE 708, MIAMI, FL 33131 • TEL. (305) 374-1920  FAX (305) 374-1961