UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

      Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

      Defendant,

_____/

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

### NOTICE OF FILING DECLARATION OF KEVA LABOSSIERE

Defendant, Steven Silvers, hereby gives notice of filing the Declaration of Keva Labossiere

in support of his Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction dated

May 19, 2005.

                         Respectfully submitted,

DIMOND, KAPLAN & ROTHSTEIN, P.A.
Co-Counsel for Defendant
200 S.E. First Street, Suite 708
Miami, FL 33131
Telephone: (305) 374-1920
Adam T. Rabin, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: _____
          Kenneth R. Hartmann
          Florida Bar No: 664286
          Gail M. McQuilkin
          Florida Bar No. 969338

3339/101/253511.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand-delivered this 20ᵗʰ day of May, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

By: _____
Kenneth R. Hartmann

3339/101/253511.1

LAW OFFICES KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR, CORAL GABLES, FLORIDA 33134-6037 • TEL. (305) 372-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.
Case No. 05-80393-CIV-HURLEY/Hopkins

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,

       Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

       Defendant.

_____/

## DECLARATION OF KEVA LABOSSIERE

My name is Keva Labossiere and I make this declaration based on my own personal knowledge. I am a legal assistant at the law firm of Kozyak Tropin and Throckmorton, P.A., with offices at 2525 Ponce de Leon, 9th Floor, Coral Gables, FL 33134.

### I. Description of Research Conduted on Googles.com's On-line Store at CafePress.com

1.     On May 16, 2005, I visited the CafePress.com website at www.cafepress.com.

2.     CafePress.com is an online marketplace that allows companies, such as Stelor Productions, to sell customized merchandise online, i.e. apparel, using CafePress.com's unique print on demand and e-commerce services, with no upfront costs and inventory. Attached hereto as **Exhibit "A"** is a copy of CafePress.com's Company Overview.

3.     At the CafePress.com homepage, I entered the word "googles" into the search engine field and was directed to to the "Googles.com Online Store." Once there, I was able to select from fourteen (14) products.  A copy of the available products and other product information as presented on the Googles.com Storefront is attached hereto as **Exhibit "B".**

4.     At that Googles.com Storefront, I purchased the following four (4) items: (i) Googles (word) black cap; (ii) Googles baseball jersey; (iii) Googles (TM )Mug; and (iv) Mousepad ("Merchandise").  Attached hereto as **Exhibit "C"** is a copy of the receipt from the purchase described above.

5.     On May 18, 2005, I received the Googles.com merchandise and presented it to Ken Hartmann.

II.  Description Of Research Conducted On Apple iTunes Music Store

6.     On May 10, 2005, I downloaded the Apple iTunes Music Store software ("Apple iTunes Music Store") to my   computer desktop from the website, www.itunes.com.

7.     Apple iTunes is a music download store with more than 1.5 Million songs to preview, buy and download.   Attached hereto as **Exhibit "D"** is a copy of the download features available to Apple iTunes subscribers.

8.     In the Apple iTunes Music Store, I selected "Children's Music," conducted a "Power Search"  where I then entered "googles" in the "Song" field  and "Children's Music" in the "Genre" field.   The power search resulted in the One GooWorld/The Googles from Goo ("One Goo World") album being displayed.  I then clicked on the album's title which opened an album detail page for One Goo World.

2

Also displayed on the album detail page were: (i) the Release Date (of the album); (ii) Top Artist Downloads (from the album); (iii) and a "See All" icon, which when selected displayed the two (2) Googles albums available on iTunes. That is: "One GooWorld" and "Un Goomundo/The Googles from Goo" (the Spanish version of One Goo World)." The number of tracks available on each album is fifteen (15). Attached hereto as Composite **Exhibit "E"** are "Print Screen" snapshots of the iTunes pages displayed from that search.

9.  The release date given for One GooWorld is "Jul 15, 2004" and the publisher mark is noted as "(p) 2004  Stelor Productions." The release date given for "Un Goomundo" is "Sep 14, 2004" and the publisher mark is noted as "(p) 2004 AWAL." (*See* Exhibit "E"). AWAL  is the abbreviation for Artist Without A Label. Attached hereto as **"Exhibit "F"** is  AWAL's  "About Us"  page  which is displayed on its website, www.awal.com.

10.  At that iTunes Music Store I purchased "One GooWorld" and "Un Goomundo/The Googles from Goo."  Attached hereto as **Exhibit "G"** is the receipt for that purchase. The total price was $19.98.

11.  On May, 20, 2005, I provided  Mr. Hartmann with a compact disc of the downloaded music.

12.  On May 17, 2005, I visited the website Absolutely.net to establish  how One Goo World was performing on the music charts.  Absloutely.net is an online entertainment magazine that also provides information on the sales of music albums worldwide.  It's website address is www.absolutely.net.

13.    On Absolutely.net, One Goo World is listed in the Netherlands as No. 3 out of 6 Top Albums in Children Music.    Track no. 13, "Zoomin'" is listed as no. 29 in UK's 100 Top Songs in Children Music 3, and track no. 4, "I Feel Good About Myself is ranked , no. 65 in UK 100 Top Songs in Children's Music 7.    Attached hereto as composite **Exhibit "H"** is a printout of Absolutely.net's on-line chart listing ranked by the categories previously described.

**I HEREBY DECLARE** under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true

Dated: May 20, 2005.

_____
Keva Labossiere

3339.101/253396.1

4

# EXHIBIT "A"

**cafépress**
.com

shop, sell or create what's on your mind.

Your Account   | Sign In   | Cart: **0 items**

Home > **About Us**

**Company Overview**

Historical Timeline

The Team

Press Center

Work at CafePress.com

Contact Us

Shipping creativity since 1999.



CafePress.com is an online marketplace that offers sellers complete e-commerce services to independently create and sell a wide variety of products, and offers unique merchandise across virtually every topic. Launched in 1999, CafePress.com has empowered individuals, organizations and businesses to create, buy and sell customized merchandise online using the company's unique print-on-demand and commerce services. Today, CafePress.com is a growing network of over 2 million members who have unleashed their creativity to transform their artwork and ideas into unique gifts and new revenue streams.

Our members have created over 8 million original designs on more than 70 customizable products ranging from apparel, home and office accessories to music and data CDs and books to prints, posters and cards.

Powering independently-run shops as well as syndicated and corporate stores, we manage every aspect of doing business online, including storefront development, hosting, order management, fulfillment, secure payment processing, and quality customer service - enabling anyone to open a free shop with no upfront costs and inventory to manage. CafePress.com is a privately owned, profitable company based in San Leandro, California.

## CafePress.com Services

**CafePress.com® Marketplace**: In the CafePress.com Marketplace, a dynamic retail experience, visitors will find over 8 million unique items created by members around the globe. No matter what your passion, there's a product for you.

**Create & Sell**SM: Through the CafePress.com Create & Sell service, customers are able to open an online shop to transform their artwork and ideas into new revenue streams and diverse products - all with no upfront costs and no inventory to manage.

**Create & Buy**SM: The CafePress.com Create & Buy service empowers people to personalize their own gifts. Customers can add their own personal touch to more than 70 products - all with a few clicks of the mouse.

## Independent Shopkeepers & Major Accounts

CafePress.com is a global and growing network of over 2 million independent shopkeepers and members in addition to syndicated and corporate stores. CafePress.com has over 35 major accounts, including ASPCA, United Media, Dilb Get Fuzzy, Phil Collins and STARTREK.COM. In addition, CafePress.com has strat agreements with licensors that include more than 80 properties.

## Fun Facts

- Whats Your Passion?$^{TM}$ — politics, babies, music, pets, sci-fi, knitting — th something for everyone at CafePress.com
- The CafePress.com web site averages over 6 million unique visits per mon
- Approximately 1000 new, independent shops join the CafePress.com netw each day
- Over 1.5 million orders have been shipped to customers spanning the glob
- Roughly 14,000 new, unique items are added each day
- The most popular item is the white t-shirt; nearly half a million white t-shi were purchased in the first five years

 Download Fast Facts

To view and print PDF documents, you will need to install the Adobe Acrobat Reader, which can be downloaded for free through Adobe's web site.

About Us | Press Center | Corporate Solutions | Community | Help | Contact Us

All Content Copyright © 1999-2005 CafePress.com. All rights reserved. Use of this web site constitutes acceptance of the Terms of Service. Privacy Policy | Intellectual Property Policy



CALL US TOLL
1-877-809-
click for service?

# EXHIBIT "B"

Cart & Checkout | Help | Order Status | Shop Home

**Back to** Googles.com.



**Hey Kids! Hey Adults! Hey Everyone!!** Get your Googles merchandise here at our new store, with all-new merchandise. Also, use our feedback form to email us product suggestions. We know you will enjoy getting these products for yourself and your favorite people!



Googles GooShip Snap Bib
$6.99

Googles Infant/Toddler T-Shirt
$9.99

Googles (word) Black Cap
$15.99

Googles (word) Wall Clock
$11.99

Googles (TM) T-Shirt - White
$15.99

Googles (word) White T-Shirt
$15.99

Googles (word) Golf
Shirt
$19.99

Googles Baseball Jersey
$17.99

Googles (word) Baseball
Jersey
$18.99



Googles (TM)
Sweatshirt
$24.99

Googles (TM) Mug
$13.99

Googles (word) Mug
$12.99

Mousepad
$10.99

Googles (word)
Mousepad
$12.99

(C) 2002 Googles.com from Stelor Productions, Inc.

This shop is powered by CafePress.com.
Copyright © 1999-2005 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

# EXHIBIT "C"

| | |
|---|---|
| **From:** | <donotreply@cafepress.com> |
| **To:** | <kjl@kttlaw.com> |
| **Date:** | 5/16/2005 1:13:40 PM |
| **Subject:** | Thanks for Your CafePress.com Order (Order# 15506967) |

Thanks for your recent purchase from CafePress.com!

Your Order Number is 15506967.

You will receive another email with tracking information once your order has shipped.

The details of your order are listed below:

Ship To:
Kenneth R. Hartmann
2525 Ponce de Leon
9th Floor
Coral Gables, FL  33134

305/372-1800
kjl@kttlaw.com

Items:
1 x Googles (word) Black Cap @ $15.99 = $15.99
1 x Googles (TM) Mug @ $13.99 = $13.99
1 x Googles Baseball Jersey @ $17.99 = $17.99
1 x Mousepad @ $10.99 = $10.99
=========================================
Subtotal: 58.96
Shipping: 24.50
TOTAL: 83.46

Using the Credit Card *******2071

REMINDER: All overnight and 2-Day orders will ship next business day.

Print and save this email in case you have any questions regarding your order.
Please note, if you've placed an order for multiple products, there are times
when items are shipped separately due to product parcel configurations.
If you have any questions, please contact our Customer Service Department:

- On the Web at http://www.cafepress.com/cp/info/help/.
- Phone toll-free at 1-877-809-1659

Thanks for shopping at CafePress.com!

- The CafePress.com Team
-------------------------------------
CafePress.com
http://www.cafepress.com
-------------------------------------


------- ----------------------------------------------------
Open a Shop. Choose from 70+ customizable products ranging from apparel, home

and office accessories to music and data CDs and books to prints, posters and cards.
------------------------------------------------------------------------------

# EXHIBIT "D"

Apple - iTunes - Music Store                                                                Page 1 of 2



**Discover iTunes**

iTunes Jukebox

Import Music

Create Playlists

Share & Stream

Burn CDs

Sync with iPod

**iTunes Music Store**

Easy to Buy

Discover Music

Share Your Taste

Audiobooks



For Mac and Windows



Next Free Single: 05/17

# The #1 music download store.

**Open 24/7 on Macs and Windows PCs, the iTunes Music Store has become a smash hit, with music lovers purchasing over 400 million songs worldwide to date. Check out hot exclusives and download a new free single every week. Rate other music lovers' iMixes and upload your own to the store.**



### More Than 1.5 Million Songs to Preview, Buy and Download
Featuring hundreds of thousands of songs from major music companies including EMI, Sony/BMG, Universal, and Warner Bros, the iTunes Music Store offers more than 100,000 new tracks from independent artists and record labels. You'll also find more than 150 exclusive tracks from such artists as Eminem, Gwen Stefani, Bob Marley and Andrea Bocelli, to name just a few. What's more, you'll also find and dozens of out-of-print Motown singles and jazz albums from the Verve Vault, both available digitally for the first time.

### Just 99¢ a Song, Plus Generous Personal Use Rights
The iTunes Music Store lets you quickly find, purchase and download the music you want for just 99¢ per song. You can burn individual songs onto an unlimited number of CDs for your personal use, listen to songs on an unlimited number of iPods and play songs on up to five Macintosh computers or Windows PCs. And the iTunes software works so smoothly on both platforms that you can share music with any combination of Macs and Windows PCs on a local area network — regardless of whether you're running iTunes on a Mac or PC.

### Browse Music in the Store or from Your Own Library
You can cruise the store by genre — including Rock, Jazz, Latin, New Age, Inspirational, Opera, R&B/Soul, Reggae and Soundtracks — or by artist or album. Double-click on track listings to hear 30-second, high-quality samples and to see digital album art. Or you can search by entering the name of an artist or composer, or the title of a song — or even part of the title — and clicking the Search button. Even easier, just click a Quick Link on an artist in your library to see the band's entire repertoire. When you find something you like, buy it instantly or save the store preview in a playlist on your Mac or PC.



### Make and Share Musical Discoveries
Want some help discovering great new music? The iTunes Music Store features crisply-written editorial content, complete with links to music. You can drag and create links to any store page, and even share your new-found favorites with friends by emailing them a link to a sound sample, artist or

## Key Features

- Purchase and download songs or albums with music videos; then watch the videos full screen on your Mac or PC
- View additional artist photos
- Browse music by subgenre
- Enhanced Essentials area offers additional ways to discover new music
- "Artist Alerts" notify you when we add music from your favorite artists to the iTunes Music Store
- Search iMixes by title
- More than 1.5 million tracks
- Find out what's playing on more than 1,000 radio stations
- View movie trailers
- Use your AOL account
- Watch music videos
- Share music with up to five Macs and PCs
- Publish an iMix on the store

Apple - iTunes - Music Store                                                                    Page 2 of 2

album page. Even better, you can share the playlists you make as an iMix on the store. Rate playlists from other music lovers to move them up and down the charts. See if you rate as a five-star music mixer.

**Discover and Explore**
Celebrity playlists will help you discover and explore new music. View playlists hand-picked by celebrities and with one click own all their recommendations. Read what they say about what inspired their playlists. Already have a few of their recommended tracks? No problem: simply use the Buy Now button next to the songs that you don't have. Top Songs and Top Albums lists on the home page let you know what's hot, and you'll find Top Downloads lists and related music suggestions throughout the store. Did you hear a song on the radio but don't know what it is? Now you can find out what's playing on more than 1,000 stations around the US and buy that catchy tune.



And here's something brand new: some singles and albums now come with a bonus music video. Purchase and download the song or album, and you also get a music video you can watch full screen any time you want.

**Have a Favorite Artist?**
If you just love the work of U2, The Beautiful South, Joss Stone or Charlie Parker, you'd probably like to know when one of their songs or albums arrive at the iTunes Music Store. Then you'll be anxious to try out a new store feature. With "Artist Alerts," you'll receive email as soon as music from your favorite artists get added to the Store. It's a great way to stay informed.

**Videos and Movie Trailers**
If you have a broadband connection, you can check out the exclusive full-length music videos that you can watch right in the store. If you like what you see, just buy the tune immediately. Or check out the latest movie trailers in full screen, and buy songs from the soundtrack or an associated audiobook. iTunes includes a well-stocked library of best-selling audiobooks — 11,000 titles and counting.

The iTunes Music Store offers everything you need to grow your music collection with ease, give music to friends and family, and expand your musical knowledge in the process. And it's all waiting for you inside the world's best digital jukebox.

*#1 music download store according to Nielsen SoundScan.*

- Tell a friend about an album via email with cover art
- More than 11,000 audiobooks
- Save store previews in a playlist to purchase later
- Allowance accounts
- Gift certificates

**iTunes Gift Certificates**

Just the thing for your favorite college student, a friend or a special occasion, iTunes Gift Certificates (from $10 to $200) are available *directly* through iTunes or (if you don't have iTunes) the Apple Store.

**Buy Gift Certificates**

**Today's Top Songs**

1. **Hollaback Girl**
   Gwen Stefani
2. **Feel Good Inc (Single Edit)**
   Gorillaz
3. **Don't Phunk With My Heart**
   Black Eyed Peas
4. **Incomplete**
   Backstreet Boys
5. **Mr. Brightside**
   The Killers

**Top 100 Songs**

**Today's Top Albums**

1. **Stand Up (Bonus Video Version)**
   Dave Matthews Band
2. **Make Believe**
   Weezer
3. **With Teeth**
   Nine Inch Nails
4. **Gimme Fiction**
   Spoon
5. **In Between Dreams (iTunes Version)**
   Jack Johnson

**Top 100 Albums**

Home > iTunes > Music Store

Copyright © 2005 Apple Computer, Inc. All rights reserved.

# COMPOSITE
# EXHIBIT "E"







# EXHIBIT "F"

About | AWAL

**MISSION STATEMENT**

Our goals are simple. Connect artists and fans directly, create and facilitate economic prosperity, creative freedom and ownership for artists while allowing listeners to explore and discover great new music in the smartest possible way. Our mission is to create an artist-friendly environment where creative communities of music fans can interact with and discover great new music and artists. AWAL also provides useful and vital industry information allowing for self-management techniques and direction.music and artists.

**ABOUT AWAL**

Artists are selected by a panel of industry professionals and a board of advisors, promoting quality over quantity.

We, as a new digital industry and company, do not have time to operate at the leisurely 3-5 year pace of traditional strategic planning. The reason for urgency? An explosive combination of faster, cheaper computing power, the ubiquity of the Internet and the availability of readily available capital and entrepreneurs determined to spend it.

Our industry is changing. We can now mediate relationships between artists and their audiences without ever needing to reduce the music to a fixed media. Soon there will be no reason why recorded music ever has to take a physical form. The current industry assets are tied up in manufacturing, packaging and distribution of the physical media. Other entertainment products (movies, books and magazines) are just waiting for the right technologies for delivery.

A recent quote at an online music forum; "music will be the first and single-most important traditional entertainment product on the web because of its low bandwidth requirements and its unique ability to be customized. We need to stop thinking about selling round things. We will be selling songs, albums, multi-song packages, compilations, services, subscriptions, streaming and on and on....".

The Internet allows for an organic way for an Artist to create a community and relationship with fans that is unlike the normal major label/record store/bin-search mentality.

AWAL has at its core, an advisory board made up of professional artists and technicians from all aspects of the industry.

**How it Works**

AWAL will create a new and vibrant user interface for Artist, incorporating Artist's current activity into the AWAL Artists Web Page. AWAL will work with Artist to maintain this site for duration of the relationship. The goal of AWAL is to increase user and fan base of Artist and will provide certain free services to Artist when appropriate, such as; marketing, promotion, PR, creative consulting, distribution, affiliate programs, International distribution etc... The AWAL site has become a tool and "first look" for many major label A&R executives and several AWAL artists have moved on to sign with other labels as a result of their presence here.

**AWAL plans to create a unique approach by building a company that is run by its artists.**

AWAL has successfully launched AWAL Japan (http://awaljapan.co.jp/index_m.html), and other mirrored international sites, and we are working with major distribution outlets both digital and offline, to provide the best opportunities for our network of artists and fans all over the world.

**Submitting Music** .

For now - please send your CD's "snail mail" to the address at the bottom of the page. We listen to everything!

**EXECUTIVE BIOS**

**Denzyl Feigelson, Founder, and President**

Denzyl was one of the earliest advocates of music and the Internet, founding Artists Without a Label in early '95. Mr. Feigelson is also the founder of hanaflowers.com and Awal Japan - a Japanese co-venture with AWAL Japan. Denzyl also brings over 20 years of music industry experience working with and managing artists as diverse as Paul Simon, Kenny Loggins, Ladysmith Black Mambaso, Johnny Clegg, John Tesh, Gypsy Kings, Alice Cooper, Luther Vandross & The Pointer Sisters. In the 80's he was influential in helping to establish African artists in the west and helped to facilitate the initial recording sessions for Paul Simon's "Graceland" CD - one of the top selling albums of the decade..

**Michael-Patrick M.Moroney, Board and SVP**

Mr. Moroney has launched some of the most significant interactive Internet sites and services in the 1990's, first as a Producer for Ikonic Interactive and later as a Producer for DAWG, the Digital Artists and Writers Group and at ISL Consulting where he was an Executive Producer responsible for the development and launch of new Internet services for Chevron, NationsBanc Montgomery Securities, Amnesty International/Excite, Banc Boston and Bankers Trust. At these companies and over the last 7 years, Mr. Moroney produced new music services for Virgin Records, MCA and TimeWarner and has also pioneered the development of interactive television programming

About | AWAL

("Hal's Legacy," "Roots and Wings") and helped to prototype Time Inc's "News on Demand". Michael was also the co-founder and President of ArtistOne.com - one of the web's first music services.

**CONTACT INFORMATION**

PO Box 879 Ojai, CA 93024

Tel: 805-640-7399

Fax: 805-646-6077

email: info@awal.com

# EXHIBIT "G"

## KEVA LABOSSIERE - Your receipt #9372538022

**From:** iTunes Music Store <do_not_reply@apple.com>
**To:** <kjl@kttlaw.com>
**Date:** 5/19/2005 8:33 PM
**Subject:** Your receipt #9372538022



**Billed To:**
Kenneth Hartmann
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134

**Order Number:** M64770801
**Receipt Date:** 05/19/05
**Order Total:** $19.98
**Billed To:** American Express

| Item Number | Description | Unit Price |
|---|---|---|
| Q0015 | One GooWorld | $9.99 |
| Q0015 | Un Goomundo | $9.99 |

| | | |
|---|---|---|
| Subtotal: | $19.98 |
| Tax: | $0.00 |
| Order Total: | $19.98 |

**Those who bought your selections also bought:**



Has Been
William Shatner



Off the Wall
Michael Jackson



Frank's Wild Years
Tom Waits

**Please retain for your records.**
Please See Below For Terms And Conditions Pertaining To This Order.

**Apple Computer Inc.**
You can find the iTunes Music Store Terms of Sale and Sales Policies by launching your iTunes application and clicking on Terms of Sale or Sales Policies.

Answers to frequently asked questions regarding the iTunes Music Store can be found at
http://www.apple.com/support/itunes/

Apple respects your privacy.
Information regarding your personal information can be viewed at http://www.apple.com/legal/privacy/.

Copyright © 2005 Apple Computer, Inc. All rights reserved.

# EXHIBIT "H"

# Absolutely.net

contact abso



| Web Search | | Buy Poster |

EXCLUSIVE: Eisley's rich lyrical imagery, catchy hooks, & harmony will make your ears hum.

## Netherlands 6 Top Albums in Children's Music

Goo

**Homepage**
**What's New**
**Movie Reviews**
**Photo Gallery**
**Download Music** NEW!
**Wallpaper**
**Screensaver**
**Contact Celeb**

**Click on the title to buy and download music.**
**You need iTunes sofware from Apple to play the music.**
**Download Here**

**Site S**

Page: **1**



### 1. Baby Genius: Best of... The IQ Builder! - Baby Genius

*Baby Genius: Best of... The IQ Builder! by Baby Genius*

**Artist:** Baby Genius
**Album:** Baby Genius: Best of... The IQ Builder!
**Copyright:**
**Released Date:** 02 December 2004
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800




### 2. Classical Vitamins - Baby Genius

*Classical Vitamins by Baby Genius*

**Artist:** Baby Genius
**Album:** Classical Vitamins
**Copyright:**
**Released Date:** 02 December 2004
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800



### 3. One GooWorld - The Googles from Goo

*One GooWorld by The Googles from Goo*

**Artist:** The Googles from Goo
**Album:** One GooWorld
**Copyright:** 2004 Stelor Productions
**Released Date:** 05 July 2004
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800



### 4. Kidz Bop Christmas - Kidz Bop Kids

*Kidz Bop Christmas by Kidz Bop Kids*

**Artist:** Kidz Bop Kids

ADVERTI



**Album:** Kidz Bop Christmas
**Copyright:** 2003 Razor & Tie
**Released Date:** 2002
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800



For Our
Children
Various Artists
New $13.99!



### 5. Smart Play With Classical - Heidi Brende

*Smart Play With Classical by Heidi Brende*

**Artist:** Heidi Brende
**Album:** Smart Play With Classical
**Copyright:**
**Released Date:** 02 December 2004
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800



Classical Music
for Chil...
Johann
Sebastian Bach
New $3.98!
Used $1.99!



### 6. TRAVEL SONG SING ALONGS - Kevin Roth

*TRAVEL SONG SING ALONGS by Kevin Roth*

**Artist:** Kevin Roth
**Album:** TRAVEL SONG SING ALONGS
**Copyright:** 2004 STAR GAZER PRODUCTIONS
**Released Date:** 26 February 2004
**Published Date:** Sat, 29 Jan 2005 10:14:28 -800



Classic Disney
Various Artists
New $42.99!

**Page: 1**



Music Has The
Right To C...
Boards of
Canada
New $10.99!



Circus Music
from the Bi...
Merle Evans
Circus Band
New $7.98!



Sea Music
Dan Zanes &
Festival Five
Folk
New $13.99!

(Prices May Change)



**Homepage - What's New - Movie - Photo - Wallpaper - Screensaver - Contact Us**



©2005 Absolutely Celebrity Network

# Absolutely.net

**contact abs**



| **Web Search** | **Buy Poster** |
|---|---|

**EXCLUSIVE: Eisley's rich lyrical imagery, catchy hooks, & harmony will make your ears hum.**

## UK 100 Top Songs in Children's Music 3

**Click on the title to buy and download music.**
**You need iTunes sofware from Apple to play the music.**
**Download Here**

**Homepage**
**What's New**
**Movie Reviews**
**Photo Gallery**
**Download Music** NEW!
**Wallpaper**
**Screensaver**
**Contact Celeb**

**Go**

**Site S**

**Page: 1 2 3 4 5 6 7 8 9 10**



### 21. Being Jewish Is Fun - Judy Caplan Ginsburgh

*Being Jewish Is Fun by Judy Caplan Ginsburgh from the album Havdalah Pajama*

**Artist:** Judy Caplan Ginsburgh
**Album:** Havdalah Pajama
**Copyright:** 2000 Judy Caplan Ginsburgh
**Released Date:** 26 July 2000
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 22. The Cuckoo Waltz - Verne Langdon

*The Cuckoo Waltz by Verne Langdon from the album Circus Clown Calliope!/Circus Clown Calliope!, Vol.2*

**Artist:** Verne Langdon
**Album:** Circus Clown Calliope!/Circus Clown Calliope!, Vol.2
**Copyright:** 1999 Electric Lemon
**Released Date:** 26 October 1999
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 23. The Lion and the Mouse - Michael Mish

*The Lion and the Mouse by Michael Mish from the album Aesop's Fables*

**Artist:** Michael Mish
**Album:** Aesop's Fables
**Copyright:** 2003 MishMashMusic
**Released Date:** 05 June 2003
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 24. Frosty the Snowman - Kidz Bop Kids

ADVERTI




A Child's Celebration of...
Various Artists
New $13.99!


Classic Disney
Various Artists
New $42.99!


The Mozart Effect - Musi...
Leopold Mozart
New $10.98!
Used $3.99!


Smithsonian Folkways Chi...
Various Artists
New $10.99!


Scooby-Doo's Snack Track...
Various Artists
New $14.99!
Used $9.50!


For Our Children

*Frosty the Snowman by Kidz Bop Kids from the album Kidz Bop Christmas*

**Artist:** Kidz Bop Kids
**Album:** Kidz Bop Christmas
**Copyright:** 2003 Razor & Tie
**Released Date:** 2002
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

### 25. The Syllable I Stress - Los McCroskey



*The Syllable I Stress by Los McCroskey from the album Â¿CÂ³mo? Fun, New Songs for Learning Spanish and Loving God*

**Artist:** Los McCroskey
**Album:** Â¿CÂ³mo? Fun, New Songs for Learning Spanish and Loving God
**Copyright:** 2002 McCroskey Music
**Released Date:** 12 February 2002
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

### 26. My First Child - Carla Lynne Hall



*My First Child by Carla Lynne Hall from the album My First Child CD Single*

**Artist:** Carla Lynne Hall
**Album:** My First Child CD Single
**Copyright:** 2004 Moxie Entertainment
**Released Date:** 18 April 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

### 27. Amy - Celeste Krenz, Linda W. Purdy



*Amy by Celeste Krenz, Linda W. Purdy from the album Pirates & Cowboys, More Songs for You & Me*

**Artist:** Celeste Krenz, Linda W. Purdy
**Album:** Pirates & Cowboys, More Songs for You & Me
**Copyright:** 2003 Mountain Creek Records
**Released Date:** 05 January 2003
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

### 28. It's Raining, It's Pouring - Rain, Rain, Go Away - David Jacobi - Aimee Fischer



*It's Raining, It's Pouring - Rain, Rain, Go Away by David Jacobi - Aimee Fischer from the album Favorite Nursery Rhymes*

**Artist:** David Jacobi - Aimee Fischer
**Album:** Favorite Nursery Rhymes
**Copyright:**
**Released Date:** 02 December 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

### 29. Zoomin' - The Googles from Goo




Get ne gener o IM Sm









Absolutely Music Download: UK Top 100 Top Songs In Children's Music    Page 33 of 36

*Zoomin' by The Googles from Goo from the album One GooWorld*

**Artist:** The Googles from Goo
**Album:** One GooWorld
**Copyright:** 2004 Stelor Productions
**Released Date:** 05 July 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 30. Dudley, a Llama With Attitude - Diane White-Crane

*Dudley, a Llama With Attitude by Diane White-Crane from the album Songs for Llama Lovers*

**Artist:** Diane White-Crane
**Album:** Songs for Llama Lovers
**Copyright:** 2000 Orchard
**Released Date:** 07 March 2000
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

Page: 1 2 3 4 5 6 7 8 9 10

Homepage - What's New - Movie - Photo - Wallpaper - Screensaver - Contact Us

**classmates.com** **Where Did You Graduate From?**

**Choose A State**    Find frier

©2005 Absolutely Celebrity Network

# Absolutely.net



WeightWatchers
Online weight loss from the name you trust.
GO NO

**Web Search**            **Buy Poster**

EXCLUSIVE: Eisley's rich lyrical imagery, catchy hooks, & harmony will make your ears hum.

## UK 100 Top Songs in Children's Music 7

**Go**

Click on the title to buy and download music.
You need iTunes sofware from Apple to play the music.
**Download Here**

**Homepage**

**What's New**

**Movie Reviews**

**Photo Gallery**

**Download Music** NEW!

**Wallpaper**

**Screensaver**

**Contact Celeb**

**Site S**

Page: **1 2 3 4 5 6 7 8 9 10**



### 61. Bubble Bath - Bill Pere

*Bubble Bath by Bill Pere from the album Songs for Kids With Common Scents*

**Artist:** Bill Pere
**Album:** Songs for Kids With Common Scents
**Copyright:** 2004 KidThink Music
**Released Date:** 12 May 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 62. Twinkle, Twinkle Little Star / Funkel, Funkel Kleiner Stern - Sing and Learn

*Twinkle, Twinkle Little Star / Funkel, Funkel Kleiner Stern by Sing and Learn from the album Sing and Learn German*

**Artist:** Sing and Learn
**Album:** Sing and Learn German
**Copyright:** 2003 Global Village Kids
**Released Date:** 21 December 2003
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 63. Supercalifragilisticexpialidocious - Alvin and The Chipmunks

*Supercalifragilisticexpialidocious by Alvin and The Chipmunks from the album Alvin and the Chipmunks: Greatest Hits - Still Squeaky after All These Years*

**Artist:** Alvin and The Chipmunks
**Album:** Alvin and the Chipmunks: Greatest Hits - Still Squeaky after All These Years
**Copyright:** 1999 Capitol
**Released Date:** 21 September 1999
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

ADVERTI





Sea Music
Dan Zanes &
Festival Five
Folk
New $13.99!



Classical Music
for Chil...
Johann
Sebastian Bach
New $3.98!
Used $1.99!



Lullaby
Favorites
Tina Malia
New $6.98!



A Child's
Celebration of ...
Various Artists
New $13.99!



Circus Music
from the Bi...
Merle Evans
Circus Band
New $7.98!



Music Has The
Right To C...
Boards of
Canada
New $10.99!

(Prices May Change)



### 64. Americans We – Richard Whitmarsh & South Shore Concert Band

*Americans We by Richard Whitmarsh & South Shore Concert Band from the album Vol. 6 Live in Concert at the 1991 Cfa Convention - Part 1: Sounds of the Circus - Circus Marches*

**Artist**: Richard Whitmarsh & South Shore Concert Band
**Album**: Vol. 6 Live In Concert at the 1991 Cfa Convention - Part 1: Sounds of the Circus - Circus Marches
**Copyright**:
**Released Date**: 02 December 2004
**Published Date**: Sat, 29 Jan 2005 03:39:19 -0800



### 65. I Feel Good About Myself – The Googles from Goo

*I Feel Good About Myself by The Googles from Goo from the album One GooWorld*

**Artist**: The Googles from Goo
**Album**: One GooWorld
**Copyright**: 2004 Stelor Productions
**Released Date**: 05 July 2004
**Published Date**: Sat, 29 Jan 2005 03:39:19 -0800



### 66. Spiders and Snakes – Two of a Kind

*Spiders and Snakes by Two of a Kind from the album Going On an Adventure*

**Artist**: Two of a Kind
**Album**: Going On an Adventure
**Copyright**: 2002 Two of a Kind
**Released Date**: 15 May 2002
**Published Date**: Sat, 29 Jan 2005 03:39:19 -0800



### 67. School Time Blues – David Raitt

*School Time Blues by David Raitt from the album Boys & Girls Club, Vol.1: This Club Rocks! - Spirited Songs for the Whole Family*

**Artist**: David Raitt
**Album**: Boys & Girls Club, Vol.1: This Club Rocks! - Spirited Songs for the Whole Family
**Copyright**: 2000 Russian River Records
**Released Date**: 1999
**Published Date**: Sat, 29 Jan 2005 03:39:19 -0800



### 68. Hey, Diddle Diddle – David Jacobi – Aimee Fischer

*Hey, Diddle Diddle by David Jacobi - Aimee Fischer from the album Favorite Nursery Rhymes*

**Artist**: David Jacobi - Aimee Fischer
**Album**: Favorite Nursery Rhymes
**Copyright**:

WIN!
WIN!
WIN!

You
wo
FR
gas
a ye

__Click
to cl__

"See off
2005 Even

**Released Date:** 02 December 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 69. Listen to Your Grandpa - Julie Ingram

*Listen to Your Grandpa by Julie Ingram from the album Kids...That's What It's All About*

**Artist:** Julie Ingram
**Album:** Kids...That's What It's All About
**Copyright:** 2002 Long Shot Records
**Released Date:** 31 December 2002
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800



### 70. Puddle Stomping - Bo Diddley

*Puddle Stomping by Bo Diddley from the album Moochas Gracias*

**Artist:** Bo Diddley
**Album:** Moochas Gracias
**Copyright:**
**Released Date:** 2004
**Published Date:** Sat, 29 Jan 2005 03:39:19 -800

**Page: 1 2 3 4 5 6 7 8 9 10**

Homepage - What's New - Movie - Photo - Wallpaper - Screensaver - Contact Us

| Vonage-Official site | Vonage VoIP Phone Service | Unlimited long distance | VOIP |
|---|---|---|---|
| Vonage broadband phone service | Great rates with many free features | Unlimited to US/Canada $24.99/month | Great rates with many features service, starting at just |
| Calling plans start at just $14.99 | | | |
| http://vonage.com/ | http://vonage.com/ | http://vonage.com/ | http://vonage.com/ |

Spon

©2005 Absolutely Celebrity Network