✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| STELOR PRODUCTIONS | EXHIBIT AND WITNESS LIST |
|---|---|
| V. STEVEN SILVERS | Case Number: 05-80393-CIV-HURLEY/HOPKINS |

| PRESIDING JUDGE<br>JAMES M. HOPKINS | PLAINTIFF'S ATTORNEY<br>KEVIN KAPLAN | DEFENDANT'S ATTORNEY<br>KENNETH HARTMANN |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>PHILLIP MAY | COURTROOM DEPUTY<br>CHRISTINA KLIMENKO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/23/05 | | XX | Posterboard of booth |
| 2 | | 5/23/05 | | XX | Posterboard of floorplan for both |
| 3 | | 5/23/05 | | XX | Trailer of plaintiff's upcoming launch (viewed by Court via laptop) |
| | 1 | 5/23/05 | | XX | Googles from Goo book |
| | 2 | 5/23/05 | | XX | Stuffed Google named "Sticky" |

FILED by D.C.
MAY 23 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

14ck