CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE JAMES M. HOPKINS
================================================================

CASE NO. 05-80393-CIV-HURLEY/HOPKINS      DATE  5/23/05 @ 11:50 AM

CLERK            Christina Klimenko

COURT REPORTER   Phillip May

TITLE OF CASE:   STELOR PRODUCTIONS v. STEVEN SILVERS

FILED by CK D.C.
MAY 23 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

P. ATTORNEY (S)  Kevin Kaplan; Daniel Blonsky; David Zack

D. ATTORNEY (S)  Kenneth Hartmann; Gail McQuilkin; Adam Rabin

TYPE OF HEARING  Motion Hearing re: Motion for Prelim. Injunction

RESULT OF HEARING  Motion hearing held; Court heard arguments & rebuttal arguments from both parties; Plaintiff exhibits 1, 2, 3 admitted; Defendant exhibits 1 & 2 admitted; parties are to maintain custody of all exhibits; motion taken under advisement

Case continued to_____Time_____For_____

Misc._____