UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

        Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

        Defendant,

_____/

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

## NOTICE OF FILING SUPPLEMENTAL
## DECLARATION OF KEVA LABOSSIERE

        Defendant, Steven Silvers, hereby gives notice of filing the Supplemental Declaration of

Keva Labossiere in support of his Memorandum in Opposition to Plaintiff's Motion for Preliminary

Injunction dated May 19, 2005.

                                      Respectfully submitted,

DIMOND, KAPLAN & ROTHSTEIN, P.A.
Co-Counsel for Defendant
200 S.E. First Street, Suite 708
Miami, FL 33131
Telephone: (305) 374-1920
Adam T. Rabin, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: _____
          Kenneth R. Hartmann
          Florida Bar No: 664286
          Gail M. McQuilkin
          Florida Bar No. 969338

3339/101/253511.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed and mailed this 25th day of May, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

By: _____

Kenneth R. Hartmann

3339/101/253511.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA.
Case No. 05-80393-CIV-HURLEY/Hopkins

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,

      Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

      Defendant.
_____/



## SUPPLEMENTAL DECLARATION OF KEVA LABOSSIERE

My name is Keva Labossiere and I make this declaration based on my own personal knowledge. I am a legal assistant at the law firm of Kozyak Tropin and Throckmorton, P.A., with offices at 2525 Ponce de Leon, 9th Floor, Coral Gables, FL 33134.

### Description of Research Conducted on Stelor Productions Website

1.    On May 24 and 25, 2005, I visited the website for the Plaintiff, Stelor Productions, LLC ("Stelor"), at www.stelorproductions.com.

2.    At the Stelor website, I was greeted by an introduction page, which I skipped, and was then directed to the Stelor home page which displays the following graphic icons, "See & Hear About Gootopia!" and "Meet the Googles from Goo." Attached hereto as **Exhibit "A"** is a copy of Stelor's homepage.

3.    "See and Hear About Gootopia!" is an interactive tour which instructs potential users on how to use the website, www.googles.com. Attached hereto as **Exhibit "B"** is the "Goo Tour" introduction page. "Gootopia" is, as described by Stelor,

"a magical environment of imagination and adventure" and is proposed to be a "state-of-the-art-child-safe realm on the Internet."

4.    The "Meet the Googles from Goo" graphic icon allows users to click on a characters such as "GooBoo," and read a brief description about the character. A copy of the "GooBoo" description page is attached hereto as **Exhibit "C"**.

5.    On the "Stelor Properties Page," attached hereto as **Exhibit "D"**, I was able to download the iTunes software and proceed to the iTunes Music Store where I was given the ability to purchase "One Goo World, The Googles from Goo." The iTunes purchasing process is described in detail in my previous declaration dated May 20, 2005.

6.    Also listed on the "Stelor Properties Page" is the sentence, "Gootopia is coming soon to: www.googles.com." When you click on www.googles.com, a "GoDaddy – Coming Soon!" page with subheading "This Web Page is parked free, courtesy of GoDaddy.com!" Attached hereto as **"Exhibit "E"** is a copy of that page.

7.    GoDaddy.com is the world's largest domain name registrar and is the flagship company of The Go Daddy Group, Inc. Attached hereto as **"Exhibit "F"** is copy of the "About GoDaddy.com" information page which is displayed on its website.

8.    GoDaddy.com has put an "administrative lock" on the Googles.com domain name and corresponding website due to Stelor's filing this action. See **Exhibit "G."**

**I HEREBY DECLARE** under penalty of perjury, I declare that I have read the foregoing declaration and that the facts stated in it are true

Dated: May 25, 2005

Keva Labossiere

3339.101/253396.1

# EXHIBIT "A"



www.stelorproductions.com

**about us**        **properties**        **features**        **stelor staff**        **careers**        **cont.**

home
about us
properties
features
stelor staff
careers
contact us

### See & Hear About



Click to see Tour!

## Meet the Googles from Goo™
### Click Here





---

### STELOR NEWS

- **Find Law On-Line**
- **Washington Post**
- **10e20**
- **The Business Gazette**
- **Washington Times**
- **MSNBC**
- **Internet News**

Stelor Productions © 2005
The Googles from Goo are a creation of Steven A. Silve

stelor productions.com 2005

**privacy policy**        **terms of use**        **crec**

# EXHIBIT "B"

# Gootopia Tour

 

## Chapter Index

Welcome to the Gootopia Tour! Here you can find out what's what and learn how Gootopia works. The tour is broken up into chapters. Use the buttons below to play, pause, stop, and move forward and back between chapters. You can also use the index to go directly to a specific section in a chapter. Choose a section, or just hit the play button to start.

### Chapter 1
Control Frame Items
Basic Navigation

### Chapter 2
Content Description
Subpages

### Chapter 3
Quizzes
StoryPoints

### Chapter 4
Content Review
Hidden Items
Help Screens
Navigating Subpages

### Chapter 5
Comments
Contextual Help

### Chapter 6
Gooder the Computer
Internet Links
eLinking
Gooder Control

### Chapter 7
Chat Transmissions
Digital Crackers

# EXHIBIT "C"



www.stelorproductions.com



about us          properties          features          stelor staff          careers          cont.

home
about us
properties
features
stelor staff
careers
contact us

## See & Hear About



Click to see Tour!

## Meet the
## Googles from Goo™



GooBoo

---

### STELOR NEWS

- **Find Law On-Line**
- **Washington Post**
- **10e20**
- **The Business Gazette**
- **Washington Times**
- **MSNBC**
- **Internet News**

**Stelor Productions © 2005**
**The Googles from Goo are a creation of Steven A. Silve**

stelor productions.com 2005          **privacy policy**          **terms of use**          cred

# EXHIBIT "D"



::... Stelor Productions ..::



www.stelorproductions.com

## stelor**PROPERTIES**

| about us | properties | features | stelor staff | careers | cont |

### The Googles from Goo™

Our mission at Stelor is to instill trust. Therefore, all of our properties are nonviolent, nonpolitical, and pose no threat to any religious beliefs. It's a tall order, and requires us to create assets that are 'out of this world.' The Googles are just that: a group of pudgy, furry, four-eyed aliens from the planet Goo™. They have journeyed light-years in the GooShip to teach children valuable lessons about science and the environment, raise self-esteem, and lower anxiety. *The Googles from Goo*™ property is targeted towards children 2-12 years old and includes music, a website utilizing education through entertainment, and animated video.

Gootopia is coming soon to: **www.googles.com**

home

about us

properties

features

stelor staff

careers

products



Hear and purchase the Googles *One GooWorld* at iTune



stelor productions.com 2005          **privacy policy**          **terms of use**          crec

# EXHIBIT "E"

Page 1 of 1
Coming Soon!



# Coming Soon!

www.googles.com

This Web page is parked free, courtesy of GoDaddy.c

➤ **Save on:** Domain names, Web hosting, email accounts, secure SSL certificates, ecommerce products AND MORE!



$3.99* NO QTY LIMIT  **Get a new domain name, transfer or renewal for only $3.99\* with each and every new non-domain product you buy!**

## Domain Names
.COMs just $8.95*/yr

➤ **Compare us:** Learn more...

### Search for a domain name NOW!

www. [              ] .com ▾  GO

.com .us .biz .info .net .org .ws .name .tv .cc .de .jp .be .at .uk .nz .cn .tw
*Plus ICANN fee of 25 cents per domain name year.

## Domain Transfers
From $7.95* Includes FREE 1-year extension

➤ **NEW!** Rapid Transfer System!

**ICANN ACCREDITED**

* Get more FREE with each and every domain name!
Learn more...

## Turbo-Charg
## Web Hosti

NEW! Premium Plans

## Plans from
$3.95/mo

➤ FREE Setup and Emai
➤ FREE 24/7 Live Suppo
➤ New! Virtual-Dedicate
   Dedicated Servers! Cl

➤ **Learn more about:** Private domain registrations, domain backordering PLUS, buy used domain names, bulk domain prices slashed AND MORE

## Click 'n build your own site online, in just minutes

**Includes Hosting & Email FREE!**


Complete creative packages from $2.49/month!

➤ Choose the plan that's right for you!




### GoDaddy.com has everything you need to succeed on the Web

➤ I'm interested in: Selling products online, securing my site, hosting, reseller programs


# THE DOMAIN N.
## AFTERMARKE
The smart choice for buying and se

**Discover the Web's p
   domain auction si**
➤ Lowest commissions
   largest audience
➤ Powerful search tools
➤ 24/7 expert assistanc
➤ Plus, join now for
   just $4.95/yr!
   Learn more here
See Today's Featured D



# Radio Go Daddy is on the air!
## Live every Wednesday at 7 pm (PST) / 10 pm (EST).
Listen online; or tune in on Sirius and XM satellite radio, and select AM stations.
Miss the live broadcast? Download the show.

➤ **Visit RadioGoDaddy.com to:** Listen to the Previous Show, Strange Domains, and More!
➤ **Visit GoDaddy.com for:** New product releases, 24/7 Technical Support, 24/7 Domain Support, career opportunities, OR view full product catalog

Copyright © 1999 - 2005 Go Daddy Software, Inc. All rights reserved.

# EXHIBIT "F"

Low cost domain names, domain t ffers, web hosting, email accounts, and much more.    Page 1 of 2



**BobParsons.com**
US Marine cleared! Flight
attendants raise money baring
it all on calendar in online
store. Response to famous
hacker gone straight.

**Radio
Go Daddy**


#1 in domain name registration! Make the s'

My Account    Support    My Cart    Check

| Domain Names ▾ | Hosting & Servers ▾ | Web Site Builders ▾ | Email Accounts ▾ | SSL Certificates ▾ | Ecommerce Pro |
|---|---|---|---|---|---|

My Account / Logout    Company Info    Why our prices are so low    10-Point Value Plan    What's New!    FAQ    Link To Us    ICANN AC

**Company Information**

- About Us
- Bob Parsons' Blog
- President's Page
- Radio Go Daddy
- Partnership Opportunities
- Testimonials
- Go Daddy in the News
- 10-Point Value Plan
- Privacy Policy
- Secure Ordering
- Anti-Spam Policy
- Jobs & Benefits
- Why Our Prices Are So Low
- Link your Site to GoDaddy.com

**View Our Catalog ▶**

# About GoDaddy.com

GoDaddy.com is the world's largest domain name registrar and is the flagship company of The Go D Group, Inc.

The Go Daddy Group of companies also includes **Wild West Domains, Inc.**, a reseller of domains a domain-related products and services; **Domains by Proxy**, a private registration service; **Starfield Technologies**, a research and development affiliate; and **Blue Razor Domains**, a membership-base registrar.

As an ICANN-accredited domain registrar, Go Daddy has more names under management than any registrar, offers products at prices up to 70% less than the competition and supports them all with wo 24/7 live customer service.

We are the sole developer and proprietor of our technology, do not license any products from others, not outsource or offshore any of our operations. This enables us to provide better support and ensure advanced and competitively-priced products and services available today.

Founded by Bob Parsons in 1997, The Go Daddy Group has grown to include more than 8 million do under management. We offer a complete product line, including comprehensive hosting solutions, W creation tools, Secure SSL certificates, personalized email with spam and anti-phishing filtering, e-cc tools and more.

Go Daddy is widely recognized for its success, having been ranked #8 on the 2004 Inc. 500 list of th fastest-growing privately held companies; #35 on the 2004 Deloitte Technology Fast 500 (growing 8, percent!); and having won the CNET Editor's Choice award in 2001, the Name Intelligence Largest N Award in both 2002 and 2003 as well as the #1 Best Overall Registrar in 2003. Go Daddy also won t Corporate Excellence Award for fastest growing privately-held company in 2003 and Most Innovative Company in 2004.

Go Daddy has become the world's #1 choice for domains by providing innovative, competitively-price products, delivering the highest quality customer service, and by always appreciating and listening to customers!

| Business Address | Telephone Numbers | Other Resources |
|---|---|---|
| 14455 N. Hayden Rd. Suite 219 Scottsdale, AZ 85260 | Domains: (480) 505-8899 Fax Number: (480) 505-8844 24/7 Support: (480) 505-8877 Billing: (480) 505-8855 | www.supportwebsite Spam Abuse Report Civil Subpoena Polic press@godaddy.con Email a Support Rep |
| | Billing Call Center Hours: Mon-Fri 5:30AM-9:30PM Sat-Sun 7:30AM-9:30PM PST | |

▶24/7 Sales and Support: (480) 505-8877    ▶Billing Questions? Call (480) 505-8855    ▶Free e-News:    Enter email address

Home | About Us | Catalog | Cart | Payment Options | Legal | Report Spam | Careers | Site Index | Whois | Affiliates | Linl




We now accept




GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO,

# EXHIBIT "G"

> >From: "Domain Disputes" <domaindisputes@godaddy.com>
> >To: "'Steven Silvers'" <gewrue@hotmail.com>
> >Subject: RE: Inquiry
> >Date: Thu, 12 May 2005 11:07:09 -0700
> >
> >Mr. Silvers,
> >
> >We are currently reviewing the legal documents that we have received.  I
> >locked a few domains yesterday while working on this issue and realized I
> >could not complete the review at that time.  I have been again working on
> >this issue this morning.
> >
> >The paperwork I have was filed on May 5 in the District Court for
>Southern
> >District of Florida.  In the Prayer for Relief it states: "(a) a
> >preliminary
> >and permanent injunction enjoining Defendant Steven A Silvers from taking
> >any action in violation of or contrary to the terms of the Licensing
> >Agreement or the Settlement Agreement and affirmatively requiring him to
> >restore the domain names and website to Stellor's control."
> >
> >The normal process I would take is to restore the domains and lock them
> >until a final court order is received.  This is what I am in the process
>of
> >doing.
> >
> >Please feel free to contact me with any questions.
> >
> >Regards,
> >Pam Holland
> >Domain Services Manager
> >Go Daddy Software, Inc.
> >

## KENNETH R HARTMANN - googles.com, and others

**From:**    "Pam" <pholland@godaddy.com>
**To:**      <khartmann@kttlaw.com>, "'Stephen H. Sturgeon'"
             <shs@sturgeonassociates.com>
**Date:**    5/12/2005 6:35 PM
**Subject:** googles.com, and others

Gentlemen,

I have locked 78 domains that are listed below in reference to case No 05-80393, filed May 5, 2005, in the District Court for the Southern District of Florida. No changes have been made to these domains in reference to the administrative email address or the DNS. We will unlock the domains when we are in receipt of a court order to do so. Please fax this order or any other documents to 480.624.2542.

Please make sure your clients understand that I will be in correspondence with you as needed or requested, and our Customer Support Team can not assist them in this matter. This matter must process through our department.

Unfortunately, I will be out of the office this afternoon, but feel free to contact me as needed. I will be back in the office approximately 8am PST Friday.

Regards,
Pam Holland
Domain Services Manger
Go Daddy Software, Inc.


Domains Locked:
GOOBEANIES.COM
GOOBEANIES.NET
GOOBOP.COM
GOOGLEMAIL.NET
GOOGLES.BIZ
GOOGLES.COM
GOOGLES.INFO
GOOGLES.NAME
GOOGLES.NET
GOOGLES.US
GOOGLES.WS
GOOGLESADVENTURE.COM
GOOGLESADVENTURES.COM
GOOGLESFROMGOO.COM
GOOGLESFROMGOO.INFO
GOOGLESFROMGOO.NET
GOOGLESMAIL.COM
GOOGLESMAIL.NET
GOOGLESMANIA.COM

GOOGLESMUSIC.COM
GOOHOP.COM
GOOKID.COM
GOOKIDS.COM
GOOKIDS.NET
GOOKIDSMAIL.COM
GOOKIDSMAIL.NET
GOOKIDSRGOORIFFIC.COM
GOOKIDZ.COM
GOOKIDZ.NET
GOOKIDZMAIL.COM
GOOKIDZMAIL.NET
GOOMAIL.NET
GOOMANIA.COM
GOOMUSIC.COM
GOOPETS.COM
GOOPETZ.COM
GOORIFFICENTERTAINMENT.COM
GOORIFFICENTERTAINMENT.NET
GOOSHIP.COM
GOOSHOES.COM
GOOSTUFF.COM
GOOTOPIA.COM
GOOTOPIA.BIZ
GOOTOPIA.INFO
GOOTOYS.COM
GOOTOYS.NET
GOOTUNES.COM
GOOWARE.COM
GOOWEAR.COM
OOGLESADVENTURE.COM
OOGLESFROMGOO.COM
OOGLESFROMGOO.NET
OOGOOS.COM
OOGOOS.NET
PLANETGOO.NET
PLANETOFGOO.COM
PLANETOFGOO.NET
THEGOOCREW.COM
THEGOOGLES.COM
THEGOOGLESADVENTURE.COM
THEGOOGLESADVENTURES.COM
THEGOOGLESFROMGOO.COM
THEGOOGLESFROMGOO.INFO
THEGOOGLESFROMGOO.NET

THEGOOGLESMAIL.COM
THEGOOGLESMAIL.NET
THEGOOKIDSMAIL.COM
THEGOOKIDSMAIL.NET
THEGOOKIDZMAIL.COM
THEGOOKIDZMAIL.NET
THEOOGLES.COM
THEOOGLES.NET
THEOOGLESFROMGOO.COM
THEOOGLESFROMGOO.NET
THEOOGOOS.COM
THEOOGOOS.NET
THEPLANETOFGOO.COM
THEPLANETOFGOO.NET