UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

    Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

    Defendant,
_____/

### SILVERS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL DECLARATION OF KEVA LABOSSIERE

Defendant, Steven A. Silvers ("Silvers") opposes Stelor Productions, LLC's ("Stelor") motion to strike the supplemental declaration of Keva Labossiere, filed shortly after the hearing on Plaintiff's motion for preliminary injunction. The supplemental declaration is not a memorandum of law, but rather relates directly to evidence proffered at the hearing - - namely that Stelor's website (which it claimed was "shut down") is accessible through Stelorproductions.com.

                                            Respectfully submitted,

DIMOND, KAPLAN & ROTHSTEIN, P.A.
Co-Counsel for Defendant
200 S.E. First Street, Suite 708
Miami, FL 33131
Telephone: (305) 374-1920
Adam T. Rabin, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: /s/ Kenneth R. Hartmann
Kenneth R. Hartmann
Florida Bar No: 664286
Gail M. McQuilkin
Florida Bar No. 969338

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 1st day of June, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

By: _____
Kenneth R. Hartmann

3339/101/253912.1

2

LAW OFFICES KOZYAK TROPIN & THROCKMORTON, P.A.
2525 PONCE DE LEON, 9TH FLOOR, CORAL GABLES, FLORIDA 33134-6037 • TEL. (305) 372-1800