UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 05-80393-Civ-Hurley/Hopkins

# DOCKETING CORRECTION

#25 DUPLICATE OF #24.

Skipped number: 25
Docket Clerk: PA