```
                                                              Page 1
 1                 UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF FLORIDA
 2
            CASE NO:  05-80393-CIV-HURLEY/HOPKINS
 3
                                          ORIGINAL
 4   STELOR PRODUCTIONS,

 5               Plaintiff,
     vs.
 6
     STEVEN SILVERS,
 7
                 Defendant.
 8   _____/

 9

10                               FEDERAL COURTHOUSE
                                 FORT PIERCE, FLORIDA
11                               MAY 23, 2005

12

13        The above-styled case came on for hearing before

14   the Honorable Judge James Hopkins, Presiding Judge at

15   the Fort Pierce Federal Courthouse, Fort Pierce,

16   Florida the 23rd, day of May, 2005.

17

18

19

20

21

22

23

24

25
```

Page 79

1                         CERTIFICATE

2    STATE OF   FLORIDA   )
                          ) SS.
3    COUNTY OF ST. LUCIE  )

4           I, PHILIP MAY, A NOTARY PUBLIC AND REPORTER OF
     THE STATE OF FLORIDA, DO HEREBY CERTIFY THAT THE
5    FOREGOING IS A TRUE AND ACCURATE TRANSCRIPT OF THE
     HEARING AS REPORTED BY AND BEFORE ME AT THE TIME,
6    PLACE AND THE DATE HEREIN BEFORE FORTH.

7
            I DO FURTHER CERTIFY THAT I AM NEITHER A RELATIVE
8    NOR EMPLOYEE NOT ATTORNEY NOR COUNSEL OF ANY OF THE
     PARTIES TO THIS ACTION, AND THAT I AM NEITHER A
9    RELATIVE NOR EMPLOYEE OF SUCH ATTORNEY OR COUNSEL, AND
     THAT I AM NOT FINANCIALLY INTERESTED IN THE ACTION.
10

11          WITNESS MY HAND AND OFFICIAL SEAL IN THE CITY OF
     FORT LAUDERDALE, COUNTY OF BROWARD, STATE OF FLORIDA,
12   THIS 1ST, DAY OF JUNE, 2005.

13

14




21                                      TIC/TR

22

23

24

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 05-80393-CV-HURLEY DE#26

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ **SOUTHERN DISTRICT TRANSCRIPTS**
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**