UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC
f/k/a STELOR PRODUCTIONS, INC.
    Plaintiff,

v.

STEVEN A. SILVERS,
    Defendant.
_____/

FILED by _____ D.C.
JUN 9 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### EMERGENCY TEMPORARY RESTRAINING ORDER IMPLEMENTING PRELIMINARY INJUNCTION RECOMMENDED BY MAGISTRATE JUDGE

Upon consideration of the Report & Recommendation of Magistrate Judge James Hopkins issued June 3, 2005 upon plaintiff's motion for preliminary injunction [DE#2], together with plaintiff's emergency motion for entry of temporary restraining order implementing the recommended injunction pending expiration of the ten day period for filing objections to the Report, made with notice to the defendant, the court has determined that plaintiff will suffer immediate and irreparable injury, loss or damages unless defendant is temporarily restrained from engaging in certain activities set forth in greater detail below. The court has further determined that entry of a temporary restraining order on an emergency basis is necessary to avoid the substantial threat of irreparable injury to Stelor which would otherwise be occasioned from an interruption of its major product launch scheduled during a New York City trade show on June 21, 2005, and that the threatened harm to plaintiff outweighs any harm the temporary restraining order may cause to the defendant.

Case No. 05-80393-CV-HURLEY
Temporary Restraining Order

Accordingly, the plaintiff's emergency motion for temporary restraining order shall be granted, and it is now **ORDERED AND ADJUDGED:**

1. A Temporary Restraining Order issue shall immediately and security in the amount of $10,000 shall be posted by plaintiff by no later than Friday, August 17, 2005.

2. Defendant Steven A. Silvers is temporarily enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from breaching the terms of the License Agreement and Settlement Agreement between the parties;

3. Defendant Steven A. Silvers and anyone acting in concert or participation with the defendant (including defendant's counsel or any agent employee, officer or representative of defendant) is further ordered to return control and use of the Googles.com website and its contents (and all related domain names) to plaintiff within **TWENTY-FOUR (24) HOURS** of notice to defendant or his counsel of the terms of this order.

4. Specifically, defendant is hereby ordered to immediately direct Verio, Inc., the hosting firm for the "googles.com" website, to return the dedicated server to its condition prior to the changes made by defendant on or after May 3, 2005. Defendant is further ordered to take all necessary action to direct and to cause Verio, Inc., godaddy.com, and/or such other web host, to immediately restore plaintiff's access to the dedicated server.

Case No. 05-80393-CV-HURLEY
Temporary Restraining Order

4. This Order shall remain in full force and effect up to and including **WEDNESDAY, JUNE 21, 2005** unless a party moves for an extension, or the court specifically orders otherwise.

5. Within seventy-two (72) hours of notice to defendant or his counsel of the terms of this order, defendant shall file with the court and serve on opposing counsel a notice of compliance which details all efforts defendant has made to comply with this order and which attaches confirming documentation of the same.

DONE and SIGNED in chambers at West Palm Beach, Florida this 9 day of June, 2005 at 3:10 a.m./p.m.

Daniel T. K. Hurley
United States District Judge

cc.
United States Magistrate Judge James Hopkins
Kevin Kaplan, Esq.
Adam T. Rubin, Esq.
Kenneth R. Hartmann, Esq.