UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY

STELOR PRODUCTIONS, LLC,
    plaintiff,
vs

STEVEN A SILVERS,
    defendant.
_____/

FILED by _____ D.C.
JUN 15 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTION AS MOOT

**THIS CAUSE** is before the court upon the defendant's request for clarification of order granting temporary restraining order filed June 9, 2005. Having reviewed the same it is

**ORDERED AND ADJUDGED:**

1. The defendant's request for clarification of order granting temporary restraining order filed June 9, 2005 is **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15 day of June, 2005.

                                      Daniel T. K. Hurley
                                      United States District Judge

cc.
Gail M. McQuilkin, Esq.
Adam T. Rabin, Esq.
Kevin C. Kaplan, Esq.