UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.05-80393-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, L.L.C.,
Plaintiff,

vs.

STEVEN A. SILVERS,
Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE (DE 22)

**THIS CAUSE** is before this Court upon an Order Referring Plaintiff's Motion for Preliminary Injunction to the undersigned Magistrate Judge for Report and Recommendation. (DE 7). Having reviewed Plaintiff's Motion to Strike Supplemental Declaration of Keva Labossiere, (DE 22), and Defendant's response to Plaintiff's motion, (DE 23), it is hereby **ORDERED** that Plaintiff's motion to strike be **DENIED.**

**ORDERED and ADJUDGED** in Chambers this 16 day of June, 2005, at West Palm Beach in the Southern District of Florida.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Hon. Daniel T. K. Hurley
Kevin C. Kaplan, Esq. (Counsel for Plaintiff)
Kenneth Hartman, Esq. (Counsel for Defendant)