

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

## NOTICE OF DEPOSITING FUNDS INTO COURT REGISTRY

Plaintiff Stelor Productions, LLC hereby gives notice of posting cash security of Ten Thousand Dollar ($10,000.00) pursuant to this Court's Emergency Temporary Restraining Order Implementing Preliminary Injunction Recommended by Magistrate Judge of June 9, 2005, a true and correct copy of which is attached hereto as tab 1.

    Respectfully submitted,

    BURLINGTON, WEIL, SCHWIEP,
      KAPLAN & BLONSKY, P.A.
    Attorneys for Plaintiff
    Office in the Grove, Penthouse A
    2699 South Bayshore Drive
    Miami, Florida 33133
    Tel: 305-858-2900
    Fax: 305-858-5261

    By: _____
        Kevin C. Kaplan
        Florida Bar No. 933848
        Daniel F. Blonsky
        Florida Bar No. 972169
        David J. Zack
        Florida Bar No. 641685

CASE NO. 05-80393 CIV HURLEY/HOPKINS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served this 16th day of June, 2005, via U.S. Mail on:

Adam T. Rabin, Esq.
DIMOND, KAPLAN & ROTHSTEIN, P.A.
200 S.E. First Street, Suite 708
Miami, Florida 33131

Kenneth R. Hartmann, Esq.
Gail M. McQuilkin, Esq.
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida  33134

David J. Zack

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC
f/k/a STELOR PRODUCTIONS, INC.
      Plaintiff,

v.

STEVEN A. SILVERS,
      Defendant.
_____/

### EMERGENCY TEMPORARY RESTRAINING ORDER IMPLEMENTING PRELIMINARY INJUNCTION RECOMMENDED BY MAGISTRATE JUDGE

Upon consideration of the Report & Recommendation of Magistrate Judge James Hopkins issued June 3, 2005 upon plaintiff's motion for preliminary injunction [DE#2], together with plaintiff's emergency motion for entry of temporary restraining order implementing the recommended injunction pending expiration of the ten day period for filing objections to the Report, made with notice to the defendant, the court has determined that plaintiff will suffer immediate and irreparable injury, loss or damages unless defendant is temporarily restrained from engaging in certain activities set forth in greater detail below. The court has further determined that entry of a temporary restraining order on an emergency basis is necessary to avoid the substantial threat of irreparable injury to Stelor which would otherwise be occasioned from an interruption of its major product launch scheduled during a New York City trade show on June 21, 2005, and that the threatened harm to plaintiff outweighs any harm the temporary restraining order may cause to the defendant.



Case No. 05-80393-CV-HURLEY
Temporary Restraining Order

Accordingly, the plaintiff's emergency motion for temporary restraining order shall be granted, and it is now **ORDERED AND ADJUDGED:**

1. A Temporary Restraining Order issue shall immediately and security in the amount of $10,000 shall be posted by plaintiff by no later than Friday, August 17, 2005.

2. Defendant Steven A. Silvers is temporarily enjoined and restrained, directly or indirectly, and whether alone or in concert with others, from breaching the terms of the License Agreement and Settlement Agreement between the parties;

3. Defendant Steven A. Silvers and anyone acting in concert or participation with the defendant (including defendant's counsel or any agent employee, officer or representative of defendant) is further ordered to return control and use of the Googles.com website and its contents (and all related domain names) to plaintiff within **TWENTY-FOUR (24) HOURS** of notice to defendant or his counsel of the terms of this order.

4. Specifically, defendant is hereby ordered to immediately direct Verio, Inc., the hosting firm for the "googles.com" website, to return the dedicated server to its condition prior to the changes made by defendant on or after May 3, 2005. Defendant is further ordered to take all necessary action to direct and to cause Verio, Inc., godaddy.com, and/or such other web host, to immediately restore plaintiff's access to the dedicated server.

2

Case No. 05-80393-CV-HURLEY
Temporary Restraining Order

4. This Order shall remain in full force and effect up to and including **WEDNESDAY, JUNE 21, 2005** unless a party moves for an extension, or the court specifically orders otherwise.

5. Within seventy-two (72) hours of notice to defendant or his counsel of the terms of this order, defendant shall file with the court and serve on opposing counsel a notice of compliance which details all efforts defendant has made to comply with this order and which attaches confirming documentation of the same.

**DONE** and **SIGNED** in chambers at West Palm Beach, Florida this 9 day of June, 2005 at 3:10 a.m./p.m.

Daniel T. K. Hurley
United States District Judge

cc.
United States Magistrate Judge James Hopkins
Kevin Kaplan, Esq.
Adam T. Rubin, Esq.
Kenneth R. Hartmann, Esq.

3

AO82
(Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF FLORIDA**
at Miami

No. 230572

RECEIVED FROM Stelor Productions LLC
c/o Burlington, Weil, Schwiet,
Kaplan + Blonsky, P.A.
2699 South Bayshore Drive
Miami, FL 33133

Stelor Productions vs Steven A. Silvers

| Fund | | Ck# 5044896736 | ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 6855XX | Deposit Funds | | 604700 | 10,000.00 |
| 604700 | Registry Funds | | | |
| | General and Special Funds | | | |
| 508800 | Immigration Fees | | | |
| 085000 | Attorney Admission Fees | | | |
| 086900 | Filing Fees | | TOTAL | 10,000.00 |
| 322340 | Sale of Publications | | | |
| 322350 | Copy Fees | | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | | 05-80393-CV-Hurley- |
| 143500 | Interest | | Hopkins |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | Per Court Order |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 6/16/05   Cash   Check ✓   M.O.   Credit   DEPUTY CLERK: Vivian Sanchez