UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

      Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

      Defendant,

_____/

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

## REQUEST FOR ORAL ARGUMENT OR HEARING
## ON SILVERS' OBJECTION TO REPORT AND RECOMMENDATION

Defendant, Steven A. Silvers ("Silvers"), pursuant to Local Rule 7.1(B), requests oral

argument or a hearing on Silvers' Objection to Report and Recommendation. Oral argument will

assist the Court with respect to the factual and legal issues relating to the propriety of entering a

preliminary injunction. Defendant estimates that a one hour hearing would be sufficient.

                                          Respectfully submitted,

DIMOND, KAPLAN & ROTHSTEIN, P.A.
Co-Counsel for Defendant
200 S.E. First Street, Suite 708
Miami, FL 33131
Telephone: (305) 374-1920
Adam T. Rabin, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800

By: _____
      Kenneth R. Hartmann
      Florida Bar No: 664286
      Gail M. McQuilkin
      Florida Bar No. 969338

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 17 day of June, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

By: _____
Kenneth R. Hartmann

3339/101/254486.1

2