UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC,
    Plaintiff,

v.

STEVEN A. SILVERS,
    Defendant.
_____/

FILED by ___ D.C.
JUN 22 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

**THIS CAUSE** is before the court upon the plaintiff's motion to extend emergency temporary restraining order filed June 16, 2005, seeking extension of the temporary restraining order through disposition of the Magistrate Judge's Report & Recommendation upon the underlying motion for preliminary injunction, or a period of at least thirty days. Finding insufficient suggestion of "good cause" to warrant the extension requested, it is hereby

**ORDERED** and **ADJUDGED**:

1.  The request for an indefinite, or in the alternative, thirty day extension of the TRO is **DENIED**; however, the temporary restraining order shall remain in full force and effect up through the end of the International Trade Show in New York, i.e. up through and including Friday, June 24, 2005.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of June, 2005.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

by FAX –

Kevin Kaplan, Esq. (FAX 305-858-5261)
Adam T. Rabin, Esq. (FAX 561-671-1951)
Kenneth R. Hartmann, Esq. (FAX 305-372-3508)