FILED by MC D.C.
ELECTRONIC

Jun 24 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

      Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

      Defendant.

_____

**MOTION FOR ORDER TO SEAL EXHIBIT F
IN APPENDIX TO SILVERS' OBJECTION TO
MAGISTRATE'S REPORT AND RECOMMENDATION,
AND EXHIBIT F TO DECLARATION OF GAIL A. MCQUILKIN**

Defendant, Steven A. Silvers ("Silvers") respectfully files this motion for an order to seal Exhibit F in Appendix to Silvers' Objection to Magistrate's Report and Recommendation, and Exhibit F to Declaration of Gail A. McQuilkin, filed June 17, 2005 in support thereof. The document attached as Exhibit F to the Appendix and the Declaration is a confidential Settlement Agreement between the parties. To protect the confidentiality of the terms of the Settlement Agreement, it is necessary that the clerk of this Court seal the Exhibits. The document was inadvertently filed unsealed.

Wherefore, Silvers respectfully asks that the Court issue an Order directing the clerk of the court to seal Exhibit F in Appendix to Silvers' Objection to Magistrate's Report and

1

Recommendation, and Exhibit F to Declaration of Gail A. McQuilkin, in the form attached as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| Adam T. Rabin | **s/ Gail A. McQuilkin** |
| DIMOND, KAPLAN & ROTHSTEIN, P.A. | Kenneth R. Hartmann, Fla. Bar No: 664286 |
| Co-Counsel for Defendant | Gail M. McQuilkin, Fla. Bar No. 969338 |
| 200 SE First Street, Suite 708 | KOZYAK TROPIN & THROCKMORTON, P.A. |
| Miami, Florida 33131 | Counsel for Defendant |
| (305) 374-1920 | 2525 Ponce de Leon, 9th Floor |
| | Miami, Florida 33134 |
| | (305) 372-1800 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Mail this 24th day of June, 2005, to: Kevin C. Kaplan, Daniel F. Blonsky and David Zack of Burlington Weil Schwiep Kaplan & Blonsky, P.A., 2699 S. Bayshore Drive, Penthouse A, Miami, FL 33133.

**s/ Gail A. McQuilkin**

254745.1

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

CASE NO. 05-80393-CIV-HURLEY
Magistrate Hopkins

      Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

      Defendant.

_____/

### ORDER ON MOTION TO SEAL EXHIBIT F IN APPENDIX TO SILVERS' OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION, AND EXHIBIT F TO DECLARATION OF GAIL A. MCQUILKIN

**THIS CAUSE** came before the Court on June 23, 2005 upon Defendant's Motion to Seal Exhibit F in Appendix to Silvers' Objection to Magistrate's Report and Recommendation, and Exhibit F to Declaration of Gail A. McQuilkin. The Court having reviewed the Motion, and been duly advised in the premises,

**IT IS ORDERED AND ADJUDGED** that:

1. Defendant's Motion is **GRANTED.** To protect the confidentiality of the Settelement Agreement, the document attached as Exhibit F to Silvers' Objection to Magistrate's Report and Recommendation, and Exhibit F to Declaration of Gail A. McQuilkin shall be sealed by the clerk of the Court, not to be opened except upon further order of the Court.

**DONE AND ORDERED** in Chambers at Palm Beach County, Florida this ____ day of June, 2005.

                                                            _____
                                                            U.S. DISTRICT COURT JUDGE

Copies furnished to:
Kenneth R. Hartmann, Esq.
Kevin C. Kaplan, Esq.
254748.1