UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

    Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

    Defendant.
_____/

NIGHT BOX FILED
JUL 0 1 2005
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF KEVIN KAPLAN

PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, hereby files the Supplemental Declaration of Kevin Kaplan.

Respectfully submitted,

BURLINGTON, WEIL, SCHWIEP,
  KAPLAN & BLONSKY, P.A.
Attorneys for Plaintiff
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

By: _____
Kevin C. Kaplan, Esq.
Florida Bar No. 933848
David J. Zack, Esq.
Florida Bar No. 641685

CASE NO. 05-80393 CIV HURLEY/HOPKINS

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true copy of the foregoing is being served by U.S. Mail this 1st day of July, 2005, upon Gail A. McQuilkin, Esq. and Kenneth Hartmann, Esq., Kozyak Tropin & Throckmorton, P.A., counsel for Defendant, 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134; and Adam T. Rabin, Esq., Dimond Kaplan & Rothstein, P.A., Trump Plaza, 525 S. Flagler Drive, Suite 200, West Palm Beach, Florida 33401.

_____
Kevin C. Kaplan
David J. Zack