UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

NIGHT BOX
FILED

JUL 0 1 2005

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### SUPPLEMENTAL DECLARATION OF KEVIN C. KAPLAN

I, Kevin C. Kaplan, hereby declare as follows:

1. As set forth in my initial declaration, I am a shareholder with the firm of Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., counsel of record for the plaintiff in this matter. I am a member in good standing of the Florida Bar since 1992. I have been admitted to practice before the United States Court of Appeals for the Eleventh Circuit and the Southern District of Florida since 1992, as well as the Middle District of Florida since 1993, and the Central District of California since 1991.

2. A true and correct copy of a March 23, 2005 email from Gail McQuilkin, counsel for Defendant Silvers, is attached as Exhibit "E" to the Supplemental Declaration of Steven Esrig.

3. A true and correct copy of my June 17, 2005 letter to Gail McQuilkin is attached as Exhibit G to the Supplemental Declaration of Steven Esrig.

4. A true and correct copy of Ms. McQuilkin's June 17, 2005 letter to me is attached as Exhibit H to the Supplemental Declaration of Steven Esrig.



5. A true and correct copy of my letter dated June 21, 2005 to Ms. McQuilkin is attached as Exhibit I to the Supplemental Declaration of Steven Esrig.

6. A true and correct copy of Ms. McQuilkin's letter to me dated June 21, 2005 (but not delivered until June 22, 2005) is attached as Exhibit J to the Supplemental Declaration of Steven Esrig.

7. A true and correct copy of my letter to Ms. McQuilkin dated June 24, 2005 is attached as Exhibit K to the Supplemental Declaration of Steven Esrig.

8. A true and correct copy of Ms. McQuilkin's June 27, 2005 letter to me is attached as Exhibit L to the Supplemental Declaration of Steven Esrig.

9. A true and correct copy of my June 30, 2005 to Ms. McQuilkin is attached as Exhibit M to the Supplemental Declaration of Steven Esrig.

I declare under penalties of perjury that the foregoing is true and correct. Dated this 1st day of July, 2005.

_____
Kevin C. Kaplan