FILED by ___ D.C.
ELECTRONIC

Jul 18 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

### NOTICE OF FILING SECOND SUPPLEMENTAL DECLARATION OF STEVEN A. ESRIG

    PLEASE TAKE NOTICE that Plaintiff, by and through undersigned counsel, hereby files the Second Supplemental Declaration of Steven A. Esrig.

                Respectfully submitted,

                BURLINGTON, WEIL, SCHWIEP,
                  KAPLAN & BLONSKY, P.A.
                Attorneys for Plaintiff
                Office in the Grove, Penthouse A
                2699 South Bayshore Drive
                Miami, Florida 33133
                Tel: 305-858-2900
                Fax: 305-858-5261
                Email: kkaplan@bwskb.com

                By: /s/ Kevin C. Kaplan
                      Kevin C. Kaplan
                      Florida Bar No. 933848
                      David J. Zack
                      Florida Bar No. 641685

BURLINGTON · WEIL · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE   PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

CASE NO. 05-80393 CIV HURLEY/HOPKINS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served via Telefax, electronic mail, and U.S. mail on this 18th day of July, 2005 upon the following:

| | |
|---|---|
| Adam T. Rabin, Esq.<br>DIMOND, KAPLAN &<br>  ROTHSTEIN, P.A.<br>Suite 708<br>200 S.E. First Street<br>Miami, Florida 33131 | Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN &<br>  THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134 |

/s/ Kevin C. Kaplan
Kevin C. Kaplan

2

BURLINGTON • WEIL • SCHWIEP • KAPLAN & BLONSKY, P.A.
OFFICE IN THE GROVE  PENTHOUSE  2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BWSKB.COM   WWW.BWSKB.COM

2 of 6

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

**SECOND SUPPLEMENTAL DECLARATION OF STEVEN A. ESRIG**

I, Steven A. Esrig, hereby declare as follows:

1. As set forth in my initial declaration, I am the President and CEO of Stelor Productions, L.L.C. ("Stelor"). I have been employed by Stelor since its inception, and I have held my current position for more than two years. The facts stated herein are based upon my own personal knowledge and/or on corporate records and documents maintained by Stelor in the ordinary course of business.

2. Stelor is actively negotiating with 12 potential licensees. The negotiations developed as a result of the success Stelor had at the recent trade show in New York. Stelor received expressions of interest from, and had preliminary discussions with, dozens of licensees in connection with the show. These 13 licensees represent the relationships that have actively developed, and that Stelor believes are likely to lead to important formal relationships. The negotiations, of course, are complicated, and will take some time, but already substantial

progress has been made, and a very strong likelihood exists that Stelor will shortly be finalizing contracts with most, if not all, of these licensees.

3. These potential licenses represent a tremendously unique opportunity to Stelor. It is the result of the years and dollars of investment Stelor has committed to the project, and the critical stage that the project has now reached. The opportunity to formalize these relationships is now, and if lost, is not likely to be presented again.

4. Each of those licensees, however, has made clear that continued access to the [www.googles.com](www.googles.com) address – and not some unknown and never-before-used substitute site – is an essential condition for their continued interest. If Stelor loses access to that address, the unique present opportunity to formalize these licenses will be entirely lost.

5. Attached hereto is a chart containing a general description of each of the 12 licensees and the status of our negotiations. Given Silvers' repeated attempts to interfere with and sabotage Stelor's business, we simply cannot at this critical juncture risk disclosing any more specific information about these licensees and our negotiations. Were we to do so, we are certain that Silvers would attempt to interfere with those negotiations to Stelor's detriment.

6. If Stelor loses access to the googles.com address and with it the opportunity to enter into these licensees, the damages to Stelor's business will be incalculable. These license relationships will transform Stelor's future business, giving it a presence in the market it would never otherwise have. The loss of that opportunity would result in immeasurable damage.

2

CASE NO. 05-80393 CIV HURLEY/HOPKINS

7.  Nor would Stelor have any chance of collecting those damages from Silvers, even if they could be calculated. Silvers does not have the financial resources sufficient to pay even a fraction of that amount.

I declare under penalties of perjury that the foregoing is true and correct. Dated this 18 day of July, 2005.

_____
Steven A. Esrig

3

## LICENSEE STATUS

| LICENSEE | DESCRIPTION |
|---|---|
| MAJOR CHILDRENS ENTERTAINMENT CONGLOMORATE | Reviewing a contract for regular TV episodes for the Spring of 2006 |
| NATIONALLY RECOGNIZED SPORTING GOODS COMPANY | In discussions regarding using the Googles characters on different sporting products |
| MAJOR MANUFACTURER OF BEDDING/HOME PRODUCTS | Negotiating the use of the Googles on bed linens and other products for children's rooms |
| CONSUMER GOODS PACKAGING COMPANY | In negotiations to use the Googles on oral hygiene containers |
| FORTUNE 500 TOY MANUFACTURING COMPANY | Negotiating license agreement for the Googles |
| MAJOR TRADING CARD COMPANY | Negotiating to provide Googles trading cards for the launch of Googles.com |
| INTERNATIONAL CANDY COMPANY | Negotiating a contract to have healthy Google candies |
| MAJOR CEREAL COMPANY | Negotiating details for a Googles cereal |
| FORTUNE 500 PERSONAL HYGIENE COMPANY | Negotiating the use of the Googles on their products |
| MAJOR MANUFACTURER OF EDUCATIONAL SUPPLIES | Negotiating the use of the Googles on school items |
| MAJOR CHILDREN'S EVENT | In negotiations for use of Googles characters and googles.com internet site |
| LARGE FOOD ASSOCIATION | Negotiating use of custom songs, Googles characters and products |



EXHIBIT A