UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC, etc.,
    **Plaintiff,**

v.

STEVEN A. SILVERS,
    **Defendant.**

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

**THIS CAUSE** is before the court upon plaintiff's motion for reconsideration of order granting in part and denying in part plaintiff's motion for preliminary injunction filed July 8, 2005. [DE# 61] Having carefully considered the motion, together with defendant's response in opposition [DE# 60], it is **ORDERED and ADJUDGED:**

1. The plaintiff's motion for reconsideration filed July 8, 2005 [DE# 61] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 21st day of July, 2005.

    Daniel T. K. Hurley
    United States District Judge

Copy furnished to:
Kevin C. Kaplan, Esq.
Adam T. Rabin, Esq.
Kenneth R. Hartmann, Esq.