UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 05-80393-CV-HURLEY

**The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE**

DE#**66**
Docket Clerk **GA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by _____ D.C.
APPEAL
AUG - 4 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

Stelor Productions

Plaintiff/Petitioner,

CASE NO. 05-80393-civ-Hurley

USCA NO. _____

V.

Steven A. Silvers

Defendant/Respondent,

_____/

### CLERK'S NOTICE OF RECEIPT OF APPEAL FILING FEE

The Clerk notifies the Court that on 08/02/05 the filing fee of $ 255.00 was received, receipt number 925051.

DONE at the Federal Courthouse Square, Miami, Florida, this 3rd day of August, 2005.

**CLARENCE MADDOX**
Court Administrator•Clerk of Court

By: _____
Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant

```
Tue Aug  2 11:26:20 2005

    UNITED STATES DISTRICT COURT

    MIAMI           , FL

Receipt No.   138 925051
Cashier       troy

Tender Type   CHECK

Check Number: 8783

Transaction Type   N

DO Code    Div No     Acct
 4600         1       866900

Amount            $    255.00

BURLINGTON WEIL SCHWIEP

NTC OF APPEAL 05CV80393/HURLEY/HOPKINS C
Kn8783
```