# UNITED STATES DISTRICT COURT
## Southern District of Florida

CLARENCE MADDOX  
Clerk of Court

Appeal Section  
305-523-5080

FILED by H.H. D.C.
APPEALS
AUG 1 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Date: August 1, 2005

Clerk, United States Court of Appeals  
Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, GA 30303

(INTERLOCUTORY)

05-14258 I

IN RE: _____  District Court No.: A05-80393-CV-DTKH  U.S.C.A. No.: _____

Style: STELOR PRODUCTIONS v. SILVERS

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| X | Certified copy of Notice of Appeal, docket entries, judgment, opinion/order appealed from, enclosed. If opinion/order was oral, please check _____. |
| X | First Notice of Appeal: YES |
| ___ | Date(s) of other notice(s): _____ |
| | _____ volume(s) of pleadings; _____ volume(s) of transcripts; |
| | _____ volume(s) of exhibits/depositions; other: _____ |
| ___ | There was no hearing from which a transcript could be made. |
| ___ | Copy of CJA form appointing counsel enclosed. |
| ___ | The following materials were SEALED in this court (order enclosed): |
| X | The appellate docket fee has been paid  NO |
| | Date paid  FEE NOT PAID   Receipt No. _____ |
| ___ | Appellant has been granted leave to appeal In Forma Pauperis (copy of order granting IFP is enclosed) |
| X | The Judge or Magistrate appealed from is: DANIEL T.K. HURLEY |
| X | The Court Reporter(s): PAULINE STIPES |
| ___ | This is an appeal of a bankruptcy order. |
| | Bankruptcy Judge: _____ |
| ___ | This is a DEATH PENALTY appeal. |

Sincerely,

Clarence Maddox, Clerk of Court

By: _____  
Deputy Clerk

c:   court file

| ☑ 301 N. Miami Avenue Room 150 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 402 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 South Sixth Street Ft. Pierce, FL 34950 561-595-9691 |