UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

## NOTICE OF FILING OF RECORD DESIGNATION

Please take notice that Plaintiff/Appellant STELOR PRODUCTIONS, L.L.C., hereby files the District Court Docket Sheet containing its record designations for the appeal pending in this matter.

        Respectfully submitted,

        BURLINGTON, WEIL, SCHWIEP,
          KAPLAN & BLONSKY, P.A.
        Attorneys for Plaintiff
        Office in the Grove, Penthouse A
        2699 South Bayshore Drive
        Miami, Florida 33133
        Tel: 305-858-2900
        Fax: 305-858-5261

By_____
        Kevin C. Kaplan, Esq.
        Florida Bar No. 933848
        David J. Zack, Esq.
        Florida Bar No. 641685

CASE NO. 05-80393

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true copy of the foregoing is being served by U.S. Mail this 8th day of August, 2005, upon Gail A. McQuilkin, Esq. and Kenneth Hartmann, Esq., Kozyak Tropin & Throckmorton, P.A., counsel for Defendant, 2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 and Adam T. Rabin, Esq., Dimond Kaplan & Rothstein, P.A., Trump Plaza, 525 S. Flagler Drive, Suite 200, West Palm Beach, Florida 33401.

_____
Kevin C. Kaplan

```
                                                          JMH      INTAPP
                     U.S. District Court
            Southern District of Florida (W.Palm Beach)

              CIVIL DOCKET FOR CASE #: 05-CV-80393

Stelor Productions, v. Silvers                    Filed: 05/05/05
Assigned to: Judge Daniel T. K. Hurley
Demand: $0,000                            Nature of Suit: 190
Lead Docket: None                         Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:2201 Declaratory Judgment


STELOR PRODUCTIONS, L.L.C., a      Kevin Crow Kaplan
Delaware corporation               FTS 858-5261
fka                                305-858-2900
Stelor Productions,Inc.            [COR LD NTC]
     plaintiff                     Daniel Frederick Blonsky
                                   FTS 858-5261
                                   [COR LD NTC]
                                   David John Zack
                                   FTS 858-5261
                                   [COR LD NTC]
                                   Burlington Weil Schwiep Kaplan
                                   & Blonsky
                                   2699 S Bayshore Drive
                                   Penthouse A
                                   Miami, FL 33133
                                   305-858-2900



     v.


STEVEN A. SILVERS, a Florida       Kenneth R. Hartmann
resident                           FTS 372-3508
     defendant                     305-372-1800
                                   [COR LD NTC]
                                   Gail Ann McQuilkin
                                   FTS 372-3508
                                   305-372-1800
                                   [COR LD NTC]
                                   Kozyak Tropin & Throckmorton
                                   2525 Ponce de Leon Boulevard
                                   Suite 900
                                   Coral Gables, FL 33134-6036
                                   305-372-1800

                                   Steven A. Silvers
                                   8993 Okeechobee Boulevard #202
                                   PMB 203
                                   West Plam Beach, FL 33411

Docket as of August 1, 2005 10:57 am               Page 1
```

Proceedings include all events.                                                           JMH
9:05cv80393 Stelor Productions, v. Silvers                                                INTAPP

                        Adam Rabin
                        FTS 671-1951
                        [COR LD NTC]
                        Dimond Kaplan & Rothstein
                        525 S Flagler Drive
                        Suite 200
                        West Palm Beach, FL 33401
                        561-671-2110

```
Proceedings include all events.                                    JMH
9:05cv80393 Stelor Productions, v. Silvers                         INTAPP

5/5/05    1     VERIFIED COMPLAINT filed;  FILING FEE $250.00  RECEIPT #
                920308 ; Magistrate Judge James M. Hopkins (wc)

5/5/05    2     EMERGENCY MOTION with memorandum in support by Stelor
                Productions, for temporary restraining order, and/or for
                preliminary injunction (wc)

5/5/05    3     SUMMONS(ES) issued for Steven A. Silvers (wc)

5/5/05    4     SEALED DOCUMENT placed in vault (wc)

5/9/05    5     ORDER compelling plaintiff to serve defendant and file
                certificate of service ( Signed by Magistrate Judge James
                M. Hopkins on 5/9/05) [EOD Date: 5/9/05] (cj)

5/9/05    6     Notice of compliance: by Stelor Productions,  with [5-1]
                order (dg) [Entry date 05/10/05]

5/10/05   7     ORDER REFERRING MOTION FOR TEMPORARY RESTRAINING ORDER TO
                MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION: ORDER OF
                REFERENCE Referring Motion(s) [2-1] motion for temporary
                restraining order referred to Magistrate Judge James M.
                Hopkins, [2-2] motion for preliminary injunction referred
                to Magistrate Judge James M. Hopkins (signed by Judge
                Daniel T. K. Hurley on 5/10/05)  [EOD Date: 5/11/05] (pa)
                [Entry date 05/11/05]

5/12/05   8     ORDER SETTING EVIDENTIARY HEARING HEARING ON PLAINTIFF'S
                MOTION FOR PRELIMINARY INJUNCTION (DE2)ORDER Motion
                hearing before Magistrate Judge James M. Hopkins set for
                11:00 5/23/05 for [2-1] motion for restraining order, set
                for 11:00 5/23/05 for [2-2] motion for preliminary
                injunction (Signed by Magistrate Judge James M. Hopkins on
                5/12/05) [EOD Date: 5/13/05] (pa) [Entry date 05/13/05]

5/13/05   9     NOTICE of attorney appearance for Steven A. Silvers  by
                Kenneth R. Hartmann, Gail Ann McQuilkin (pa)
                [Entry date 05/16/05]

5/16/05   10    NOTICE of attorney appearance for Steven A. Silvers  by
                Adam Rabin (ct)

5/20/05   11    NOTICE of Filing Declaration of Steven A. Silvers by Steven
                A. Silvers (rb) [Entry date 05/23/05]

5/20/05   12    NOTICE of Filing Declaration of Keva Labossiere by Steven
                A. Silvers (rb) [Entry date 05/23/05]

5/20/05   13    MEMORANDUM by Steven A. Silvers  in opposition to [2-2]
                motion for preliminary injunction (rb) [Entry date 05/23/05]

5/23/05   --    Motion hearing re: [2-1] motion for temporary restraining
                order Motion hearing held, [2-2] motion for preliminary
                injunction Motion hearing held (ck) [Entry date 05/24/05]

Docket as of August 1, 2005 10:57 am                       Page 3
```

```
Proceedings include all events.                                    JMH
9:05cv80393 Stelor Productions, v. Silvers                         INTAPP
```

| Date | # | Description |
|---|---|---|
| 5/23/05 | 14 | Exhibit list by Stelor Productions, Steven A. Silvers (ck) [Entry date 05/24/05] |
| 5/23/05 | 15 | Minutes of Motion hearing re [2-1] & [2-2] motion for temporary restraining order and/or preliminary injunction: held before Magistrate Judge James M. Hopkins on 5/23/05 Court Reporter Name: Phillip May (ck) [Entry date 05/24/05] |
| 5/23/05 | 16 | Declaration/Statement of Steven A. Esrig (lh) [Entry date 05/24/05] |
| 5/23/05 | 17 | Declaration/Statement of Kevin C. Kaplan (lh) [Entry date 05/24/05] |
| 5/23/05 | 18 | REPLY by Stelor Productions, to response to [2-2] motion for preliminary injunction (lh) [Entry date 05/24/05] |
| 5/26/05 | 19 | MOTION by Steven A. Silversto dismiss for lack of subject matter jurisdiction and standing (rb) [Entry date 05/27/05] |
| 5/26/05 | 20 | NOTICE of Filing proposed Report and Recommendation Denying Plaintiffs motion for preliminary injunction by Steven A. Silvers (rb) [Entry date 05/27/05] |
| 5/26/05 | 21 | NOTICE of Filing Supplemental Declaration of keva Labossiere by Steven A. Silvers (rb) [Entry date 05/27/05] |
| 5/26/05 | 22 | MOTION by Stelor Productions to strike [21-1] notice (bs) [Entry date 05/27/05] |
| 6/1/05 | 23 | RESPONSE by Steven A. Silvers to [22-1] motion to strike [21-1] notice of supplemental declaration of Keva Labossiere (pa) [Entry date 06/03/05] |
| 6/3/05 | 24 | REPORT AND RECOMMENDATIONS of Magistrate Judge James M. Hopkins recommending that [2-2] motion for preliminary injunction, [2-1] motion for temporary restraining order be GRANTED. Motion no longer referred. Signed on: 6/3/05 Objections to R and R due by 6/13/05   CCAP (ck) |
| 6/5/05 | 35 | ORDER DENYING MOTION AS MOOT: ORDER denying as moot [29-1] motion for clarification of Order granting temporary retraining order (Signed by Judge T. K. Hurley on 6/15/05) [EOD Date: 6/15/05] (pa) [Entry date 06/15/05] |
| 6/6/05 | 26 | Transcript filed re: hearing held 5/23/05 before Judge Magistrate James Hopkins Pages: 1-79 (ga) [Entry date 06/07/05] |
| 6/8/05 | 27 | RENEWED EMERGENCY MOTION with memorandum in support by Stelor Productions, for entry of temporary restraining order implementing the injunction recommended by the Magistrate (dg) [Entry date 06/09/05] |

```
Proceedings include all events.                                         JMH
9:05cv80393 Stelor Productions, v. Silvers                              INTAPP

6/9/05    (28)    RESPONSE by Steven A. Silvers to [27-1] motion for entry of
                  temporary restraining order implementing the injunction
                  recommended by the Magistrate (mh)

6/9/05    (29)    URGENT MOTION by Steven A. Silvers for clarification of
                  Order granting temporary retraining order (Order not
                  found) (wc) [Entry date 06/10/05]

6/9/05    (30)    RESPONSE by Stelor Productions, to [29-1] motion for
                  clarification of Order granting temporary retraining order
                  (mh) [Entry date 06/10/05]

6/9/05     31     NOTICE of filing May 23, 2005 Hearing transcript of by
                  Steven A. Silvers (dj) [Entry date 06/10/05]

6/9/05    (32)    ORDER granting [27-1] motion for entry of temporary
                  restraining order implementing the injunction recommended
                  by the Magistrate; This Order shall remain in full force
                  and effect up to and including WEDNESDAY JUNE 21,2005 (
                  Signed by Judge Daniel T. K. Hurley on 06/09/05) [EOD Date:
                  6/10/05] (rb) [Entry date 06/10/05]

6/13/05   (33)    Notice of compliance: by Steven A. Silvers with [32-1]
                  order (tb)

6/13/05    34     VERIFIED MEMORANDUM OF LAW by Stelor Productions, in
                  opposition to [19-1] motion to dismiss for lack of subject
                  matter jurisdiction and standing (mh) [Entry date 06/14/05]

6/16/05    36     ORDER denying [22-1] motion to strike [21-1] notice (
                  Signed by Magistrate Judge James M. Hopkins on 06/16/05)
                  [EOD Date: 6/17/05] (dj) [Entry date 06/17/05]

6/16/05   (37)    MOTION by Stelor Productions, (Attorney ) to extend time
                  emergency temporary restraining order implementing
                  preliminary injunction (lk) [Entry date 06/17/05]

6/16/05    39     MOTION by Steven A. Silvers to strike declaration of
                  Steven A. Esrig, set aside Magistrate's findings and
                  report and recommendation, and to vacate [32-1] order (dg)
                  [Entry date 06/17/05]

6/16/05    41     NOTICE of depositing funds into Court Registry by Stelor
                  Productions, (sk) [Entry date 06/20/05]

6/16/05    --     Filing Fee Paid;  FILING FEE $ 10,000.00  RECEIPT # 230572
                  (sk) [Entry date 06/20/05]

6/17/05   (38)    NOTICE of filing declaration of Russell B. Tewsbury by
                  Steven A. Silvers (dg)

6/17/05   (40)    Notice of filing attached declaration of Paul Worshaw by
                  Steven A. Silvers (hd)

Docket as of August 1, 2005 10:57 am                            Page 5
```

```
Proceedings include all events.                                    JMH
9:05cv80393 Stelor Productions, v. Silvers                         INTAPP

6/17/05   42    NOTICE of by Steven A. Silvers [filing declaration of Gail
                M. McQuilkin] (dj) [Entry date 06/20/05]

6/17/05   43    DECLARATION Re: of Gail A. McQuilkin (dj)
                [Entry date 06/20/05]

6/17/05   44    APPENDIX to: [39-1] motion to strike declaration of Steven
                A. Esrig by Steven A. Silvers (dj) [Entry date 06/20/05]

6/17/05   45    REQUEST by Steven A. Silvers for oral argument or Hearing
                on [39-1] motion to strike declaration of Steven A. Esrig
                (dj) [Entry date 06/20/05]

6/17/05   46    OBJECTION by Steven A. Silvers to [24-1] report and
                recommendations, [25-1] report and recommendations (dj)
                [Entry date 06/20/05]

6/17/05   47    RESPONSE by Steven A. Silvers in opposition to [37-1]
                motion to extend time of emergency temporary restraining
                order implementing preliminary injunction (hd)
                [Entry date 06/20/05]

6/20/05   48    REPLY by Steven A. Silvers to response to [19-1] motion to
                dismiss for lack of subject matter jurisdiction and
                standing (wc) [Entry date 06/21/05]

6/22/05   49    ORDER EXENDING TEMPORARY RESTRAINING ORDER: ORDER denying
                [37-1] motion to extend time emergency temporary
                restraining order implementing preliminary injunction. The
                temporary restraining order shall remain in full force and
                effect up through the end of the International Trade Show
                in New York up through and including 6/24/05 (Signed by
                Judge Daniel T. K. Hurley on [EOD Date: 6/22/05] (pa)

6/24/05   50    SUPPLEMENT by Steven A. Silvers to: [39-1] motion to
                strike declaration of Steven A. Esrig (ct)
                [Entry date 06/27/05]

6/24/05   50    OBJECTION by Steven A. Silvers to [24-1] report and
                recommendations, [25-1] report and recommendations (ct)
                [Entry date 06/27/05]

6/24/05   51    MOTION by Steven A. Silvers (Attorney ) to seal exhibit F
                n appendix to Silvers' objections to Magistrate report and
                recommednation and exhibit F to declaration of Gail A.
                McQuilkin (ct) [Entry date 06/27/05]

7/1/05    53    NOTICE of filing supplemental declaration of Steven A.
                Esrig by Stelor Productions (kw) [Entry date 07/06/05]

7/1/05    54    RESPONSE TO SILVERS' REQUEST FOR ORAL ARGUMENT OR HEARING
                ON SILVERS' OBJECTION TO REPORT AND RECOMMENDATION by
                Stelor Productions (kw) [Entry date 07/06/05]
```

```
Proceedings include all events.                                          JMH
9:05cv80393 Stelor Productions, v. Silvers                               INTAPP
```

| Date | Doc # | Description |
|---|---|---|
| 7/1/05 | 55 | RESPONSE by Stelor Productions in opposition to [50-1] objection (kw) [Entry date 07/06/05] |
| 7/1/05 | 56 | RESPONSE by Stelor Productions to [39-1] motion to strike declaration of Steven A. Esrig (kw) [Entry date 07/06/05] |
| 7/1/05 | 57 | NOTICE of filing supplemental declaration of Kevin Kaplan by Stelor Productions (kw) [Entry date 07/06/05] |
| 7/1/05 | 58 | SUPPLEMENTAL DECLARATION OF KEVIN C. KAPLAN (kw) [Entry date 07/06/05] |
| 7/1/05 | 59 | NOTICE of filing declaration of Martin Jeffrey by Stelor Productions (kw) [Entry date 07/06/05] |
| 7/5/05 | 52 | ORDER REJECTING IN PART AND APPROVING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION adopting [24-1] report and recommendations denying [2-1] motion for temporary restraining order, denying [2-2] motion for preliminary injunction, mooting [45-1] motion for oral argument or Hearing on [39-1] motion to strike declaration of Steven A. Esrig, mooting [39-1] motion to strike declaration of Steven A. Esrig, mooting [39-2] motion set aside Magistrate's findings and report and recommendation, mooting [39-3] motion to vacate [32-1] order, denying [51-1] motion to seal exhibit F n appendix to Silvers' objections to Magistrate report and recommednation and exhibit F to declaration of Gail A. McQuilkin ( Signed by Judge Daniel T. K. Hurley on 7/2/05) [EOD Date: 7/6/05] CCAP (kw) [Entry date 07/06/05] |
| 7/6/05 | 25 | Error in dockting. Docket #25 was a duplicate of #24. (pa) |
| 7/8/05 | 60 | RESPONSE by Steven A. Silvers to [39-3] motion to vacate [32-1] order (aj) |
| 7/8/05 | 61 | MOTION by Stelor Productions (Attorney ) for reconsideration of [52-1] order (dj) [Entry date 07/11/05] |
| 7/18/05 | 62 | REPLY by Stelor Productions to response to [61-1] motion for reconsideration of [52-1] order (cj) |
| 7/18/05 | 63 | NOTICE of by Stelor Productions filing second supplemental declaration of Steven A Esrig (dj) [Entry date 07/19/05] |
| 7/21/05 | 64 | ORDER denying [61-1] motion for reconsideration of [52-1] order ( Signed by Judge Daniel T. K. Hurley on 07/21/05) [EOD Date: 7/21/05] (rb) |
| 7/22/05 | 65 | NOTICE OF INTERLOCUTORY APPEAL of [64-1] order, [52-1] order .  EOD Date: 7/6/05;  Filing Fee: $ FEE NOT PAID;; Copies to USCA and Counsel of Record. (ga) |

```
Proceedings include all events.                                    JMH
9:05cv80393 Stelor Productions, v. Silvers                       INTAPP
          [Entry date 08/01/05]
```