UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

       Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

       Defendant.
_____/

FILED by ___ D.C.
AUG 24 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT**

This matter came before the Court on Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC.'s ("Stelor") Motion for Enlargement of Time to File Amended Complaint. Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Motion is hereby GRANTED.

2.    Plaintiff shall have up to and including August 29, 2005 to file its amended complaint and supplementary evidentiary submissions pursuant to the Court's Order Granting Defendant's Motion to Dismiss Without Prejudice.

DONE and ORDERED in Chambers at West Palm Beach, Florida, this 24 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

cc:    Kenneth R. Hartmann, Esq.
        Kevin C. Kaplan, Esq.
        Adam T. Rabin, Esq.

