FILED by SH D.C.
ELECTRONIC

Sep 12 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C., a           CASE NO. 05-80393-CIV-HURLEY
Delaware corporation, f/k/a STELOR      Magistrate Hopkins
PRODUCTIONS, INC.,

     Plaintiff,

v.

STEVEN A. SILVERS, a Florida resident,

     Defendant.

_____/

### SILVERS' RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DISCOVERY REQUESTS

Defendant, Steven A. Silvers ("Silvers"), requests that this Court disregard or deny Plaintiff's motion for enlargement of time to respond to Silvers' discovery. The Court has found there is a lack of subject matter jurisdiction for this case, and dismissed it. While the Court granted leave for Stelor to amend its complaint to assert a proper basis for subject jurisdiction, Stelor has declined to do so, and has finally admitted that there is a lack of diversity in this case.

The present posture of this case, therefore, is that it has been dismissed and the Court has no authority, given the lack of subject matter jurisdiction, to provide the relief requested by Stelor.

While Silvers is interested in obtaining the discovery he served prior to the case being dismissed, in good faith we cannot proceed to obtain this information under a case which has been dismissed.

2525 Ponce de Leon, 9th Floor, Miami, Florida 33134 | Phone 305.372.1800 | Fax 305.372.3508 | kttlaw.com

Dockets.Justia.com

79/cj

Respectfully submitted,

DIMOND, KAPLAN & ROTHSTEIN, P.A.
Co-Counsel for Defendant
525 S. Flagler Drive, Suite 200
West Palm Beach, FL 33401
Telephone: (561) 671-2110
Adam T. Rabin, Esq.

KOZYAK TROPIN & THROCKMORTON, P.A.
Counsel for Defendant
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
Fax: (305) 372-3508

By: _____
Kenneth R. Hartmann
Florida Bar No. 664286
Gail M. McQuilkin
Florida Bar No. 969338

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 12th day of September, 2005, to: Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington, Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

By: _____
Kenneth R. Hartmann

3339/103/257387.1