FILED by ELECTRONIC

**Nov 2 2005**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY

STELOR PRODUCTIONS, LLC
f/k/a Stelor Productions, Inc.

    Plaintiff

v.

STEVEN A. SILVERS,

    Defendant.

_____/

### CERTIFICATE OF CONFERENCE RE DEFENDANT'S VERIFIED MOTION FOR ATTORNEYS' FEES AND EXPENSES AND BILL OF COSTS

    I hereby certify that I have, pursuant to L.R. S.D. Fla. 7.1.A.3, conferred with opposing counsel in a good faith effort to resolve Defendant's claims for attorneys' fees and costs raised in (1) Defendant's Verified Motion for Attorneys' Fees and Expenses, Rule 11 Sanctions, and Memorandum of Law, and (2) Defendant's Bill of Costs, but the parties have not been able to resolve the issues at this time.

                                       /s/ Adam T. Rabin
                                       Adam T. Rabin

Dockets.Justia.com
81/rb

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Certificate of Conference was served by e-mail and U.S. Mail on November 2, 2005 upon Kevin C. Kaplan, Burlington, Weil, Schwiep, Kaplan, & Blonsky, P.A., 2699 South Bayshore Drive, Penthouse A, Miami, Florida 33133.

By: /s/ Adam T. Rabin
     Adam T. Rabin