

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,
    Plaintiff,

Case No. 05-80393-CIV-HURLEY

v.

STEVEN A. SILVERS, a Florida resident,
    Defendant.

---

## DEFENDANT'S NOTICE OF FILING BILL OF COSTS

Plaintiff, Steven A. Silvers, hereby gives notice of filing the attached "Bill of Costs."

Respectfully submitted this 1st day of November, 2005.

| | |
|---|---|
| Adam T. Rabin  (FBN: 985635) | Gail A. McQuilkin  (FBN: 969338) |
| DIMOND KAPLAN & ROTHSTEIN, PA | Kenneth R. Hartmann  (FBN: 664286) |
| 525 S. Flagler Drive, Suite 200 | KOZYAK TROPIN & THROCKMORTON, PA |
| West Palm Beach, Florida  33401 | 2525 Ponce de Leon, 9th Floor |
| T: 561-671-2110 / F: 561-671-1951 | Miami, Florida 33134 |
| | T: 305-372-1800 / F: 305-372-3508 |

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 1st day of November, 2005, via first class mail and e-mail on the following:

Kevin C. Kaplan, Esq.
Burlington Weil Schwiep Kaplan & Blonsky
2699 S. Bayshore Drive, Penthouse, Miami, Florida  33133
E-mail: kkaplan@bwskb.com

3339/103/259246.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-80393-CIV-HURLEY/Hopkins

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.

_____/

## BILL OF COSTS

    Judgment having been entered in the above entitled action on October 5, 2005, against Stelor

Productions, L.L.C., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk............................................................................ | $_____ |
| Fees for service of summons and subpoena.................................................. | $_____264.50 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case........................................................................ | $_____92.90 |
| Fees and disbursement for printing........................................................ | *See* Exhibit 1 |
| Fees for witnesses ...................................................................... | $_____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case................................................................................... | $_____ |
| Docket fees under 18. U.S.C. 1923......................................................... | $_____ |
| Cost as shown on Mandate of Court of Appeals............................................. | $_____ |
| Compensation of court-appointed experts.................................................. | $_____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828............................................................................. | $_____ |
| Other Costs (*See* Exhibit 1).............................................................. | $_____16,121.17 |
| **TOTAL** | $_____**16,478.57** |

## DECLARATION

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: **Kevin C. Kaplan, Esq., Daniel F. Blonsky, Esq. and David Zack, Esq., Burlington,** Weil, Schwiep, Kaplan & Blonsky, P.A., Counsel for Plaintiff, Office in the Grove, Penthouse A, 2699 South Bayshore Drive, Miami, FL 33133.

        Signature of Attorney:
        Name of Attorney:    Kenneth R. Hartmann
For:      Kozyak Tropin & Throckmorton, P.A.      Date: 11/1/05
        2525 Ponce de Leon, 9th Floor, Coral Gables, FL 33134
        Tel: 305/372-1800

Costs are taxed in the amount of $_____ and included in the judgment.

                By:_____

_____      _____      _____
Clerk of Court                   Deputy Clerk              Date

258942.1

| | Description | Sub-totals | Amount | INVOICE(S) ATTACHED |
|---|---|---|---|---|
| | **Exhibit "1"** | | | |
| | **Summary of Requested Reimbursement of Expenses** | | | |
| 1 | Filing Fees | | $0.00 | |
| 2 | Witness Fees | | $0.00 | |
| 3 | Lien & Title Searches | | $0.00 | |
| 4 | Photocopies (a-b): | | **$4,552.13** | |
| | (a)  In-house Copies: | $2,617.25 | | **Not Attached\*** |
| | (b)  Outside Copies: | $1,934.88 | | Attached |
| | | **$4,552.13** | | |
| 5 | Postage | | $7.89 | **Not Attached** |
| 6 | Overnight Delivery Charges | | $239.58 | Attached |
| 7 | Outside Courier/Messenger Service | | $306.86 | Attached |
| 8 | Long Distance Telephone Charges | | $73.71 | **Not Attached** |
| 9 | Fax Transmissions | | $368.00 | **Not Attached** |
| 10 | Computerized Research (a-e): | | **$10,469.56** | |
| | (a)  Westlaw | $9,960.28 | | Attached |
| | (b)  Pacer Service Center | $9.28 | | **Not Attached** |
| | (c) Corporate Search | $32.00 | | Attached |
| | (d)  AutoTrack XP/ChoicePoint | $39.00 | | Attached |
| | (e) Global Domain Search | $429.00 | | Attached |
| | | **$10,469.56** | | |
| 11 | Miscellaneous (a-b): | | $103.44 | Attached |
| | (a) Googles Merchandise - CafePress.com | $83.46 | | |
| | (b) Googles Merchandise - iTunes (Evidence) | $19.98 | | |
| | | **$103.44** | | |
| | **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | | | **$16,121.17** |

*Invoices for all "soft costs" not attached.*

# INVOICES FOR FEES FOR SERVICE OF SUMMONS AND SUBPOENA

# Civil Action Group    & APS International

Phone: (952) 831-7776
Toll Free: (800) 328-7171

NOW, you can also access this information on
the web at: www.civilactiongroup.com

**National Listed Service**

---

Tuesday, July 05, 2005

Service of Process in: **Los Angeles, CA**

**Attn: Ms. Keva Labossiere**
**Fax Number: (305) 372-3508**

**Your APS Contact:**
**Vanh Thao   -- Ext: 328**

---

Thank you for calling APS International. APS offers three levels of service in this area:

Priority Service        Fee:    $114.00         Time frame: Two attempts within 3 business days after receipt.
--Please fax a copy of your cover letter and the first page of the summons/subpoena to 800-538-5299 for tracking
     and quality control purposes.
--Send two sets of the documents VIA OVERNIGHT COURIER with prepayment to:
     **APS #112 - Attn: Sandy**
     **409 East Dorothy Drive**
     **Fullerton, CA  92831**

---

RUSH  Service        Fee:    $138.00        Time frame: Two attempts within 1 business days after receipt.

--Please fax a copy of your cover letter and the first page of the summons/subpoena to 800-538-5299 for tracking
     and quality control purposes.
--Send two sets of the documents with prepayment via overnight courier to the address provided under "Priority Service"

---

Same Day Fax/Email      Fee:    $228.00        Plus $1.00 per page for handling and forwarding.

--Time frame: Two attempts on the same day the documents are received via fax or email before 12:00 p.m  CST
     any documents received after 12:00 p.m. CST will be handled as a rush for service on the next business day.
--Please fax your cover letter and one complete set of documents for service to (952) 831-8150 or toll free
     1-800-538-5299 OR scan the entire set of documents (preferably multi-page, tiff format or pdf format) and
     email to natl@civilactiongroup.com with the subject line: "Same Day Fax service request attached"
--If APS is unable to complete service for any reason within the requested time frame, you will be contacted.

---

GENERAL INFORMATION:
    --All Fees are for two attempts at one address on one defendant.  If Personal Service is required, full fees will be required for
each defendant - even if at the same address. If additional proofs are required for service on one person, there is an additional
charge for each additional proof - see bottom of page for fee.
    --DO NOT send Original Documents without written instructions. For example, if the Original Summons must be shown to the
party being served and then returned with the proof of service, you MUST put such instructions in writing. Do not send any
Original Documents unless required by State Law.
    --CAG cannot service papers on tribal lands.

COVER LETTERS:  All cover letters should include at least the following:
    --Case name, number, and venue.
    --Attorney's file or reference number (if any)
    --Person or business to be served and address for service
       IF PERSONAL SERVICE IS REQUIRED: A description of the person to be served or a picture
    --Deadlines for service
    --Deadlines for return of proof (include prepaid airbill OR FedEx account number)
    --Under what circumstances and on whom substitute service can be made.
    --Subpoena Service -- please include a check payable to the witness and/or clerk of court, if applicable.
    --Any other special instructions.

> **Make checks payable to:**
> **APS International, Ltd.**
> **Minneapolis, MN 55439**

> **APS does accept**
> **VISA and Mastercard.**

SURCHARGES:  All fees are for two attempts at one address.  If service is made at a second address or at an address other
than the address provided, surcharges will be accrued.
    --Additional proofs each:  $42.00             --Additional addresses are full charge.
    --Saturday Service -- additional $25.00          --Appointment of a Special Process Server: -- additional $20.00

# Civil Action Group dba APS International

**Phone:** (952) 831-7776
**Toll Free:** (800) 328-7171

NOW, you can also access this information on the web at: www.civilactiongroup.com

## National Listed Service

Thursday, July 14, 2005      **Service of Process in: San Leandro, CA**

**Attn: Ms. Keva Labossiere**
**Fax Number: (305) 372-3508**

**Your APS Contact:**
**Candi Howell -- Ext: 332**

Thank you for calling APS International. APS offers three levels of service in this area:

| | | | |
|---|---|---|---|
| Priority Service | Fee: | **$104.50** | Time frame: Two attempts within 3 business days after receipt. |

--Please fax a copy of your cover letter and the first page of the summons/subpoena to 800-538-5299 for tracking and quality control purposes.
--Send two sets of the documents VIA OVERNIGHT COURIER with prepayment to:

    **APS #122 - Attn: Arthur**
    **414 Pendleton Way #2**
    **Oakland, CA 94621**

| | | | |
|---|---|---|---|
| RUSH Service | Fee: | **$126.50** | Time frame: Two attempts within 1 business days after receipt. |

--Please fax a copy of your cover letter and the first page of the summons/subpoena to 800-538-5299 for tracking and quality control purposes.
--Send two sets of the documents with prepayment via overnight courier to the address provided under "Priority Service"

| | | | |
|---|---|---|---|
| Same Day Fax/Email | Fee: | **$209.00** | Plus $1.00 per page for handling and forwarding. |

--Time frame: Two attempts on the same day the documents are received via fax or email before 12:00 p.m. CST any documents received after 12:00 p.m. CST will be handled as a rush for service on the next business day.
--Please fax your cover letter and one complete set of documents for service to (952) 831-8150 or toll free 1-800-538-5299 OR scan the entire set of documents (preferably multi-page, tiff format or pdf format) and email to natl@civilactiongroup.com with the subject line: "Same Day Fax service request attached"
--If APS is unable to complete service for any reason within the requested time frame, you will be contacted.

**GENERAL INFORMATION:**
--All Fees are for two attempts at one address on one defendant. If Personal Service is required, full fees will be required for each defendant - even if at the same address. If additional proofs are required for service on one person, there is an additional charge for each additional proof - see bottom of page for fee.
--DO NOT send Original Documents without written instructions. For example, if the Original Summons must be shown to the party being served and then returned with the proof of service, you MUST put such instructions in writing. Do not send any Original Documents unless required by State Law.
--CAG cannot service papers on tribal lands.

**COVER LETTERS:** All cover letters should include at least the following:
--Case name, number, and venue.
--Attorney's file or reference number (if any)
--Person or business to be served and address for service
    IF PERSONAL SERVICE IS REQUIRED: A description of the person to be served or a picture
--Deadlines for service
--Deadlines for return of proof (include prepaid airbill OR FedEx account number)
--Under what circumstances and on whom substitute service can be made.
--Subpoena Service -- please include a check payable to the witness and/or clerk of court, if applicable.
--Any other special instructions.

> **Make checks payable to:**
> **APS International, Ltd.**
> **Minneapolis, MN 55439**

> **APS does accept**
> **VISA and Mastercard.**

**SURCHARGES:** All fees are for two attempts at one address. If service is made at a second address or at an address other than the address provided, surcharges will be accrued.
--Additional proofs each: **$38.50**
--Saturday Service -- additional $25.00
--Additional addresses are full charge.
--Appointment of a Special Process Server: -- additional $20.00

# INVOICE FOR FEES OF
# THE COURT REPORTER

## OFFICIAL REPORTING SERVICE, LLC

*524 South Andrews Avenue, Suite 302N*
*Ft. Lauderdale, Florida 33301-2845*
*954-467-8204   Fax  954-467-8214*
*Tax ID  90-0180829*

Keva Labossiere, Esq
Kozyak, Tropin & Throckmorton, PA
2525 Ponce De Leon Blvd
9th Floor
Coral Gables, FL  33134

June  1, 2005

**Invoice#** 20011607

**Balance:**      $92.90

(POSTED)

**Re:** Stelor Productions vs Steven Silvers
     0580393civ
     *on 05/23/05 by* PHILIP MAY

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Hearing before Judge Hopkins - 79 pages | |
| One copy - @ 1.10 pp | 86.90 |
| Sent with OTD on 6/1/05 | 6.00 |

*Approved -*

*3339.10*

*Keva Labossiere*

**P l e a s e   R e m i t   - - - >   Total Due:      $92.90**

*BALANCE PAST DUE 30 DAYS SHALL BEAR INTEREST.*
*CLIENT AGREES TO PAY ALL COSTS OF COLLECTION.*

# PHOTOCOPIES:
# (b) OUTSIDE COPIES

# Services & i-Site

*Your In-House Office Services Company*

**A BLACK'S BUSINESS SYSTEMS COMPANY**
200 S. Biscayne Boulevard, Suite 4850
Miami, Florida 33131-5318
(305) 374-1521    Fax (305) 381-8885
FED ID: 65-0159999

## Invoice

| | |
|---|---|
| Invoice Number: | 65736 |
| Invoice Date: | May 4, 2005 |
| Page: | 1 |

**Sold To:**

Kozyak, Tropin, et al.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

 POSTED

**Ordered By:**

Gail

**Att:**    Ms. Ada Padilla

| Customer ID | Reference | Payment Terms | |
|---|---|---|---|
| 1000KT01 | 3339 - 101 | Net 10 Days | |
| REP ID | Shipping Method | Ship Date | Due Date |
| Gables 1 | Best Way | | 5/14/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 11,114.00 | CR1000 | 8 1/2 x 11 Copy Reproduction | 0.10000 | 1,111.40 |
| 368.00 | CL1000 | 8 1/2 x 11 Color Laser Copies | 0.85000 | 312.80 |

*Please see attached backup for details.*

| | |
|---|---|
| SUBTOTAL | 1,424.20 |
| Sales Tax | 99.69 |
| Taxable Subtotal | 1,424.20 |
| Non-Taxable Subtotal | 0.00 |
| INVOICE TOTAL | $    1,523.89 |

Received By: _____

# Services On-Site

### Your In-House Office Services Company

**A BLACK'S BUSINESS SYSTEMS COMPANY**
200 S. Biscayne Boulevard, Suite 4850
Miami, Florida 33131-5318
(305) 374-1521    Fax (305) 381-8885
FED ID: 65-0159999

# Invoice

| | |
|---|---|
| Invoice Number: | 65738 |
| Invoice Date: | May 4, 2005 |
| Page: | 1 |

**Sold To:**

Kozyak, Tropin, et al.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134



**Ordered By:**

Gail

**Att:**    Ms. Ada Padilla

| Customer ID | Reference | Payment Terms | |
|---|---|---|---|
| 1000KT01 | 3339.101 | Net 10 Days | |
| REP ID | Shipping Method | Ship Date | Due Date |
| Gables 1 | Best Way | | 5/14/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | CP1000 | 8 1/2 x 11 Color Laser Prints (Scan) | 0.85000 | 0.85 |
| 1.00 | DR1000 | CD ROM Reproduction | 20.00000 | 20.00 |

***Please see attached backup for details.***

| | |
|---|---|
| SUBTOTAL | 20.85 |
| Sales Tax | 1.46 |
| Taxable Subtotal | 20.85 |
| Non-Taxable Subtotal | 0.00 |
| INVOICE TOTAL | $    22.31 |

Received By: _____

# Services (in-Site
### Your In-House Office Services Company
**A BLACK'S BUSINESS SYSTEMS COMPANY**
200 S. Biscayne Boulevard, Suite 4850
Miami, Florida 33131-5318
(305) 374-1521    Fax (305) 381-8885
FED ID: 65-0159999

# Invoice

| Invoice Number: | 65723 |
|---|---|
| Invoice Date: | May 4, 2005 |
| Page: | 1 |

**Sold To:**

Kozyak, Tropin, et al.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134

 POSTED

**Ordered By:**

Gail

**Att:**    Ms. Ada Padilla

| Customer ID | Reference | Payment Terms | |
|---|---|---|---|
| 1000KT01 | 3339.101 | Net 10 Days | |
| REP ID | Shipping Method | Ship Date | Due Date |
| Gables 1 | Best Way | | 5/14/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 254.00 | CL1000 | 8 1/2 x 11 Color Laser Copies (3 sets) | 0.85000 | 215.90 |
| 869.00 | BL1000 | 8 1/2 x 11 Black & White Laser Copies | 0.15000 | 130.35 |

*Please see attached backup for details.*

| | |
|---|---|
| SUBTOTAL | 346.25 |
| Sales Tax | 24.24 |
| Taxable Subtotal | 346.25 |
| Non-Taxable Subtotal | 0.00 |
| INVOICE TOTAL | $   370.49 |

Received By: _____

# Services 'n-Site

*Your In-House Office Services Company*

**A BLACK'S BUSINESS SYSTEMS COMPANY**
200 S. Biscayne Boulevard, Suite 4850
Miami, Florida 33131-5318
(305) 374-1521    Fax (305) 381-8885
FED ID: 65-0159999

# Invoice

| | |
|---|---|
| Invoice Number: | 66032 |
| Invoice Date: | May 24, 2005 |
| Page: | 1 |

**Sold To:**

Kozyak, Tropin, et al.
2525 Ponce De Leon
9th Floor
Coral Gables, FL 33134


POSTED

**Ordered By:**

KRM / KJL

**Att:**    Ms. Ada Padilla

| Customer ID | Reference | Payment Terms | |
|---|---|---|---|
| 1000KT01 | 3339.101 | Net 10 Days | |
| REP ID | Shipping Method | Ship Date | Due Date |
| Gables 1 | Best Way | | 6/3/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 9.00 | CL1000 | 8 1/2 x 11 Color Laser Copies | 0.85000 | 7.65 |

*Please see attached backup for details.*

| | |
|---|---|
| SUBTOTAL | 7.65 |
| Sales Tax | 0.54 |
| Taxable Subtotal | 7.65 |
| Non-Taxable Subtotal | 0.00 |
| INVOICE TOTAL | $   8.19 |

Received By: _____

# SERVICES ON-SITE
## OVERTIME REQUEST FORM

**Business Center Name:** *Kozyak & Tropin & Throckmorton*

**For:** *Keva Labossiere*     Extension: _____

**Date Requested:** *5/18/05.*     Day: _____

**Client Matter #:** *3339.101.*

**Attorney or Administrator Authorization:** _____

**Job Description:** _____

**Name:** *Eddy Perez*     **Start Time:** *6pm*

     **End Time:** *6:30*

     **TOTAL HOURS:** *1/2 hours*     10

**Name:** _____     **Start Time:** _____

     **End Time:** _____

     **TOTAL HOURS:** _____

**Name:** _____     **Start Time:** _____

     **End Time:** _____

     **TOTAL HOURS:** _____

**Name:** _____     **Start Time:** _____

     **End Time:** _____

     **TOTAL HOURS:** _____

**Name:** _____     **Start Time:** _____

     **End Time:** _____

     **TOTAL HOURS:** _____

     **TOTAL OVERTIME:** _____

# OVERNIGHT DELIVERY CHARGES

Case 9:05-cv-80393-DTKH     Document 82     Entered on FLSD Docket 11/04/2005     Page 16 of 55

Invoice Number     0-px-cpggp
ce Date:        Mar 22, 2005
Account Number:     
Page:           8 of 24

# FedEx Express Shipment Detail By Payor Type (Original)

---

**Picked up: Mar 14, 2005**          **Payor: Shipper**          **Reference: 3224 01**

---

**REDACTED**

---

**Picked up: Mar 15, 2005**          **Payor: Shipper**          **Reference: 3339-101**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1278.47
- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | | |
|---|---|---|---|
| Tracking ID | 790456407371 | Sender | Recipient |
| Service Type | FedEx Standard Overnight | Gail A. McQuilkin, Esq. | Steven A. Silvers |
| Package Type | FedEx Envelope | Kozyak Tropin & Throckmorton, | 8983 Okeechobee Blvd |
| Zone | 2 | 2525 Ponce de Leon, 9th Floor | WEST PALM BEACH FL 33411 US |
| Packages | 1 | MIAMI FL 33134 US | |
| Weight | N/A | | |
| Delivered | Mar 16, 2005 10:06 | Transportation Charge | 11.45 |
| Svc Area | AA | Earned Discount | -5.61 |
| Signed by | W.MORANI | Fuel Surcharge | 0.50 |
| FedEx Use | 002332706/0000200/_ | **Total Charge**      USD $ | **6.34** |



Invoice Date:                     Apr 28, 2005
Account Number:
Page:                             30 of 30

# FedEx Express Shipment Detail By Payor Type (Original)

| | | | |
|---|---|---|---|
| Picked up: Apr 21, 2005 | Payor: Recipient | Reference: ~~NO REFERENCE INFORMATION~~ | 3339-101 |

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $1337.48
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Tracking ID | 847958557080 | **Sender** | **Recipient** |
| Service Type | FedEx Priority Overnight | STEPHEN FRANKLIN | LISSETTE GARCIA  / GHR |
| Package Type | FedEx Pak | US DISTRICT COURT | KOZYAK TROPIN & THROCKMORTON P |
| Zone | 2 | 2551 J AIRBROOK RD | 2525 PARCE DE LEON BLVD 9TH FL |
| Packages | 1 | WEST PALM BEACH FL 33407 US | MIAMI FL 33134 US |
| Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Apr 22, 2005 09:26 | Transportation Charge | 17.50 |
| Svc Area | A2 | Courier Pickup Charge | 5.50 |
| Signed by | M.KAZEMI | Earned Discount | -6.63 |
| FedEx Use | 111044930/0000014/_ | Fuel Surcharge | 0.91 |

| | | |
|---|---|---|
| **Total Charge** | USD $ | 11.58 |

| | | |
|---|---|---|
| **Shipment Detail Subtotal** ........................................................................................ | USD $ | 30.09 |

11


## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Apr 27, 2005**          **Payor: Shipper**          **Reference: 3339-101 Silvers**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1374.31
- Distance Based Pricing, Zone 5
- Release signature on file.

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 792908448480 | Gail A. McQuilkin, Esq. | Steven A. Esrig | |
| Service Type | FedEx Standard Overnight | Kozyak Tropin & Throckmorton, | Stelor Productions, Inc. | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon, 9th Floor | Stelor Productions, Inc. | |
| Zone | 5 | MIAMI FL 33134 US | GERMANTOWN MD 20874 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 15.95 |
| Delivered | Apr 28, 2005 13:49 | Fuel Surcharge | | 0.69 |
| Svc Area | A2 | Earned Discount | | -7.82 |
| Signed by | 14691753 | Residential Delivery | | 2.00 |
| FedEx Use | 002332706/0000233/02 | | | |
| | | **Total Charge** | **USD $** | **10.82** |

REDACTED

INVOICE Number:    9-816-90490
Invoice Date:    May 10, 2005
Account Number:    
Page:    4 of 16

## FedEx Express Shipment Detail By Payor Type (Original)

Picked up: Apr 29, 2005          Payor: Shipper          Reference: 3339-101 Silvers

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1374.31
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | Sender | Recipient | |
|------|------|--------|-----------|---|
| Tracking ID | 790005133081 | Gail A. McQuilkin, Esq. | Kevin C. Kaplan, Esq | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton, | Burlington Weil Schwiep Kaplan | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon, 9th Floor | 2699 S. Bayshore Drive | |
| Zone | 2 | MIAMI FL 33134  US | COCONUT GROVE FL 33133  US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 13.35 |
| Delivered | May 02, 2005 09:53 | Earned Discount | | -6.54 |
| Svc Area | A2 | Fuel Surcharge | | 0.58 |
| Signed by | C.ROMAN | | | |
| FedEx Use | 002332706/0000186/_ | Total Charge | USD $ | 7.39 |

**REDACTED**

Invoice Number:
Invoice Date:          May 10, 2005
Account Number:
Page:                  5 of 16

## FedEx Express Shipment Detail By Payor Type (Original)

Picked up: Apr 29, 2005          Payor: Shipper          Reference: 3339-101

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1374.31
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment
- Distance Based Pricing, Zone 5
- 1st attempt May 02, 2005 at 05:59 AM.
- Incorrect recipient address.
- Original address - 1300 I Street, NW/Washington,DC 20002

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791056015320 | Gail A. McQuilkin, Esq. | Laurence Helfer, Esq. | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton, | Finnegan Henderson Farabow | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon, 9th Floor | 901 N Y AVE NW | |
| Zone | 5 | MIAMI FL 33134  US | WASHINGTON DC 20001  US | |
| Packages | 1 | | | |
| Weight | N/A | | | |
| Delivered | May 03, 2005 09:34 | Transportation Charge | | 17.55 |
| Svc Area | A1 | Address Correction | | 10.00 |
| Signed by | L.BROWN | Earned Discount | | -8.60 |
| FedEx Use | 002332706/0000219/_ | Fuel Surcharge | | 0.76 |
| | | Total Charge | USD $ | 19.71 |

**REDACTED**



## FedEx Express Shipment Detail By Payor Type (Original)

---

**Picked up: May 04, 2005**          **Payor: Shipper**          **Reference: 3339-101 Silvers**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1362.99
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | |
|---|---|---|
| Tracking ID 790502430020 | **Sender** | **Recipient** |
| Service Type FedEx Standard Overnight | Gail A. McQuilkin, Esq. | Adam T. Rabin, Esq. |
| Package Type FedEx Pak | Kozyak Tropin & Throckmorton, | Dimond Kaplan & Rothstein, PA |
| Zone 2 | 2525 Ponce de Leon, 9th Floor | 200 SE 1 Street |
| Packages 1 | MIAMI FL 33134 US | MIAMI FL 33131 US |
| Weight 2.0 lbs, 0.9 kgs | | |
| Delivered May 05, 2005 12:54 | Transportation Charge | 14.75 |
| Svc Area A2 | Earned Discount | -5.75 |
| Signed by M.DIAMOND | Fuel Surcharge | 1.04 |
| FedEx Use 002332706/0001283/_ | **Total Charge** | **USD $     10.04** |

---

**Picked up: May 04, 2005**          **Payor: Shipper**          **Reference: 3339-101 Silvers**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1362.99
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| INET | | |
|---|---|---|
| Tracking ID 791061385448 | **Sender** | **Recipient** |
| Service Type FedEx Priority Overnight | Gail A. McQuilkin, Esq. | Kimberly Ryan |
| Package Type Customer Packaging | Kozyak Tropin \26 Throckmorton | Delaware Attorney Services |
| Zone 5 | 2525 Ponce de Leon, 9th Floor | 2000 Pennsylvania Avenue |
| Packages 1 | MIAMI FL 33134 US | WILMINGTON DE 19806 US |
| Weight 5.0 lbs, 2.3 kgs | | |
| Delivered May 05, 2005 10:19 | Transportation Charge | 38.75 |
| Svc Area A2 | Earned Discount | -15.11 |
| Signed by K.STAPLEFORD | Fuel Surcharge | 2.72 |
| FedEx Use 002332706/0001552/_ | **Total Charge** | **USD $     26.36** |


## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** May 05, 2005          **Payor:** Shipper          **Reference:** 3339-101 Silvers

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- * RMA number is 123456
- Distance Based Pricing, Zone 5
- 1st attempt May 06, 2005 at 07:12 AM.
- Recipient not in/business closed.

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 790502304957 | Kimberly Ryan | Gail A. McQuilkin, Esq. |
| Service Type | FedEx First Overnight | Delaware Attorney Services | Kozyak Tropin & Throckmorton |
| Package Type | FedEx Envelope | 2000 Pennsylvania Avenue | 2525 Ponce de Leon Blvd. |
| Zone | 5 | WILMINGTON DE 19806 US | MIAMI FL 331 34  US |
| Packages | 1 | | |
| Weight | N/A | | |
| Delivered | May 06, 2005 10:07 | Transportation Charge | 42.55 |
| Svc Area | A2 | Return Printed Label Surcharge | 0.50 |
| Signed by | .KAZAMI | Fuel Surcharge | 4.89 |
| FedEx Use | 002332706/0000006/ | **Total Charge**                     USD $ | 47.94 |

**REDACTED**

Invoice Number:        B628-32476
Invoice Date:          May 17, 2005
Account Number:        
Page:                  7 of 48



## FedEx Express Shipment Detail By Payor Type (Original)

| Picked up: May 06, 2005 | Payor: Shipper | Reference: 3339-101 Silvers |
|---|---|---|

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1382.99
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 792916909830 | Gail A. McQuilkin, Esq. | Clerk of the Court (WPB) |
| Service Type | FedEx Standard Overnight | Kozyak Tropin & Throckmorton, | US District Court |
| Package Type | FedEx Envelope | 2525 Ponce de Leon, 9th Floor | Federal Building |
| Zone | 2 | MIAMI FL 33134 US | WEST PALM BEACH FL 33401 US |
| Packages | 1 | | |
| Weight | N/A | Transportation Charge | 11.45 |
| Delivered | May 09, 2005 08:18 | Earned Discount | -5.61 |
| Svc Area | AA | Fuel Surcharge | 0.67 |
| Signed by | J.DUNLAP | | |
| FedEx Use | 002332706/0000200/_ | **Total Charge**          USD $ | **6.51** |

**REDACTED**



Invoice Date:    May 24, 2005
Account Number:  ████████
Page:            11 of 34

FedEx Express Shipment Detail By Payor Type (Original)

REDACTED

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1266.63
- Distance Based Pricing, Zone 3
- 1st attempt May 17, 2005 at 11:00 AM.
- Original address - 190 Escambia Lane/Cocoa Beach, FL 32932

| INET | | Sender | Recipient |
|------|------|--------|-----------|
| Tracking ID | 792282661600 | Gail A. McQuilkin, Esq. | Russell Tewksbury |
| Service Type | FedEx Standard Overnight | Kozyak Tropin & Throckmorton, | 190 ESCAMBIA LN |
| Package Type | FedEx Envelope | 2525 Ponce de Leon, 9th Floor | COCOA BEACH FL 32931 US |
| Zone | 3 | MIAMI FL 33134 US | |
| Packages | 1 | | |
| Weight | N/A | Transportation Charge | 13.35 |
| Delivered | May 17, 2005 11:01 | Residential Delivery | 2.00 |
| Svc Area | AA | Fuel Surcharge | 0.78 |
| Signed by | R.TEWKSBURY | Address Correction | 10.00 |
| FedEx Use | 002332706/0000211/_ | Earned Discount | -6.54 |
| | | Total Charge          USD $ | 19.59 |



## FedEx Express Shipment Detail By Payor Type (Original)

| Picked up: Jul 14, 2005 | Payor: Shipper | Reference: 3339-103 |
|---|---|---|

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1185.04
- Distance Based Pricing, Zone 8

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791676593094 | Keva Labossiere, Legal Assista | Arthur Arthur | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton | APS#112 | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon | 414 Penbelton Way #2 | |
| Zone | 8 | MIAMI FL 33134  US | OAKLAND CA 94621  US | |
| Packages | 1 | | | |
| Weight | N/A | | | |
| Delivered | Jul 15, 2005  11:23 | Transportation Charge | | 19.40 |
| Svc Area | A1 | Fuel Surcharge | | 1.04 |
| Signed by | S.VERGARA | Earned Discount | | -9.51 |
| FedEx Use | 000000000/0000252/_ | **Total Charge** | **USD $** | **10.93** |

**REDACTED**


Invoice Date:  Jun 13, 2005
Account Number:
Page:  11 of 20

# FedEx Express Shipment Detail By Payor Type (Original)

**REDACTED**

---

| Picked up: Jul 05, 2005 | Payor: Shipper | Reference: 3339-103 |

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1220.50
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 8
- Release signature on file.

| INET | | Sender | Recipient | |
|------|------|--------|-----------|------|
| Tracking ID | 790075377406 | Keva Labossiere, Legal Assista | Sandy Sandy | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton | APS #112 | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon | 409 East Dorothy Drive | |
| Zone | 8 | MIAMI FL 33134 US | FULLERTON CA 92831 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 19.40 |
| Delivered | Jul 06, 2005  09:05 | Residential Delivery | | 2.00 |
| Svc Area | A2 | Earned Discount | | -9.51 |
| Signed by | 2896300 | Fuel Surcharge | | 1.04 |
| FedEx Use | 000000000/0000252/02 | | | |
| | | **Total Charge** | **USD $** | **12.93** |



## FedEx Express Shipment Detail By Payor Type (Original)

**REDACTED**

---

Picked up: Jul 06, 2005          Payor: Shipper          Reference: 3339-103

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1220.50
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 7

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791669798090 | Keva Labossiere, Legal Assista | Vanh Thao | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton | APS International, Ltd. | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon | 7800 Glenroy Road | |
| Zone | 7 | MIAMI FL 33134 US | EDINA MN 55439 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 18.60 |
| Delivered | Jul 07, 2005 08:40 | Earned Discount | | -9.11 |
| Svc Area | A1 | Fuel Surcharge | | 1.00 |
| Signed by | J.LICNTENBERGER | | | |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | USD $ | **10.49** |

---

Picked up: Jul 06, 2005          Payor: Shipper          Reference: 3339-103

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1220.50
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 791669815762 | Gail A. McQuilkin, Esq. | Kevin Kaplan, Esq. | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton | Burlington Weil, et al. | |
| Package Type | FedEx Envelope | MIAMI FL 33134 US | 2699 South Bayshore Drive | |
| Zone | 2 | | COCONUT GROVE FL 33133 US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 13.35 |
| Delivered | Jul 07, 2005 09:42 | Earned Discount | | -6.54 |
| Svc Area | A2 | Fuel Surcharge | | 0.72 |
| Signed by | D.ROMAN | | | |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | USD $ | **7.53** |



## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up: Jul 18, 2005**          **Payor: Shipper**          **Reference: 3339-103**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $1212.44
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 7

| INET | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 790088362046 | Keva Labossiere, Legal Assista | Candi Howell | |
| Service Type | FedEx Priority Overnight | Kozyak Tropin & Throckmorton | APS International, Ltd. | |
| Package Type | FedEx Envelope | 2525 Ponce de Leon | 7800 Glenroy Road | |
| Zone | 7 | MIAMI FL 33134  US | EDINA MN 55439  US | |
| Packages | 1 | | | |
| Weight | N/A | Transportation Charge | | 18.60 |
| Delivered | Jul 19, 2005  08:59 | Earned Discount | | -9.11 |
| Svc Area | A1 | Fuel Surcharge | | 1.00 |
| Signed by | A.BASANT | | | |
| FedEx Use | 000000000/0000241/_ | **Total Charge** | **USD $** | **10.49** |

**REDACTED**



## FedEx Express Shipment Detail By Payor Type (Original)

**REDACTED**

| Dropped off: Jul 28, 2005 | Payor: Recipient | Reference: NO REFERENCE INFORMATION | 3339 - 103 |
|---|---|---|---|

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 1216.48
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Incorrect recipient address.
- Distance Based Pricing, Zone 8
- 1st attempt Jul 29, 2005 at 09:18 AM.
- Original address - 200 S BISCAYNE BLVD STE 2800/MIAMI,FL 33131
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| Tracking ID | 850501383056 | Sender | Recipient | |
|---|---|---|---|---|
| Service Type | FedEx Priority Overnight | JOHN R NAPIZA ATTN ARTHUR | MS KEVA LABOSSIERE | |
| Package Type | FedEx Envelope | APS 122 | KOZYAK TROPIN & THROCKMORTON | |
| Zone | 8 | 414 PENDLETON WAY STE 2 | 2525 PONCE DE LEON BLVD 9 | |
| Packages | 1 | OAKLAND CA 94621 US | MIAMI FL 33134 US | |
| Weight | N/A | | | |
| Delivered | Jul 29, 2005   13:02 | Transportation Charge | | 19.4 |
| Svc Area | A2 | Earned Discount | | -9.5 |
| Signed by | N.KAZIME | Address Correction | | 10.0 |
| FedEx Use | 209152450/0000002/_ | Fuel Surcharge | | 1.0 |
| | | **Total Charge** | USD $ | 20.9 |

L

**REDACTED**

# OUTSIDE COURIER/
# MESSENGER SERVICE

EC2000 courier systems
23 South Miami Avenue
Suite: 200
Miami, FL 33130
305 373-3443

| | |
|---|---|
| Preparation Date: | 05/14/05 |
| From Date: | 05/07/05 |
| To   Date: | 05/13/05 |
| Client Code: | KOZTRO |
| Invoice Number: | I96569 |
| Page Number: | 0005 |

KOZYAK TROPIN & THROCKMORTON
Attention: ADA PADILLA
2525   PONCE DE LEON BL  900
CORAL GABLES      FL  33134-6037

| Job #<br>Date<br>Order Time | Caller<br>Ref #<br>Received By | Pick-Up From | Deliver To | Base<br>Charge | S U R C H A R G E S | Total<br>Charge |
|---|---|---|---|---|---|---|

**REDACTED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0619-764 MOJAN<br>05/13/05 3339.101<br>0100p  ALEX | | KOZYAK TROPIN & THROCKMORTON<br>2525   PONCE DE LEON BL<br>CORAL GABLES | USDC (BROWARD COUNTY)<br>299   E BROWARD BLVD<br>FT LAUDERDAL 33301 | 40.00<br>SP | | 40.00 |

REF.3339.101                SUBTOTAL    40.00

Client Code:  KOZTRO
Invoice No.:  I96569

!!!!!!!!!!!!!!!!!!!!!!!!!! PAYMENT DUE UPON RECEIPT !!!!!!!!!!!!!!!!!!!!!!!!!!

C H A R G E   D E S C R I P T I O N S

| | | | | |
|---|---|---|---|---|
| 5 = By 5pm Svc | PS = Priority Svc | EM = Emergency Svc | GS = Guarantee Svc  VJ = Van Job | SR = Special Rate |
| 2-A9 = After Hours | A0 = PU Before 9am | A1 = PU After 5pm | | |

EC2000 courier systems
South Miami Avenue
te: 200
ami, FL 33130
305 373-3443

Preparation Date:  05/21/05

From Date:  05/14/05

To  Date:  05/26/05

Client Code:  KOZTRO

Invoice Number:  I96975

Page Number:  0005

KOZYAK TROPIN & THROCKMORTON
Attention:  ADA PADILLA
2525  PONCE DE LEON BL  900
CORAL GABLES      FL  33134-6037

| Job #<br>Date<br>Order Time | Caller<br>Ref #<br>Received By | Pick-Up From | Deliver To | Base<br>Charge | S U R C H A R G E S | Total<br>Charge |
|---|---|---|---|---|---|---|

**REDACTED**

| 0621-775 BRENDA<br>05/19/05 3339.101<br>0200p  KAZEMI | KOZYAK TROPIN & THROCKMORTON<br>2525  PONCE DE LEON BL<br>CORAL GABLES | USDC/DCCH/USBC/DC RECORDING<br>73    W FLAGLER ST<br>MIAMI | 6.66<br>SP | | 6.66 |

**REDACTED**

| 0621-987 MOJAN<br>05/20/05 3339.101<br>0100p  NINA | KOZYAK TROPIN & THROCKMORTON<br>2525  PONCE DE LEON BL<br>CORAL GABLES | BROWARD COUNTY COURTHOUSE<br>201    SE 6 ST<br>FT LAUDERDAL 33301 | 80.00<br>SP | | 80.00 |

REF.3339.101                    SUBTOTAL      107.26

| 0620-851 PATTY<br>05/17/05 3349.101<br>0438p  ZUCKER | KOZYAK TROPIN & THROCKMORTON<br>2525  PONCE DE LEON BL<br>CORAL GABLES | JAMES MILLER<br>19    W FLAGLER ST<br>MIAMI | 20.60<br>GS | | 20.60 |

**REDACTED**

!!!!!!!!!!!!!!!!!!!!!!! PAYMENT DUE UPON RECEIPT !!!!!!!!!!!!!!!!!!!!!!!!!!

C H A R G E   D E S C R I P T I O N S

| | | | |
|---|---|---|---|
| B5 = By 5pm Svc | PS = Priority Svc | EM = Emergency Svc | GS = Guarantee Svc | VJ = Van Job | SR = Special Rate |
| A2-A9 = After Hours | A0 = PU Before 9am | A1 = PU After 5pm | AP = Addt'l Pckgs | CB = Call Back | DC = Dispatch Chg |
| FX = Fax POD | HH = Hand to Hand | HO = Holidays | IN = Insurance | LU = Load/Unload | MB = MailBack Rcpt |
| MS = Multi Stops | NB = Non Biker Job | OW = Over Weight | PK = Parking Chg | RT = Round Trip | SB = Standby for PU |

*EXEC2000* courier systems
1333 South Miami Avenue
Suite: 200
Miami, FL 33130
305 373-3443

Preparation Date:   06/18/05

From Date:   06/11/05

To   Date:   06/17/05

Client Code:   KOZTRO

Invoice Number:   I98570

Page Number:   0004

KOZYAK TROPIN & THROCKMORTON
Attention:  ADA PADILLA
2525   PONCE DE LEON BL  900
CORAL GABLES      FL  33134-6037

| Job #<br>Date<br>Order Time | Caller<br>Ref #<br>Received By | Pick-Up From | Deliver To | Base<br>Charge | S U R C H A R G E S | Total<br>Charge |
|---|---|---|---|---|---|---|

**REDACTED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 0631-212 LILY X 126<br>06/17/05 3339.101<br>0244p  KIM | | KOZYAK TROPIN & THROCKMORTON<br>2525   PONCE DE LEON BL<br>CORAL GABLES | BURLINGTON WEIL<br>2699   S BAYSHORE DR<br>MIAMI | 20.60<br>6S | | 20.60 |
| | | REF.3339.101 | | SUBTOTAL   20.60 | | |

**REDACTED**

!!!!!!!!!!!!!!!!!!!!!! PAYMENT DUE UPON RECEIPT !!!!!!!!!!!!!!!!!!!!!!!!!!
C H A R G E   D E S C R I P T I O N S

| | | | | | |
|---|---|---|---|---|---|
| B5 = By 5pm Svc | PS = Priority Svc | EM = Emergency Svc | GS = Guarantee Svc | VJ = Van Job | SR = Special Rate |
| A2-A9 = After Hours | A0 = PU Before 9am | A1 = PU After 5pm | AP = Addt'l Pckgs | CB = Call Back | DC = Dispatch Chg |
| FX = Fax POD | HH = Hand to Hand | HO = Holidays | IN = Insurance | LU = Load/Upload | MR = MailBack RcPt |
| MS = Multi Stops | NB = Non Biker Job | OW = Over Weight | PK = Parking Chg | RT = Round Trip | SB = Standby for PU |

*EXEC2000* courier systems
1333 South Miami Avenue
Suite: 200
Miami, FL 33130
305 373-3443

Preparation Date:  06/04/05

From Date:  05/28/05

To  Date:  06/03/05

Client Code:  KOZTRO

Invoice Number:  I97830

Page Number:  0004

KOZYAK TROPIN & THROCKMORTON
Attention:  ADA PADILLA
2525  PONCE DE LEON BL  900
CORAL GABLES      FL  33134-6037

| Job #<br>Date<br>Order Time | Caller<br>Ref #<br>Received By | Pick-Up From | Deliver To | Base<br>Charge | S U R C H A R G E S | Total<br>Charge |
|---|---|---|---|---|---|---|

REDACTED

| | | | | | | |
|---|---|---|---|---|---|---|
| 0627-150tMOJAN<br>06/01/05 3339.101<br>0100p    KAZEMI | | KOZYAK TROPIN & THROCKMORTON<br>2525  PONCE DE LEON BL<br>CORAL GABLES | USBC (BROWARD COUNTY)<br>299   E BROWARD BLVD<br>FT LAU 33301 | 40.00<br>5P | | 40.00 |
| | REF.3339.101 | | SUBTOTAL | 40.00 | | |

REDACTED

!!!!!!!!!!!!!!!!!!!!!!!! PAYMENT DUE UPON RECEIPT !!!!!!!!!!!!!!!!! !!!!!!!!

C H A R G E   D E S C R I P T I O N S

| | | | | |
|---|---|---|---|---|
| B5 = By 5pm Svc | PS = Priority Svc | EM = Emergency Svc | GS = Guarantee Svc | VJ = Van Job | SR = Special Rate |
| A2-A9 = After Hours | A9 = PU Before 9am | A1 = PU After 5pm | AP = Addt'l Pckgs | CB = Call Back | DC = Dispatch Chg |
| FX = Fax POD | HH = Hand to Hand | HO = Holidays | IN = Insurance | LU = Load/Unload | MB = Mailback Rcpt |

*EXEC2000* courier systems
1333 South Miami Avenue
Suite: 200
Miami, FL 33130
305 373-3443

Preparation Date:  08/20/05

From Date:  08/13/05

To Date:  08/19/05

Client Code:  KOZTRO

Invoice Number:  I02111

Page Number:  0003

KOZYAK TROPIN & THROCKMORTON
Attention: ADA PADILLA
2525  PONCE DE LEON BL  900
CORAL GABLES     FL  33134-6037

| Job # Date Order Time | Caller Ref # Received By | Pick-Up From | Deliver To | Base Charge | S U R C H A R G E S | | | Total Charge |
|---|---|---|---|---|---|---|---|---|
| 0649-544tLILY 08/17/05 3339.103 0830a    KAZEMI | | KOZYAK TROPIN & THROCKMORTON 2525  PONCE DE LEON BL CORAL GABLES | USDC (BROWARD COUNTY) 299   E BROWARD BLVD FT LAUDERDAL 33301 | 40.00 EM | 40.00 RT | 10.00 A0 | 9.00 Wt | 99.00 |
| | | REF.3339.103 | SUBTOTAL | 99.00 | | | | |

**REDACTED**

!!!!!!!!!!!!!!!!!!!!!!!! PAYMENT DUE UPON RECEIPT !!!!!!!!!!!!!!!!!!!!!!!!!!!

C H A R G E   D E S C R I P T I O N S

| | | | | | |
|---|---|---|---|---|---|
| B5 = By 5pm Svc | PS = Priority Svc | EM = Emergency Svc | GS = Guarantee Svc | VJ = Van Job | SR = Special Rate |
| A2-A9 = After Hours | A0 = PU Before 9am | A1 = PU After 5pm | AP = Addt'l Pckgs | CB = Call Back | DC = Dispatch Chg |
| FX = Fax POD | HH = Hand to Hand | HO = Holidays | IN = Insurance | LU = Load/Unload | MB = MailBack Rcpt |
| MS = Multi Stops | NB = Non Biker Job | OW = Over Weight | PK = Parking Chg | RT = Round Trip | SB = Standby for PU |

# COMPUTERIZED RESEARCH:

# (a) WESTLAW

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES

ZKAK TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

**CLIENT BY USER BY DAY DETAIL**
MAY 01, 2005 - MAY 31, 2005

INVOICE # 809042281
POSTING # 603094747

PAGE 29

REDACTED

| CLIENT | | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|---|
| **5037039** | **CHRIS F BRANCH** | | | | | |
| 05/10/05 | SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| | TRANSACTIONAL SEARCHES | | 2 | | | 134.89 |
| | TRANSACTIONAL ONLINE FINDS | | 8 | | | 45.60 |
| | WESTLAW LINES | | | | 1,997 | 66.40 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 10I | .00I | 1,997I | 246.89 |
| | SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | 23.75 |
| | TIM PREMIER RESULTSPLUS FINDS | | 1 | | | 23.75E |
| | TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | .00E | 1E | .00E | 0E | |
| 05/16/05 | SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| | TRANSACTIONAL SEARCHES | | 1 | | | 49.39 |
| | TRANSACTIONAL ONLINE FINDS | | 8 | | | 45.60 |
| | WESTLAW LINES | | | | 5,423 | 180.30 |
| | PRINT IMAGES | | | | 1 | 0.10 |
| | KEYCITE | | 1 | | | 4.04 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 10I | .00I | 5,424I | 279.33 |
| 05/20/05 | SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| | TRANSACTIONAL SEARCHES | | 16 | | | 1,270.97 |
| | TRANSACTIONAL ONLINE FINDS | | 1 | | | 5.70 |
| | WESTLAW LINES | | | | 252 | 8.38 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 171 | .00S | 2521 | 1,285.05I |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00S | 38S | .00S | 7,673S | 1,835.02S |

5291160  MIKE EPSTEIN

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES

...AK TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

CLIENT BY USER BY DAY SUMMARY
JUN 01, 2005 - JUN 30, 2005

INVOICE # 809222536
POSTING # 603151760
PAGE 16

3334-103 ✓
7720 ...

| CLIENT | DATABASE TIME | TRANS | CONNECT COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 7/5830 GAIL A MCQUILKIN | | | | | |
| 06/13/05 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 6.27I | 0I | 6.27I | 0I | 45.34I |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :16E | 0E | :16E | 0E | 2.34E |
| TOTAL SILVERS CHARGES | 6.43S | 0S | 6.43S | 0S | 47.68S |

REDACTED

GCT#

OZYAK TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

RATES SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES

ARE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A

CLIENT BY USER BY DAY DETAIL

JUN 01, 2005 - JUN 30, 2005

INVOICE # 809222536
POSTING # 603151760

PAGE
24

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 775830 GAIL A MCQUILKIN | | | | | |
| 06/15/05 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :16 | | | | 1.45 |
| ALLFILES | 19:56 | | | | 226.19 |
| COMMUNICATIONS | | | 20:12 | | 4.16 |
| HOURLY CONNECT | | | | | 11.82 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | 20:12I | 0I | 20:12I | 0I | 243.62I |
| | 20:12S | 0S | 20:12S | 0S | 243.62S |
| | | | | | |
| TOTAL 3339.101 CHARGES | | | | | TOTAL 243.62S |

319.101

775830

339101

REDACTED

REDACTED

REDACTED

* INCLUDES APPLICABLE TAXES

SG

1000680814

P

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A
RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

CLIENT# ███████
ZUYAK TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

CLIENT BY USER BY DAY DETAIL

JUN 01, 2005 - JUN 30, 2005

INVOICE # 809222536
POSTING # 6031517760

PAGE
44

**REDACTED**

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOCLINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 06/15/05 SPECIAL PRICING INCLUDED CHARGES() | | 1 | | | 94.96 |
| TRANSACTIONAL SEARCHES | :001 | 11 | :001 | 01 | 94.96L |
| TOTAL SPECIAL PRICING INCLUDED CHARGES() | :00S | 1S | :00S | 0S | 94.96S |
| TOTAL GOOGLES CHARGES | | | | | TOTAL 94.96S |

* INCLUDES APPLICABLE TAXES

INCLUDES APPLICABLE TAXES

BERGER ...
WEIL, GOTSHAL ... 2YAK TROPIN & THROCKMORTON
... GABLES, FL 33134-6039

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

CLIENT BY USER BY DAY DETAIL
JUN 01, 2005 - JUN 30, 2005

INVOICE # 809222536
POSTING # 6031517760

PAGE 24

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOCLINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 77S830   GAIL A MCQUILKIN | | | | | |
| 06/25/05   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | | | | | |
| STANDARD - CODES | :44 | | | | 3.99 |
| COMMUNICATIONS | | | | | 69.70 |
| HOURLY CONNECT | 10:40 | | | | 2.36 |
| | | | | | 6.67 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | | | | | (A) 82.72I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| THM PREMIER RESULTSPLUS ALLFILES | 11:24I | 0I | 11:24I | 0I | 25.06 |
| THM PREMIER COMMUNICATIONS | | | | | 0.36 |
| THM PREMIER HOURLY CONNECT | 1:46 | | 1:46 | | 1.04 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 1:46E | 0E | 1:46E | 0E | (B) 26.46E |
| TOTAL 3339101 CHARGES | 13:10S | 0S | 13:10S | 0S | TOTAL: 109.18S (A+B) |

REDACTED

REDACTED

REDACTED

SG          1000680814          P

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

AKIN TROPIN & THROCKMORTON
TABLES, FL 33134-6039

5407480    JUSTIN KAPLAN

**CLIENT BY USER BY DAY DETAIL**

JUL 01, 2005 - JUL 31, 2005

INVOICE # 809412427
POSTING # 603070366

PAGE
29

CLIENT

REDACTED

| | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 07/13/05  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 55:31 | | | | 302.78 |
| ALLFILES | 54:00 | | | | 611.95 |
| RESULTSPLUS ALLFILES | 2:01 | | | | 28.56 |
| COMMUNICATIONS | | | | | 22.95 |
| HOURLY CONNECT | | | 1:51:32 | | 65.27 |
| WESTLAW LINES | | | | 2,900 | 96.25 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:51:32I | 0I | 1:51:32I | 2,900I | 1,127.76I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| THM PREMIER PREMIUM | 8:29 | | | | 75.62 |
| THM PREMIER RESULTSPLUS PREMIUM | :29 | | | | 5.39 |
| THM PREMIER ALLFILES | 3:11 | | | | 36.07 |
| THM PREMIER COMMUNICATIONS | | | | | 2.50 |
| THM PREMIER HOURLY CONNECT | | | 12:09 | | 7.11 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | 12:09E | 0E | 12:09E | 0E | 126.69E |

REDACTED

①
②

TOTAL (1-2) = $1,254.45

**REDACTED**

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

BOYAR TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

CLIENT BY USER BY DAY DETAIL
JUL 01, 2005 - JUL 31, 2005

INVOICE # 80941242?
POSTING # 603070366
PAGE 30

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOCLINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| WESTFIND&PRINT.COM FINDS | | 10 | | | 118.50 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:05:25I | 17I | 1:05:25I | 1,535I | 1,239.821 |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| THM PREMIER RESULTSPLUS FINDS | | 3 | | | 71.13 |
| THM PREMIER WESTLAW LINES | | | | 244 | 8.10 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 3E | :00E | 244E | 79.23E |
| 07/15/05 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 14 | | 1,037.46 | |
| TRANSACTIONAL ONLINE FINDS | | 51 | | 299.98 | |
| WESTLAW LINES | | | | 275.60 | |
| KEYCITE | | 8 | | 32.24 | |
| WESTFIND&PRINT.COM FINDS | | 4 | | 47.40 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 77I | :00I | 8,302I | 1,686.681 |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| THM PREMIER RESULTSPLUS FINDS | | 2 | | | 47.42 |
| PREMIER RESERVE TRANSACTIONAL ONLINE FINDS | | 1 | | | 37.93 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 3E | :00E | 0E | 85.35E |
| 07/18/05 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 10 | | 4,176 | 56.90 |
| WESTLAW LINES | | | | 260 | 138.63 |
| PRINT IMAGES | | | | | 0.00 |
| KEYCITE | | 1 | | | 4.03 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 11I | :00I | 4,436I | 199.56I |
| 07/19/05 SPECIAL PRICING INCLUDED CHARGES(I) | | 4 | | | 22.76 |
| TRANSACTIONAL ONLINE FINDS | | 4 | | 0I | 22.76I |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 4I | :00I | | 4,557.855 |
| TOTAL 3339.103 CHARGES | 3:09:06S | 15S | 3:09:06S | 17,417S | |

Total ( 1 - 4 )

$3,313.40

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A
RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES

STE...
AKIN GUMP, STROCKMORTON
#AL GABLES, FL 33134-6039

**CLIENT BY USER BY DAY SUMMARY**

AUG 01, 2005 - AUG 31, 2005

INVOICE # 809613377
POSTING # 603268565

PAGE
10

| CLIENT | DATABASE/TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| **5291160   MIKE ERSTEIN** | | | | | |
| 08/03/05  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | 1:21.211 | 01 | 1:21.211 | 4.8861 | 1,110.881 |
| 08/04/05  TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | 47.561 | 231 | 47.561 | 5.1291 | 1,289.881 |
| DIAL 3339.103 CHARGES | 2:09.17S | 23S | 2:09.17S | 10.015S | TOTAL 2,400.76S |

REDACTED

REDACTED

INCLUDES APPLICABLE TAXES

SG

100068081d

P

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES

GROPIN & THROCKMORTON
NABLES, FL 33134-6039

CLIENT BY USER BY DAY SUMMARY

SEP 01, 2005 - SEP 30, 2005

INVOICE # 809878159
POSTING # 603551949

PAGE 11

| CLIENT | DATABASE/TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| REDACTED | | | | | |
| 09/06/05 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 1,219I | 244.29I (A) |
| 09/15/05 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 5.66I |
| 389.103 CHARGES | :00S | 6S | :00S | 1,219S | 249.95S (B) |
| REDACTED | | | | | |
| GAIL A MCQUILKIN | REDACTED | | | | |
| 09/25/05 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 27:07I | 1I | 27:07I | 1I | 274.32I (C) |
| 389.103 CHARGES | 27:07S | 0S | 27:07S | 0S | 274.32S |

TOTAL: $524.27
(A-C)

UDES APPLICABLE TAXES                    SG                    100680814                    P

THE RATES USED TO CALCULATE CLIENT CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON SUBSCRIBER'S WESTLAW SCHEDULE A RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL WESTLAW CHARGES.

ACCT#
KOZYAK TROPIN & THROCKMORTON
CORAL GABLES, FL 33134-6039

CLIENT BY USER BY DAY SUMMARY
SEP 01, 2005 - SEP 30, 2005

INVOICE # 809878159
POSTING # 6033551949
PAGE 12

| CLIENT | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE* |
|---|---|---|---|---|---|
| 3339103 | | | | | |
| 775830  GAIL A MCQUILKIN | | | | | |
| 09/25/05 TOTAL SPECIAL PRICING INCLUDED CHARGES(0) | 21:141 | 01 | 21:141 | 01 | 136.94 |
| | 21:145 | 05 | 21:145 | 05 | 136.94 |
| TOTAL 3339103 CHARGES | | | | | |

REDACTED

* INCLUDES APPLICABLE TAXES

SG

1000680814

P

# COMPUTERIZED RESEARCH:

## (c) Corporate Research

| From: | <DOSDOC_Cash@state.de.us> |
|---|---|
| To: | <KJL@KTTLAW.COM> |
| Date: | 5/11/2005 11:15:48 AM |
| Subject: | Receipt from CORPORATIONS FILINGS |

Company: CORPORATIONS FILINGS
Reference Number: 050382477/DMB


Subtotal: $32.00
Tax: $0.00
Shipping: $0.00
Total: $32.00

CORPORATIONS FILINGS

COMPUTERIZED RESEARCH:

(d) AutoTrack XP/ChoicePoint

AutoTrack Home    Administrative Home    Administrative Results    Contact ChoicePoint    Feedback



## Date Range Report

L/O KOZYAK, TROPIN,&
THROCKMORTON
200 S BISCAYN #2800
MIAMI, FL 33131
## Account Number:
## 47184

Transaction Detail Sorted by UserID
Date Range  5/1/05  To  5/10/05

| Reference | Date | Time | User ID | Transaction | Search Criteria | Amount |
|---|---|---|---|---|---|---|
| 3339101 | 05/10/2005 | 16:47:38 | KJL1 | DE Corporations | 3733524 | 19.00 |
| 3339101 | 05/10/2005 | 16:51:44 | KJL1 | D&B Search | MD STELOR PRODUCTIONS | 5.00 |
| 3339101 | 05/10/2005 | 16:52:12 | KJL1 | D&B Search | DE STELOR | 5.00 |
| 3339101 | 05/10/2005 | 16:57:34 | KJL1 | Signfcant Share | STELOR PRODUCTIONS | 5.00 |
| | | | | **UserID KJL1 Totals** | **4 Transactions    Amount:** | **34.00** |
| | | | | | **Grand Totals    4 Transactions    Amount:** | **34.00** |

3339-101

\* \* \* \* E n d - o f - R e p o r t \* \* \* \*

AutoTrackXP Administration Module - Display of CSV File

| 3339103 | 07/27/2005 | 16:38:52 | MCMENDEZ | Bank Liens Judg | GOOGLES INC | | 5.00 |
| | | | | Reference 3339103 Totals | 1 Transactions | Amount: | 5.00 |
| 9999 | 07/22/2005 | 11:05:31 | CCM7 | FL Driver Lic | 03x1953 ACOSTA FERNANDO | | 3.00 |
| 9999 | 07/22/2005 | 11:06:08 | CCM7 | FL Accidents | ACOSTA FERNANDO | | 3.00 |
| 9999 | 07/22/2005 | 11:06:29 | CCM7 | Bank Liens Judg | ACOSTA FERNANDO | | 5.00 |
| | | | | Reference 9999 Totals | 3 Transactions | Amount: | 11.00 |
| 999999999 | 07/21/2005 | 13:04:29 | MCMENDEZ | Vehicles of Nat | X10MUP | | 5.00 |
| | | | | Reference 999999999 Totals | 1 Transactions | Amount: | 5.00 |
| | | | | Grand Totals | 15 Transactions | Amount: | 71.00 |

****End-of-Report****

3339-103

3311-101

All Personal

# COMPUTERIZED RESEARCH:

# (e) Global Domain Research

EXIPERT, lnc dba CheckMark Ne    rk

# Invoice

323 Washington St.
Hoboken, NJ 07030

| Date | Invoice # |
|------|-----------|
| 6/10/2005 | 187 |

**Bill To**

Kozyak, Tropin & Throckmorton, P.A.
Chris Cardillo
2525 Ponce De Leon
Coral Gables, FL 33134



POSTED

*3339-101*

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Global domain search googles | 429.00 | 429.00 |

*Bill to Googles Case*

| | Total | $429.00 |
|--|-------|---------|

| Phone # |
|---------|
| 201-798-2525 |

Tax Id: 22-3805878

# MISCELLANEOUS:

**(a) GOOGLES MERCHANDISE - CAFEPRESS.COM (EVIDENCE)**
**(b) GOOGLES MERCHANDISE - iTUNES (EVIDENCE)**

**REDACTED**

| New Activity for KENNETH R HARTMANN | | | |
|---|---|---|---|
| Card XXXX-XXXXX6-2207 | | | |
| 05/17/05 | CAFEPRESS COM   877-809-1659   CA | | 83.46 |
| | OTHER MISC RETAIL | | |
| 05/18/05 | SAGHA'S CAFE   CORAL GABLES   FL | | 28.52 |
| | DELI & CATERING | | |
| | FOOD-BEV | 28.52 | |
| 05/20/05 | ITUNES MUSIC STORE   866-712-7753   TX | | 19.98 |
| | ELECTRIC DOWNLOAD | | |

*Silvers - Purchase Googles Merchandise*

*Silvers - Dinner meeting without client*

*Silvers - 3339.101 - Purchase of Googles Merchandise*

| Total of New Activity for KENNETH R HARTMANN | New Charges | 131.96 |
|---|---|---|
| | Payments/Credits | 0.00 |