UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,
    Plaintiff,
v.

Case No. 05-80393-CIV-HURLEY

STEVEN A. SILVERS, a Florida resident,
    Defendant.

## DEFENDANT'S NOTICE OF FILING ORIGINAL & CORRECTED VERIFICATION PAGE TO VERIFIED MOTION FOR ATTORNEYS' FEES AND EXPENSES

Defendant, Steven A. Silvers, hereby attaches the original and correct "Verification of Counsel" page to "Defendant's Verified Motion For Attorneys' Fees And Expenses, And Rule Rule 11 Sanctions, And Memorandum Of Law."

Respectfully submitted this 4th day of November, 2005.

Adam T. Rabin (FBN: 985635)
DIMOND KAPLAN & ROTHSTEIN, PA
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
T: 561-671-2110 / F: 561-671-1951

Gail A. McQuilkin (FBN: 969338)
Kenneth R. Hartmann (FBN: 664286)
KOZYAK TROPIN & THROCKMORTON, PA
2525 Ponce de Leon, 9th Floor, Miami, FL 33134
T: 305-372-1800 / F: 305-372-3508

==========================================================================

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 4th day of November, 2005, via first class mail and e-mail on the following:

    Kevin C. Kaplan, Esq.
    Burlington Weil Schwiep Kaplan & Blonsky
    2699 S. Bayshore Drive, Penthouse, Miami, Florida 33133
    E-mail: kkaplan@bwskb.com

3339/103/259100.1

# ORIGINAL & CORRECTED VERIFICATION PAGE

## VERIFICATION OF COUNSEL

I hereby have fully reviewed the time records and supporting data applicable to Kozyak Tropin & Throckmorton, P.A. and verify that this motion is well grounded in fact and justified.

*[signature]*

I hereby have fully reviewed the time records and supporting data applicable to Dimond Kaplan & Rothstein, P.A. and verify that this motion is well grounded in fact and justified.

*[signature]*

====================================================================

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this ___ day of November, 2005, via first class mail and e-mail on the following:

    Kevin C. Kaplan, Esq.
    Burlington Weil Schwiep Kaplan & Blonsky
    2699 S. Bayshore Drive, Penthouse, Miami, Florida 33133
    E-mail: kkaplan@bwskb.com

*[signature]*

3339/103/259100.1