UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC,
f/k/a STELOR PRODUCTIONS, INC.,

    Plaintiff,

v.

STEVEN A. SILVERS,

    Defendant.
_____/



FILED by ___ D.C.

NOV - 7 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF REFERRAL TO MAGISTRATE JUDGE
## FOR REPORT AND COMMENDATION

**THIS CAUSE** is before the court upon the plaintiff's motion for attorneys' fees and expenses, and motion for Rule 11 Sanctions filed November 2, 2005 [DE# 83] and accompanying bill of costs [DE# 82].

In accordance with the Magistrate Act, 28 U.S.C. §§ 631-39, and Federal Rule of Civil Procedure 72, it is **ORDERED** and **ADJUDGED**:

1. The plaintiff's motion for attorneys' fees and expenses, and motion for Rule 11 Sanctions filed November 2, 2005 [DE# 83] and accompanying bill of costs [DE# 82] is **REFERRED** to United States Magistrate Judge James Hopkins for a report and recommendation.

CASE NO. 05-80393-CIV HURLEY/HOPKINS
Order of Referral

    2.    The parties shall send a copy of all pleadings and papers directly to Magistrate Judge Hopkins in addition to filing them with the Clerk of Court.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 6th day of November, 2005.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate James Hopkins
Gail McQuilkin, Esq.
Kevin Kaplan, Esq.