UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.

_____/



FILED by _____ D.C.
MAG. SEC.

NOV 16 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON PLAINTIFF'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR ATTORNEYS FEES AND EXPENSES AND ACCOMPANYING BILL OF COSTS

This matter came before the Court on Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a

STELOR PRODUCTIONS, INC. ("Stelor") Agreed Motion for Enlargement of Time to

Respond to Defendant's Motion For Attorneys Fees and Expenses [DE #82] and Accompanying

Bill of Costs [DE #83] and the Court having reviewed the Motion, and being otherwise fully

advised in the premises, it is hereby

        ORDERED AND ADJUDGED as follows:

    1.    The Motion is hereby GRANTED.

    2.    Plaintiff shall have up to and including November 23, 2005, to serve its response

to the fee motion and bill of costs.

    2.    DONE and ORDERED in Chambers at West Palm Beach, Florida, this _6_ day

of November, 2005.

                          James M. Hopkins

                          UNITED STATES ~~DISTRICT~~ JUDGE
                               Magistrate

cc:    Kenneth R. Hartmann, Esq.
       Kevin C. Kaplan, Esq.
       Adam T. Rabin, Esq.