FILED by ____ D.C.
ELECTRONIC

Dec 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-8093-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS LLC f/k/a
STELOR PRODUCTIONS, INC.

05-80393-CV

    Plaintiff/Counter-Defendant,

v.

**Referred to Magistrate Judge Hopkins**

STEVEN A. SILVERS,

    Defendant/Counter-Plaintiff.

_____/

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND FOR LEAVE TO EXCEED REPLY MEMORANDUM PAGE LIMIT BY FIVE PAGES

Defendant, Steven A. Silvers, files this Motion for Enlargement of Time and for Leave to Exceed Reply Memorandum Page Limit by Five Pages:

1. On or about November 1, 2005, Defendant served his Verified Motion for Attorneys' Fees and Costs and for Rule 11 Sanctions (the "Motion").

2. On November 23, 2005, Plaintiff served its Opposition Memorandum to the Motion (the "Opposition").

3. Defendant's Reply in support of the Motion is currently due on December 2, 2005.

4. Due to scheduling conflicts and out of town travel commitments, Defendant's counsel needs an additional week to prepare his Reply Memorandum.

5. Defendant is further seeking leave from the Court to exceed by five pages the ten page limit for Reply Memoranda. *See* L.R. S.D. Fla. 7.1(C)(2). In the Opposition, in addition to challenges to entitlement to and the amount of attorneys' fees claimed, Plaintiff raised issues as to whether this Court has subject matter jurisdiction to award fees and costs in a case that was

dismissed for lack of subject matter jurisdiction. As such, Defendant needs an additional five pages to address the jurisdiction issue that was not addressed in the Motion.

6. Defendant's counsel has conferred with Plaintiff's counsel and there is no objection to the relief sought in this Motion.

WHEREFORE, Defendant requests that the Court enter an order that provides that (1) Defendant has until December 9, 2005 to serve his Reply in support of the Motion, and (2) Defendant is granted leave from the Court to file a Reply that may exceed the ten page limit by five pages.

| | |
|---|---|
| Dimond Kaplan & Rothstein, P.A. | Kozyak Tropin & Throckmorton, P.A. |
| Co-counsel for Defendant | Co-counsel for Defendant |
| 525 S. Flagler Drive, Suite 200 | 2525 Ponce de Leon Blvd., 9th Floor |
| West Palm Beach, Florida 33401 | Coral Gables, Florida 33134 |
| Telephone: 561-671-1920 | Telephone:   (305) 372-1800 |
| Facsimile: 561-671-1951 | Facsimile:   (305) 372-3508 |
| | Kenneth R. Hartmann, Fla. Bar No. 664286 |
| By:   /s/ Adam T. Rabin | Gail A. McQuilkin, Fla. Bar No. 969338 |
|     Adam T. Rabin | |
|     Florida Bar No. 985635 | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by e-mail and U.S. Mail on December 2, 2005 upon Kevin C. Kaplan, Burlington, Weil, Schwiep, Kaplan, & Blonsky, P.A., 2699 South Bayshore Drive, Penthouse A, Miami, Florida 33133.

By:     /s/ Adam T. Rabin
          Adam T. Rabin

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC
f/k/a Stelor Productions, Inc.

    Plaintiff

v.

STEVEN A. SILVERS,

    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND FOR LEAVE TO EXCEED REPLY MEMORANDUM PAGE LIMIT BY FIVE PAGES**

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Enlargement of Time and for Leave to Exceed Reply Memorandum Page Limit by Five Pages. The Court having reviewed the Motion, noting that there is no objection to the Motion, and being otherwise fully informed, it is hereby ORDERED that:

1. Defendant's Motion for Enlargement of Time is hereby GRANTED. Defendant shall have until December 9, 2005 to serve his Reply Memorandum in support of his Verified Motion for Attorneys' Fees and Costs and for Rule 11 Sanctions.

2. Defendant's Motion to exceed the Reply Memorandum page limit by five pages is hereby GRANTED.

DONE AND ORDERED in Chambers in _____, Florida this ___ day of _____ 2005.

                                                          _____
                                                          U.S. Magistrate Judge James M. Hopkins

cc:    Kevin C. Kaplan, Esq.
        Adam T. Rabin, Esq.
        Kenneth R. Hartmann, Esq.