# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2005

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 05-14258-II**
Case Style: Stelor Productions v. Steven A. Silvers
District Court Number: 05-80393 CV-DTKH



The enclosed certified copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tonya Dumas (404) 335-6178

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14258-II

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 1 5 2005
THOMAS K. KAHN
CLERK

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f.k.a. Stelor Productions, Inc.,

Plaintiff-Appellant,

versus

STEVEN A. SILVERS,
a Florida resident,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

A True Copy - Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

Before DUBINA, HULL, and MARCUS, Circuit Judges.

BY THE COURT:

The district court lacked subject-matter jurisdiction to deny Appellant's motion for injunctive relief. See 28 U.S.C. § 1332. This case is REMANDED with instructions to vacate that order and to dismiss the action for lack of subject-matter jurisdiction. See United States v. Corrick, 298 U.S. 435, 440, 56 S.Ct. 829, 832, 80 L.Ed. 1263 (1936); Bender v. Williamsport Area Sch. Dist., 475 U.S. 534, 541, 106 S.Ct. 1326, 1331, 89 L.Ed.2d 501 (1986); Tamiami Partners, Ltd. ex rel. Tamiami Dev. Corp. v. Miccosukee Tribe of Indians of Fla., 177 F.3d 1212, 1221 (11th Cir. 1999); Green v.

Brantley, 981 F.2d 514, 521 (11th Cir. 1993). Appellee's motion to dismiss the appeal is DENIED as moot.