UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC
f/k/a Stelor Productions, Inc.

    Plaintiff

v.

STEVEN A. SILVERS,

    Defendant.
_____/

FILED by _____ D.C.
MAG. SEC.
DEC 0 6 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND FOR LEAVE TO EXCEED REPLY MEMORANDUM PAGE LIMIT BY FIVE PAGES**

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Enlargement of Time and for Leave to Exceed Reply Memorandum Page Limit by Five Pages. The Court having reviewed the Motion, noting that there is no objection to the Motion, and being otherwise fully informed, it is hereby ORDERED that:

1. Defendant's Motion for Enlargement of Time is hereby GRANTED. Defendant shall have until December 9, 2005 to serve his Reply Memorandum in support of his Verified Motion for Attorneys' Fees and Costs and for Rule 11 Sanctions.

2. Defendant's Motion to exceed the Reply Memorandum page limit by five pages is hereby GRANTED.

DONE AND ORDERED in Chambers in West Palm Beach, Florida this 7 day of December 2005.

_____
U.S. Magistrate Judge James M. Hopkins

cc: Kevin C. Kaplan, Esq.
    Adam T. Rabin, Esq.
    Kenneth R. Hartmann, Esq.

90/rb