## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. ~~04-80954~~-CIV-HURLEY

05CV80393



STELOR PRODUCTIONS, INC.,
    plaintiff,

vs.

STEVEN A. SILVERS,
    defendant.

_____/

## ORDER VACATING JULY 5, 2005 ORDER DENYING PRELIMINARY INJUNCTION

By final order of dismissal entered October 5, 2005 [DE# 80], this court *sua sponte* dismissed this action for lack of subject matter jurisdiction.

On November 15, 2005, the Eleventh Circuit Court of Appeals issued its mandate in an earlier filed appeal from an order of this court denying plaintiff's motion for preliminary injunctive relief, remanding the case to this court with instructions to vacate the order denying injunctive relief and to dismiss the action for lack of subject matter jurisdiction.    [DE# 91]

In accordance with this mandate, it is **ORDERED AND ADJUDGED**:

1. The order denying entry of preliminary injunction entered July 5, 2005 [DE# 52] is hereby **VACATED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _14_ day of January, 2005.

Daniel T. K. Hurley
United States District Judge

cc. all counsel

1