FILED by SW D.C.

Jan 24 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STELOR PRODUCTIONS, L.L.C.,
a Delaware corporation,
f/k/a STELOR PRODUCTIONS, INC.,                Case No. 05-80393-CIV-HURLEY
    Plaintiff,
v.

STEVEN A. SILVERS, a Florida resident,
    Defendant.
_____

## DEFENDANT'S RESPONSE TO STELOR'S MOTION TO STRIKE

Stelor continues to compound the litigation with yet another motion. To avoid waiving his opposition to this latest filing (see Local Rule 7.1(c)) or providing Stelor with the opportunity to file another declaration or pleading, Silvers simply states that he opposes Stelor's motion to strike, and reserves further argument on the issue upon the Court's request.

Respectfully submitted this 24th day of January 2006.

| | |
|---|---|
| | s/ Gail A. McQuilkin |
| Adam T. Rabin (FBN: 985635) | Gail A. McQuilkin (FBN: 969338) |
| DIMOND KAPLAN & ROTHSTEIN, PA | Kenneth R. Hartmann (FBN: 664286) |
| 525 S. Flagler Drive, Suite 200 | KOZYAK TROPIN & THROCKMORTON, PA |
| West Palm Beach, Florida 33401 | 2525 Ponce de Leon, 9th Floor |
| T: 561-671-2110 / F: 561-671-1951 | Miami, Florida 33134 |
| | T: 305-372-1800 / F: 305-372-3508 |

========================================================================
## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served this 24th day of January 2006, via first class mail and e-mail on the following:

    Kevin C. Kaplan, Esq.
    Burlington Weil Schwiep Kaplan & Blonsky
    2699 S. Bayshore Drive, Penthouse, Miami, Florida 33133
    E-mail: kkaplan@bwskb.com

                                                     s/Gail A S. McQuilkin

3339/103/262001.1