UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.05-80393-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, LLC
    Plaintiff,

vs.

STEVEN A. SILVERS,
    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER (DE 105)

**THIS CAUSE**, having come before this Court upon an Order Referring Defendant's Motion for Attorneys' Fees and Expenses, and Rule 11 Sanctions to the undersigned Magistrate Judge for Report and Recommendation, (DE 85), and being otherwise advised on the premises, it is hereby **ORDERED and ADJUDGED** that Plaintiff's Supplemental Motion for Protective Order is **GRANTED**.

On November 2, 2005, Defendant filed a Motion for Attorneys' Fees and Expenses and Rule 11 Sanctions. (DE 85). Defendant's motion is currently pending before this Court. On January 13, 2006, following the receipt of a notice of deposition from Defendant, Plaintiff filed a Motion for Protective Order. (DE 100). On January 23, 2006, this Court granted Plaintiff's Motion for Protective Order, prohibiting discovery relating to Defendant's Rule 11 Motion. (DE 104). On January

24, 2006, Plaintiff filed the instant supplemental Motion for Protective Order. (DE 105). Defendant filed his response on January 24, 2006, advising that "[o]bviously, there is no need for Goo Investments to respond to our discovery request in light of the Court's Protective Order." (DE 107).

For the reasons discussed in this Court's January 23, 2006 order, Plaintiff's supplemental Motion for Protective Order is **GRANTED.** (DE 105). For the reasons discussed in this Court's January 23, 2006 order, the parties in this case are not granted leave to conduct Rule 11 discovery. (DE 105).

Because the parties' submissions indicate that this motion may have been prematurely filed, no sanctions or request for a fee award will be considered by this Court relating to the preparation and filing of this motion.

Accordingly, it is hereby **ORDERED and ADJUDGED** that Plaintiff's supplemental Motion for Protective Order is **GRANTED**. (DE 105).

**DONE and ORDERED** in Chambers this 2 day of ~~February~~ March, 2006, at West Palm Beach in the Southern District of Florida.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

2

Copies to:
Kevin C. Kaplan, Esq. (Counsel for Plaintiff)
Kenneth R. Hartmann, Esq. (Counsel for Defendant)