UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS LLC f/k/a
STELOR PRODUCTIONS, INC.

    Plaintiff/Counter-Defendant,

v.

STEVEN A. SILVERS,

    Defendant/Counter-Plaintiff.
_____/

**NOTIFICATION OF 90 DAYS EXPIRING
AND RIPENESS FOR DECISION OR HEARING**

Defendant, Steven A. Silvers, hereby requests, pursuant to S.D. Fla. L.R. 7.1(B)(3), that the clerk notify the Court that the following pleadings are ripe for an order resolving them or setting them for hearing:

    1.    Defendant's Verified Motion for Attorneys' Fees and Expenses, and Rule 11 Sanctions filed November 2, 2005 (DE # 83); and

    2.    Defendant's Bill of Costs filed November 2, 2005 (DE # 82).

| | |
|---|---|
| Dimond Kaplan & Rothstein, P.A. | Kozyak Tropin & Throckmorton, P.A. |
| Co-counsel for Defendant | Co-counsel for Defendant |
| 525 S. Flagler Drive, Suite 200 | 2525 Ponce de Leon Blvd., 9th Floor |
| West Palm Beach, Florida 33401 | Coral Gables, Florida 33134 |
| Telephone: 561-671-1920 | Telephone:   (305) 372-1800 |
| Facsimile: 561-671-1951 | Facsimile:   (305) 372-3508 |
| | Kenneth R. Hartmann, Fla. Bar No. 664286 |
| By: _____ | Gail A. McQuilkin, Fla. Bar No. 969338 |
|     Adam T. Rabin | |
|     Florida Bar No. 985635 | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by e-mail and U.S. Mail on May 9, 2006 upon Kevin C. Kaplan, Burlington, Weil, Schwiep, Kaplan, & Blonsky, P.A., 2699 South Bayshore Drive, Penthouse A, Miami, Florida 33133.

By: _____
David A. Rothstein