UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, L. L.C., f/k/a
STELOR PRODUCTIONS, INC.,
    Plaintiff,
vs.
STEVEN A. SILVERS,
    Defendant.
_____/

FILED by _____ D.C.
JUN 28 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER DENYING MOTIONS AS MOOT

**THIS CAUSE** is before the court upon review of the court file, which reflects the pendency of several motions filed by plaintiff Stelor Productions, L.L.C. directed to defendant Steven A. Silver's pending motion for attorneys fees and sanctions which appear to be moot. [DE# 90-1, 90-2, 96-1, 103-1]. It is accordingly **ORDERED AND ADJUDGED**:

1. The various motions filed by plaintiff Stelor Productions, L.L.C. relating to briefings directed to the pending motion of defendant for attorneys fees and sanctions [DE## 90-1, 90-2, 96-1, 103-1] are **DENIED as MOOT.**

2. The motion of defendant Steven A. Silvers for attorneys fees and sanctions filed November 2, 2005 [DE# 83-1, 83-2] remains pending before Magistrate Judge Hopkins to whom the matter was previously referred for report and recommendation.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 28 day of June, 2006.

                                     Daniel T. K. Hurley
                                 United States District Judge

cc. Magistrate Judge James Hopkins
all counsel

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts