UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC
f/k/a Stelor Productions, Inc.

      Plaintiff

v.

STEVEN A. SILVERS,

      Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION**

      Defendant, Steven A. Silvers, files this UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION. In support thereof, Defendant states as follows:

      1.     On July 18, 2006, Defendant received the Magistrate's 37-page Report and Recommendation (the "Report"), which makes a recommendation for this Court to deny: (a) Defendant's Verified Motion for Attorneys' Fees and Expenses, and Rule 11 Sanctions ("Motion for Fees"), and (b) Defendant's Bill of Costs. Both the Motion for Fees and Bill of Costs were filed on November 2, 2005 (DE 82 and 83).

      2.     Defendant currently must serve any objections to the Report by July 31, 2006.[1] Defendant is requesting an ten day enlargement of time until August 10, 2006.

---

[1] Fed. R. Civ. P. 6(a) provides that any period of less than 11 days shall not include Saturdays, Sundays, or legal holidays in the calculation.

3.      Because of the undersigned's schedule, including existing briefing deadlines and hearings, and the voluminous issues raised in the Report, the undersigned seeks a brief enlargement of time in order to present the Court with any objections.  Moreover, the parties are actively engaging in settlement discussions of their overall dispute before this Court and their related case before Judge Ryskamp (Case No. 05-80393).  Permitting this brief enlargement of time will allow the parties' counsel to focus on these settlement discussions in lieu of preparing, or responding to, written objections to the Report.

4.      The undersigned certifies that he has conferred in good faith with Plaintiff's counsel, who agrees to the enlargement of time.  The parties also have agreed, pending the Court's permission, that Plaintiff would have until August 25, 2006 to serve a response to Defendant's objections.

5.      No party will be prejudiced by this Court's grant of the requested brief enlargement of time, nor is it made for purposes of delay.

6.      Federal Rule of Civil Procedure 6(b)(1) allows for an enlargement of time for "cause shown," and Defendant submits he has met that burden.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order providing: (a) Defendant with an enlargement of time until August 10, 2006 to serve objections to the Report; and (b) permitting Plaintiff to serve a response to Defendant's objections by August 25, 2006.

2

Dimond Kaplan & Rothstein, P.A.
Co-counsel for Defendant
525 S. Flagler Drive, Suite 200
West Palm Beach, Florida 33401
Telephone: 561-671-1920
Facsimile: 561-671-1951

By: _____
    Adam T. Rabin
     Florida Bar No. 985635
    Lorenz Michel Prüss
     Florida Bar No. 581305

Kozyak Tropin & Throckmorton, P.A.
Co-counsel for Defendant
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone:   (305) 372-1800
Facsimile:    (305) 372-3508
Kenneth R. Hartmann, Fla. Bar No. 664286
Gail A. McQuilkin, Fla. Bar No. 969338

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION was served by e-mail and U.S. Mail on July 20, 2006 upon Kevin C. Kaplan, Burlington, Weil, Schwiep, Kaplan, & Blonsky, P.A., 2699 South Bayshore Drive, Penthouse A, Miami, Florida 33133.

By: _____
      Lorenz Michel Prüss

DIMOND KAPLAN & ROTHSTEIN, P.A., 200 S.E. 1ST STREET, SUITE 708, MIAMI, FL 33131 • TEL. (305) 374-1920   FAX (305) 374-1961