FILED
ELECTRONIC

Aug 22 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80393 CIV HURLEY/HOPKINS

STELOR PRODUCTIONS, L.L.C., a
Delaware corporation, f/k/a STELOR
PRODUCTIONS, INC.,

        Plaintiff,
vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

### AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S OJBECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Stelor Productions, LLC ("Stelor"), by and through undersigned counsel, hereby moves on the following grounds for an enlargement of time to respond to Defendant's Objections to Magistrate Judge's Report and Recommendation [D.E. 115]:

    1. Plaintiff is in the process of preparing its response to the objections, but requires additional days to complete the process. The response is currently due on August 25, 2006. [D.E. 113.]

    2. The objections pertain to a Report and Recommendation denying Defendant's motion seeking hundreds of thousands of dollars in fees, based on a dismissal for lack of jurisdiction. Given the importance of the issue, and the need to address the voluminous case citations, the additional time is required.

BURLINGTON · SCHWIEP · KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE  PENTHOUSE 2699 SOUTH BAYSHORE DRIVE  MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: info@bskblaw.com  www.bskblaw.com

1 of 5

dockets.Justia.com　116

3.     In addition, several depositions are scheduled for this week in the ongoing dispute between these parties, which now continues before the Honorable Judge Ryskamp, Case No. 05-80387, styled *Silvers v. Google Inc.*, in which Stelor was joined as a counterclaim defendant and has filed its own counterclaims. Counsel has also been involved in producing extensive discovery in that action over the past weeks.

4.     Counsel for Stelor has readily agreed to an enlargement of time for Defendant to file his objections to the Report and Recommendation, resulting in the Agreed Order re Defendant's Unopposed Motion for Enlargement of Time to Serve Objections to Report and Recommendation. [D.E. 113.]

5.     Accordingly, Stelor respectfully requests a one-week enlargement of time, up to and including September 1, 2006, to file its response to Defendants' objections.

6.     The enlargement is not requested for purposes of delay, and will not prejudice Defendant.

7.     Counsel for Defendant has been advised of and agrees to the requested enlargement.

WHEREFORE, Plaintiff respectfully requests an enlargement of time up to and including September 1, 2006, to serve its response to the fees motion and bill of costs.

2

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM

2 of 5

Respectfully submitted,

BURLINGTON, SCHWIEP,
 KAPLAN & BLONSKY, P.A.
Attorneys for Plaintiff
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261

By: /s/      David J. Zack
      Kevin C. Kaplan
      Florida Bar No. 933848
      Daniel F. Blonsky
      Florida Bar No. 972169
      David J. Zack
      Florida Bar No. 641685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served this 22nd day of August, 2006, via U.S. Mail and e-mail on:

| | |
|---|---|
| Adam T. Rabin, Esq.<br>Dimond Kaplan & Rothstein, P.A.<br>Trump Plaza<br>525 S. Flagler Drive, Suite 200<br>West Palm Beach, Florida  33401<br>arabin@dkrpa.com | Kenneth R. Hartmann, Esq.<br>Gail M. McQuilkin, Esq.<br>KOZYAK TROPIN & THROCKMORTON, P.A.<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida  33134<br>gam@kttlaw.com |
| David H. Pollack, Esq.<br>The Law Office of David H. Pollack, LLC<br>540 Brickell Key Drive, Suite C-1<br>Miami, FL 33131<br>davidhpollack@aol.com | |

          /s/  David J. Zack
          David J. Zack

3

BURLINGTON • SCHWIEP • KAPLAN & BLONSKY, P.A.

OFFICE IN THE GROVE PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900  F: 305.858.5261
EMAIL: INFO@BSKBLAW.COM   WWW.BSKBLAW.COM

3 of 5

4

B<small>URLINGTON</small> • S<small>CHWIEP</small> • K<small>APLAN</small> & B<small>LONSKY</small>, P.A.

O<small>FFICE IN THE</small> G<small>ROVE</small>  P<small>ENTHOUSE</small> 2699 S<small>OUTH</small> B<small>AYSHORE</small> D<small>RIVE</small>  M<small>IAMI</small>, F<small>LORIDA</small> 33133
T: 305.858.2900  F: 305.858.5261
E<small>MAIL</small>: <small>INFO</small>@<small>BSKBLAW</small>.<small>COM</small>   <small>WWW</small>.<small>BSKBLAW</small>.<small>COM</small>

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-80393-Civ-Hurley/Hopkins

STELOR PRODUCTIONS, L.L.C., a
Delaware limited liability company,
f/k/a STELOR PRODUCTIONS, INC.,

        Plaintiff,

vs.

STEVEN A. SILVERS, a Florida resident,

        Defendant.
_____/

**AGREED ORDER GRANTING PLAINTIFF'S MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' OBJECTIONS
TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

      This matter came before the Court on Plaintiff STELOR PRODUCTIONS, L.L.C., f/k/a STELOR PRODUCTIONS, INC.'s ("Stelor")  Motion for Enlargement of Time to Respond to Defendants' Objections to Magistrate Judge's Report and Recommendation (the "Motion"). Having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

      ORDERED AND ADJUDGED as follows:

      1.     The Motion is hereby GRANTED.

      2.     Plaintiff shall have until September 1, 2006 to serve any response to Defendant's Objections to the Magistrate Judge's Report and Recommendation.

      DONE and ORDERED in Chambers at West Palm Beach, Florida, this _____ day of August 2006.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge James Hopkins
        Kenneth R. Hartmann, Esq.
        Kevin C. Kaplan, Esq.
        Adam T. Rabin, Esq.
        David H. Pollack, Esq.