UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 05-80393-CIV-HURLEY/HOPKINS

STELOR PRODUCTIONS, LLC,
    Plaintiffs,
v.

STEVENS A. SILVERS,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES AND EXPENSES

**THIS CAUSE** is before the court upon defendant's motion for attorney's fees, costs and Rule 11 sanctions [DE # 85]. This matter was previously referred to United States Magistrate Judge James Hopkins pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. [DE# 85]

On July 17, 2006, Magistrate Judge Hopkins filed his report and recommendation on the motion. [DE# 111] On August 10, 2006, defendant Steven A. Silvers filed objections to the report [DE# 115].

Having carefully reviewed the defendant's objections to, as well as the plaintiff's opposition to those objections, and further having made a *de novo* determination with respect to those portions of the report to which a written formal objection has been lodged, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins be sound and accordingly will adopt them here.

1

Case No.: 05-80393-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge James Hopkins July 17, 2006 [DE # 111] Report & Recommendation is hereby **ADOPTED** and **INCORPORATED** in full.

2. The defendant's motion for attorneys' fees, costs and sanctions [DE# 85] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of October, 2006.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge James Hopkins
all counsel